**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| RANDY SLIPHER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON PRIME GROUP, INC., LOUIS CONFORTI, and MARK E. YALE<br><br>Defendants. | Case No. 2:21-cv-02757-JLG-KAJ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WASHINGTON PRIME GROUP, INC.** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Randy Slipher voluntarily dismisses his claims against defendant Washington Prime Group, Inc. without prejudice. Plaintiff's claims against the other defendants remain.

Dated: June 15, 2021

Respectfully submitted,

*/s/ Andrew Kimble*
**BILLER & KIMBLE, LLC**
Andrew Kimble
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Email: akimble@billerkimble.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Randy Slipher*

1

695811.1