## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RANDY SLIPHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02757-JLG-KAJ |
| Plaintiff, | **DECLARATION OF ANDREW KIMBLE IN SUPPORT OF MOTION OF RANDY SLIPHER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| v. | |
| LOUIS CONFORTI, and MARK E. YALE, | |
| Defendants. | |
| JEAN-MARIE COUSINOU, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-03431-JLG-KAJ |
| Plaintiff, | |
| v. | |
| WASHINGTON PRIME GROUP, INC., LOUIS CONFORTI, and MARK E. YALE, | |
| Defendants. | |

I, Andrew Kimble, hereby declare as follows:

1.      I am an  attorney with the law firm Biller & Kimble, LLC  liaison counsel for lead plaintiff movant Randy Slipher ("Slipher") and proposed liaison counsel for the class in the above-captioned action.   I make this declaration in support of the Slipher's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published May 24, 2021 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:      Signed PSLRA Certification of Slipher;

Exhibit C:      Table of the Slipher's calculated losses, as a result of transactions in Washington Prime Group, Inc. securities; and

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 23rd day of July 2021.

*/s/ Andrew Kimble*
Andrew Kimble

1

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On July 23, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of Ohio, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 23, 2021, at Cincinnati, Ohio.

*/s/ Andrew Kimble*
Andrew Kimble