# EXHIBIT A

Case 2:21-cv-02757-JLG-KAJ Doc #: 9-2 Filed: 07/23/21 Page: 2 of 3 PAGEID #: 88





# WPG CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Washington Prime Group, Inc.

May 24, 2021 06:26 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of Ohio captioned *Slipher v. Washington Prime Group, Inc., et al.,* (Case No. 2:21-cv-02757) on behalf of persons and entities that purchased or otherwise acquired Washington Prime Group, Inc. ("WPG" or the "Company") (NYSE: WPG) securities between **November 5, 2020 and March 4, 2021**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your WPG investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/washington-prime-group-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On February 16, 2021, WPG disclosed that its operating partnership, Washington Prime Group, L.P. ("WPG L.P."), had "elected to withhold an interest payment of $23.2 million due on February 15, 2021 with respect to WPG L.P.'s outstanding Senior Notes due 2024," and that "WPG L.P. has a 30-day grace period to make the interest payment before such non-payment constitutes an 'event of default.'" The Company further advised that, in an event of default, certain counterparties to the senior notes "could accelerate the outstanding indebtedness due . . . making such indebtedness due and payable, which would result in a cross-default with respect to some of WPG L.P.'s or the Company's other indebtedness."

On this news, the Company's stock price fell $4.59, or 38%, to close at $7.49 per share on February 16, 2021, on unusually heavy volume.

Then, on March 4, 2021, *Bloomberg* reported that WPG "is preparing a potential bankruptcy filing as time runs out to avert default after it skipped an interest payment on its debt, according to people with knowledge of the plans."

On this news, the Company's stock price fell $3.77, or 60%, to close at $2.51 per share on March 4, 2021, on unusually heavy volume.

Case 2:21-cv-02757-JLG-KAJ Doc #: 9-2 Filed: 07/23/21 Page: 3 of 3 PAGEID #: 89

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that WPG's financial condition was deteriorating substantially; (2) that, as a result, there was substantial uncertainty about the Company's ability to meet its capital structure obligations as they became due; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired WPG securities during the Class Period, you may move the Court no later than **60 days from this notice** ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

#FRAUD    #CLASSACTION    #INVESTORS

## $Cashtags

$WPG