# EXHIBIT B

DocuSign Envelope ID: 7797E009-7C95-4398-A55C-8E64B5FA16AE

## SWORN CERTIFICATION OF PLAINTIFF

## WASHINGTON PRIME GROUP, INC. SECURITIES LITIGATION

I, Randy Slipher, certify that:

1.  Debbie Slipher has assigned to me all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that she has or may have arising from violations of the federal securities laws of the United States of America in connection with her purchase or acquisition of Washington Prime Group, Inc. securities.

2.  I have reviewed the complaint in this action and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.  The Washington Prime Group, Inc. securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5.  The transactions in Washington Prime Group, Inc. securities that are the subject of the Complaint during the class period specified in the complaint are as follows:

    (See attached transactions)

6.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

    *Rico v. Lordstown Motors Corp., et al.*, Case No. 4:21-cv-616-PAG (N.D. Ohio)

7.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

7/23/2021
_____
Date

*Randy Slipher*
_____
Randy Slipher

**Randy Slipher's Transactions in Washington Prime Group Inc.**
**(WPG)**

### Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2020 | Sold | -1,211 | $0.6289 |
| 11/5/2020 | Sold | -4,100 | $0.6289 |
| 11/5/2020 | Sold | -100 | $0.6289 |
| 11/5/2020 | Sold | -500 | $0.6289 |
| 11/5/2020 | Sold | -1,300 | $0.6289 |
| 11/5/2020 | Sold | -100 | $0.6289 |
| 11/5/2020 | Sold | -100 | $0.6289 |
| 11/5/2020 | Sold | -100 | $0.6289 |
| 11/5/2020 | Sold | -90 | $0.6289 |
| 11/5/2020 | Sold | -100 | $0.6289 |
| 11/5/2020 | Sold | -100 | $0.6290 |
| 11/5/2020 | Sold | -7,799 | $0.6290 |
| 11/5/2020 | Sold | -2,200 | $0.6290 |
| 11/5/2020 | Sold | -100 | $0.6293 |
| 11/5/2020 | Sold | -1,900 | $0.6293 |
| 11/5/2020 | Sold | -100 | $0.6293 |
| 11/5/2020 | Sold | -99 | $0.6293 |
| 11/5/2020 | Sold | -417 | $0.6294 |
| 11/5/2020 | Sold | -83 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -233 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -70 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -50 | $0.6294 |
| 11/5/2020 | Sold | -100 | $0.6294 |
| 11/5/2020 | Sold | -16 | $0.6300 |
| 11/5/2020 | Sold | -531 | $0.6300 |
| 11/5/2020 | Sold | -1,100 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -200 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -400 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6301 |
| 11/5/2020 | Sold | -102 | $0.6301 |
| 11/5/2020 | Sold | -400 | $0.6301 |
| 11/5/2020 | Sold | -99 | $0.6301 |
| 11/5/2020 | Sold | -299 | $0.6301 |
| 11/5/2020 | Sold | -101 | $0.6301 |
| 11/5/2020 | Sold | -1,300 | $0.6301 |
| 11/5/2020 | Sold | -100 | $0.6305 |
| 11/5/2020 | Sold | -499 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -1,100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -200 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6305 |
| 11/5/2020 | Sold | -100 | $0.6306 |
| 11/5/2020 | Sold | -5,700 | $0.6303 |
| 11/5/2020 | Sold | -1,000 | $0.6302 |
| 11/5/2020 | Sold | -200 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -200 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -300 | $0.6302 |
| 11/5/2020 | Sold | -900 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -200 | $0.6302 |
| 11/5/2020 | Sold | -200 | $0.6302 |
| 11/5/2020 | Sold | -300 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6302 |
| 11/5/2020 | Sold | -100 | $0.6306 |
| 11/5/2020 | Sold | -100 | $0.6306 |
| 11/5/2020 | Sold | -100 | $0.6306 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2020 | Sold | -2,349 | $0.6270 |
| 11/5/2020 | Sold | -650 | $0.6270 |
| 11/5/2020 | Sold | -150 | $0.6270 |
| 11/5/2020 | Sold | -550 | $0.6270 |
| 11/5/2020 | Sold | -4,900 | $0.6270 |
| 11/5/2020 | Sold | -50 | $0.6270 |
| 11/5/2020 | Sold | -50 | $0.6270 |
| 11/5/2020 | Sold | -200 | $0.6270 |
| 11/5/2020 | Sold | -200 | $0.6270 |
| 11/5/2020 | Sold | -34 | $0.6270 |
| 11/5/2020 | Sold | -4,200 | $0.6270 |
| 11/5/2020 | Sold | -800 | $0.6270 |
| 11/5/2020 | Sold | -10 | $0.6270 |
| 11/5/2020 | Sold | -2 | $0.6270 |
| 11/5/2020 | Sold | -4 | $0.6270 |
| 11/5/2020 | Sold | -7 | $0.6270 |
| 11/5/2020 | Sold | -43 | $0.6270 |
| 11/5/2020 | Sold | -57 | $0.6270 |
| 11/5/2020 | Sold | -101 | $0.6270 |
| 11/5/2020 | Sold | -2,000 | $0.6270 |
| 11/5/2020 | Sold | -1,449 | $0.6270 |
| 11/5/2020 | Sold | -1,494 | $0.6270 |
| 11/5/2020 | Sold | -500 | $0.6270 |
| 11/5/2020 | Sold | -200 | $0.6270 |
| 11/5/2020 | Sold | -9,600 | $0.6257 |
| 11/5/2020 | Sold | -400 | $0.6257 |
| 11/6/2020 | Bought | 7,500 | $0.5650 |
| 11/6/2020 | Bought | 1 | $0.5650 |
| 11/6/2020 | Bought | 1,700 | $0.5650 |
| 11/6/2020 | Bought | 799 | $0.5650 |
| 11/6/2020 | Bought | 8,000 | $0.5660 |
| 11/6/2020 | Bought | 500 | $0.5660 |
| 11/6/2020 | Bought | 100 | $0.5660 |
| 11/6/2020 | Bought | 500 | $0.5660 |
| 11/6/2020 | Bought | 500 | $0.5660 |
| 11/6/2020 | Bought | 400 | $0.5660 |
| 11/6/2020 | Bought | 10,000 | $0.5670 |
| 11/6/2020 | Bought | 5,918 | $0.5690 |
| 11/6/2020 | Bought | 4,082 | $0.5690 |
| 11/6/2020 | Bought | 10,000 | $0.5700 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 36 | $0.5710 |
| 11/6/2020 | Bought | 800 | $0.5710 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 800 | $0.5710 |
| 11/6/2020 | Bought | 300 | $0.5710 |
| 11/6/2020 | Bought | 500 | $0.5710 |
| 11/6/2020 | Bought | 200 | $0.5709 |
| 11/6/2020 | Bought | 700 | $0.5710 |
| 11/6/2020 | Bought | 600 | $0.5710 |
| 11/6/2020 | Bought | 200 | $0.5709 |
| 11/6/2020 | Bought | 300 | $0.5709 |
| 11/6/2020 | Bought | 100 | $0.5709 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 900 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 500 | $0.5710 |
| 11/6/2020 | Bought | 200 | $0.5710 |
| 11/6/2020 | Bought | 1,000 | $0.5710 |
| 11/6/2020 | Bought | 1,500 | $0.5710 |
| 11/6/2020 | Bought | 200 | $0.5710 |
| 11/6/2020 | Bought | 800 | $0.5710 |
| 11/6/2020 | Bought | 800 | $0.5710 |
| 11/6/2020 | Bought | 800 | $0.5710 |
| 11/6/2020 | Bought | 400 | $0.5710 |
| 11/6/2020 | Bought | 800 | $0.5710 |
| 11/6/2020 | Bought | 100 | $0.5710 |
| 11/6/2020 | Bought | 500 | $0.5710 |
| 11/6/2020 | Bought | 700 | $0.5710 |
| 11/6/2020 | Bought | 100 | $0.5707 |
| 11/6/2020 | Bought | 5,164 | $0.5710 |
| 11/9/2020 | Sold | -4,590 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -2,500 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -6,644 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -2,400 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -59 | $0.6199 |
| 11/9/2020 | Sold | -50 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -247 | $0.6199 |
| 11/9/2020 | Sold | -5 | $0.6200 |
| 11/9/2020 | Sold | -1,700 | $0.6200 |
| 11/9/2020 | Sold | -900 | $0.6200 |
| 11/9/2020 | Sold | -5 | $0.6200 |
| 11/9/2020 | Sold | -5,705 | $0.6192 |
| 11/9/2020 | Sold | -300 | $0.6200 |
| 11/9/2020 | Sold | -3,995 | $0.6200 |
| 11/9/2020 | Sold | -2,500 | $0.6199 |
| 11/9/2020 | Sold | -900 | $0.6199 |
| 11/9/2020 | Sold | -100 | $0.6199 |
| 11/9/2020 | Sold | -2,900 | $0.6199 |
| 11/9/2020 | Sold | -200 | $0.6199 |
| 11/9/2020 | Sold | -3,400 | $0.6199 |
| 11/9/2020 | Sold | -2,000 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -500 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -500 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -96 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -500 | $0.6180 |
| 11/9/2020 | Sold | -204 | $0.6180 |
| 11/9/2020 | Sold | -100 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -100 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -300 | $0.6180 |
| 11/9/2020 | Sold | -500 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -300 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -100 | $0.6180 |
| 11/9/2020 | Sold | -8,000 | $0.6180 |
| 11/9/2020 | Sold | -500 | $0.6180 |
| 11/9/2020 | Sold | -200 | $0.6180 |
| 11/9/2020 | Sold | -100 | $0.6180 |
| 11/9/2020 | Sold | -400 | $0.6180 |
| 11/9/2020 | Sold | -500 | $0.6180 |
| 11/9/2020 | Sold | -300 | $0.6180 |
| 11/9/2020 | Sold | -2,081 | $0.6110 |
| 11/9/2020 | Sold | -200 | $0.6110 |
| 11/9/2020 | Sold | -500 | $0.6110 |
| 11/9/2020 | Sold | -500 | $0.6110 |
| 11/9/2020 | Sold | -400 | $0.6110 |
| 11/9/2020 | Sold | -400 | $0.6110 |
| 11/9/2020 | Sold | -400 | $0.6110 |
| 11/9/2020 | Sold | -100 | $0.6110 |
| 11/9/2020 | Sold | -400 | $0.6110 |
| 11/9/2020 | Sold | -300 | $0.6110 |
| 11/9/2020 | Sold | -400 | $0.6110 |
| 11/9/2020 | Sold | -100 | $0.6110 |
| 11/9/2020 | Sold | -119 | $0.6110 |
| 11/9/2020 | Sold | -100 | $0.6110 |
| 11/9/2020 | Sold | -500 | $0.6110 |
| 11/9/2020 | Sold | -400 | $0.6110 |
| 11/9/2020 | Sold | -500 | $0.6110 |
| 11/9/2020 | Sold | -100 | $0.6110 |
| 11/9/2020 | Sold | -500 | $0.6110 |
| 11/9/2020 | Sold | -300 | $0.6110 |
| 11/9/2020 | Sold | -200 | $0.6110 |
| 11/9/2020 | Sold | -300 | $0.6110 |
| 11/9/2020 | Sold | -300 | $0.6110 |
| 11/9/2020 | Sold | -300 | $0.6110 |
| 11/9/2020 | Sold | -300 | $0.6113 |
| 11/9/2020 | Sold | -200 | $0.6113 |
| 11/9/2020 | Sold | -100 | $0.6113 |
| 11/9/2020 | Sold | -2,500 | $0.6100 |
| 11/9/2020 | Sold | -1,600 | $0.6100 |
| 11/9/2020 | Sold | -3,300 | $0.6100 |
| 11/9/2020 | Sold | -300 | $0.6100 |
| 11/9/2020 | Sold | -2,300 | $0.6100 |
| 11/12/2020 | Bought | 22,500 | $0.5650 |
| 11/12/2020 | Bought | 7,500 | $0.5650 |
| 11/12/2020 | Bought | 6,000 | $0.5689 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/12/2020 | Bought | 6,000 | $0.5689 |
| 11/12/2020 | Bought | 400 | $0.5690 |
| 11/12/2020 | Bought | 200 | $0.5690 |
| 11/12/2020 | Bought | 400 | $0.5690 |
| 11/12/2020 | Bought | 500 | $0.5690 |
| 11/12/2020 | Bought | 600 | $0.5690 |
| 11/12/2020 | Bought | 400 | $0.5690 |
| 11/12/2020 | Bought | 600 | $0.5690 |
| 11/12/2020 | Bought | 400 | $0.5690 |
| 11/12/2020 | Bought | 100 | $0.5690 |
| 11/12/2020 | Bought | 400 | $0.5690 |
| 11/12/2020 | Bought | 400 | $0.5690 |
| 11/12/2020 | Bought | 144 | $0.5690 |
| 11/12/2020 | Bought | 256 | $0.5690 |
| 11/12/2020 | Bought | 28 | $0.5690 |
| 11/12/2020 | Bought | 7,500 | $0.5700 |
| 11/12/2020 | Bought | 2,500 | $0.5700 |
| 11/12/2020 | Bought | 472 | $0.5690 |
| 11/12/2020 | Bought | 500 | $0.5690 |
| 11/12/2020 | Bought | 500 | $0.5690 |
| 11/12/2020 | Bought | 500 | $0.5690 |
| 11/12/2020 | Bought | 500 | $0.5690 |
| 11/12/2020 | Bought | 500 | $0.5690 |
| 11/12/2020 | Bought | 100 | $0.5690 |
| 11/12/2020 | Bought | 100 | $0.5690 |
| 11/12/2020 | Bought | 4,900 | $0.5800 |
| 11/12/2020 | Bought | 3,625 | $0.5800 |
| 11/12/2020 | Bought | 1,475 | $0.5800 |
| 11/12/2020 | Bought | 5,000 | $0.5800 |
| 11/12/2020 | Bought | 5,000 | $0.5800 |
| 11/12/2020 | Sold | -2,326 | $0.6400 |
| 11/12/2020 | Sold | -5,000 | $0.6400 |
| 11/12/2020 | Sold | -49,100 | $0.6400 |
| 11/12/2020 | Sold | -1,456 | $0.6400 |
| 11/12/2020 | Sold | -20,000 | $0.6400 |
| 11/12/2020 | Sold | -100 | $0.6400 |
| 11/12/2020 | Sold | -2,018 | $0.6400 |
| 12/21/2020 | Bought | 300 | $0.8471 |
| 12/21/2020 | Bought | 671 | $0.8471 |
| 12/21/2020 | Bought | 100 | $0.8471 |
| 12/21/2020 | Bought | 2,100 | $0.8471 |
| 12/23/2020 | Bought | 232 | $7.3000 |
| 12/23/2020 | Bought | 100 | $7.3000 |
| 12/23/2020 | Bought | 97 | $7.3000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---:|---:|
| 12/23/2020 | Bought | 63 | $7.3000 |
| 12/23/2020 | Bought | 38 | $7.3000 |
| 12/23/2020 | Bought | 470 | $7.3000 |
| 12/23/2020 | Bought | 1,000 | $7.3200 |
| 12/23/2020 | Bought | 979 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 2 | $7.4000 |
| 12/23/2020 | Bought | 1,000 | $7.4001 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 2 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 4 | $7.4000 |
| 12/23/2020 | Bought | 84 | $7.4100 |
| 12/23/2020 | Bought | 1 | $7.4100 |
| 12/23/2020 | Bought | 100 | $7.4100 |
| 12/23/2020 | Bought | 700 | $7.4100 |
| 12/23/2020 | Bought | 100 | $7.4100 |
| 12/23/2020 | Bought | 10 | $7.4100 |
| 12/23/2020 | Bought | 5 | $7.4100 |
| 12/23/2020 | Bought | 18 | $7.4200 |
| 12/23/2020 | Bought | 168 | $7.4200 |
| 12/23/2020 | Bought | 2 | $7.4200 |
| 12/23/2020 | Bought | 100 | $7.4200 |
| 12/23/2020 | Bought | 407 | $7.4200 |
| 12/23/2020 | Bought | 5 | $7.4200 |
| 12/23/2020 | Bought | 1 | $7.4200 |
| 12/23/2020 | Bought | 299 | $7.4200 |
| 12/23/2020 | Bought | 200 | $7.4400 |
| 12/23/2020 | Bought | 500 | $7.4300 |
| 12/23/2020 | Bought | 999 | $7.4300 |
| 12/23/2020 | Bought | 200 | $7.4400 |
| 12/23/2020 | Bought | 100 | $7.4400 |
| 12/23/2020 | Bought | 1 | $7.4300 |
| 12/23/2020 | Bought | 500 | $7.4550 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/23/2020 | Bought | 95 | $7.5100 |
| 12/23/2020 | Bought | 100 | $7.5100 |
| 12/23/2020 | Bought | 3 | $7.5100 |
| 12/23/2020 | Bought | 2 | $7.5100 |
| 12/23/2020 | Bought | 994 | $7.5200 |
| 12/23/2020 | Bought | 4 | $7.5200 |
| 12/23/2020 | Bought | 1 | $7.5200 |
| 12/23/2020 | Bought | 1 | $7.5200 |
| 12/24/2020 | Bought | 402 | $7.0600 |
| 12/24/2020 | Bought | 598 | $7.0600 |
| 12/24/2020 | Bought | 37 | $7.0600 |
| 12/24/2020 | Bought | 600 | $7.0600 |
| 12/24/2020 | Bought | 363 | $7.0600 |
| 12/24/2020 | Bought | 1,000 | $7.0900 |
| 12/24/2020 | Bought | 1,000 | $7.1000 |
| 12/24/2020 | Bought | 1,000 | $7.1400 |
| 12/24/2020 | Bought | 998 | $7.2100 |
| 12/24/2020 | Bought | 1 | $7.2100 |
| 12/24/2020 | Bought | 1 | $7.2100 |
| 12/24/2020 | Bought | 918 | $7.2400 |
| 12/24/2020 | Bought | 82 | $7.2400 |
| 12/28/2020 | Bought | 924 | $6.9500 |
| 12/28/2020 | Bought | 76 | $6.9500 |
| 12/28/2020 | Bought | 871 | $6.9500 |
| 12/28/2020 | Bought | 129 | $6.9500 |
| 12/28/2020 | Bought | 488 | $6.9600 |
| 12/28/2020 | Bought | 12 | $6.9600 |
| 12/28/2020 | Bought | 500 | $6.9600 |
| 12/28/2020 | Bought | 1,000 | $6.9295 |
| 12/28/2020 | Bought | 61 | $6.9400 |
| 12/28/2020 | Bought | 39 | $6.9400 |
| 12/28/2020 | Bought | 200 | $6.9400 |
| 12/28/2020 | Bought | 200 | $6.9400 |
| 12/28/2020 | Bought | 701 | $6.9600 |
| 12/28/2020 | Bought | 299 | $6.9600 |
| 12/28/2020 | Bought | 95 | $7.0000 |
| 12/28/2020 | Bought | 905 | $7.0000 |
| 12/28/2020 | Bought | 6 | $7.0300 |
| 12/28/2020 | Bought | 28 | $7.0300 |
| 12/28/2020 | Bought | 37 | $7.0300 |
| 12/28/2020 | Bought | 18 | $7.0300 |
| 12/28/2020 | Bought | 1 | $7.0300 |
| 12/28/2020 | Bought | 23 | $7.0300 |
| 12/28/2020 | Bought | 55 | $7.0300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/28/2020 | Bought | 50 | $7.0300 |
| 12/28/2020 | Bought | 1 | $7.0300 |
| 12/28/2020 | Bought | 1 | $7.0300 |
| 12/28/2020 | Bought | 200 | $7.0400 |
| 12/28/2020 | Bought | 170 | $7.0300 |
| 12/28/2020 | Bought | 600 | $7.0300 |
| 12/28/2020 | Bought | 10 | $7.0200 |
| 12/28/2020 | Bought | 1,800 | $7.0400 |
| 12/28/2020 | Bought | 800 | $7.0500 |
| 12/28/2020 | Bought | 200 | $7.0500 |
| 12/28/2020 | Bought | 100 | $7.0600 |
| 12/28/2020 | Bought | 100 | $7.0600 |
| 12/28/2020 | Bought | 200 | $7.0600 |
| 12/28/2020 | Bought | 200 | $7.0600 |
| 12/28/2020 | Bought | 400 | $7.0600 |
| 12/29/2020 | Bought | 500 | $6.5100 |
| 12/29/2020 | Bought | 156 | $6.5200 |
| 12/29/2020 | Bought | 244 | $6.5200 |
| 12/29/2020 | Bought | 100 | $6.5200 |
| 12/29/2020 | Bought | 400 | $6.5300 |
| 12/29/2020 | Bought | 100 | $6.5300 |
| 12/29/2020 | Bought | 413 | $6.5300 |
| 12/29/2020 | Bought | 87 | $6.5300 |
| 12/29/2020 | Bought | 494 | $6.5300 |
| 12/29/2020 | Bought | 6 | $6.5300 |
| 12/29/2020 | Bought | 500 | $6.5400 |
| 12/29/2020 | Bought | 300 | $6.5500 |
| 12/29/2020 | Bought | 100 | $6.5500 |
| 12/29/2020 | Bought | 100 | $6.5500 |
| 12/29/2020 | Bought | 500 | $6.5700 |
| 12/29/2020 | Bought | 500 | $6.5800 |
| 12/29/2020 | Bought | 56 | $6.5800 |
| 12/29/2020 | Bought | 300 | $6.5800 |
| 12/29/2020 | Bought | 144 | $6.5800 |
| 12/29/2020 | Bought | 456 | $6.6100 |
| 12/29/2020 | Bought | 44 | $6.6100 |
| 12/29/2020 | Bought | 500 | $6.6200 |
| 12/29/2020 | Bought | 201 | $6.6200 |
| 12/29/2020 | Bought | 112 | $6.6200 |
| 12/29/2020 | Bought | 90 | $6.6200 |
| 12/29/2020 | Bought | 97 | $6.6200 |
| 12/29/2020 | Bought | 100 | $6.6300 |
| 12/29/2020 | Bought | 400 | $6.6300 |
| 12/29/2020 | Bought | 500 | $6.7100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/29/2020 | Bought | 500 | $6.7100 |
| 12/29/2020 | Bought | 500 | $6.7200 |
| 12/29/2020 | Bought | 500 | $6.7200 |
| 12/29/2020 | Bought | 284 | $6.7200 |
| 12/29/2020 | Bought | 216 | $6.7200 |
| 12/29/2020 | Bought | 99 | $6.7200 |
| 12/29/2020 | Bought | 1 | $6.7200 |
| 12/29/2020 | Bought | 400 | $6.7200 |
| 12/29/2020 | Bought | 825 | $6.7200 |
| 12/29/2020 | Bought | 175 | $6.7200 |
| 12/29/2020 | Bought | 1,000 | $6.7300 |
| 12/29/2020 | Bought | 500 | $6.7300 |
| 12/29/2020 | Bought | 500 | $6.7299 |
| 12/30/2020 | Sold | -700 | $6.9400 |
| 12/30/2020 | Sold | -300 | $6.9400 |
| 12/30/2020 | Sold | -4,998 | $6.8500 |
| 12/30/2020 | Sold | -458 | $6.8400 |
| 12/30/2020 | Sold | -42 | $6.8400 |
| 12/30/2020 | Sold | -900 | $6.8200 |
| 12/30/2020 | Sold | -1,100 | $6.8200 |
| 12/30/2020 | Sold | -2,050 | $6.8000 |
| 12/30/2020 | Sold | -4,700 | $6.7400 |
| 12/30/2020 | Sold | -300 | $6.7400 |
| 12/30/2020 | Sold | -2 | $6.8500 |
| 12/30/2020 | Sold | -307 | $6.8100 |
| 12/30/2020 | Sold | -193 | $6.8100 |
| 12/30/2020 | Sold | -381 | $6.8000 |
| 12/30/2020 | Sold | -100 | $6.8000 |
| 12/30/2020 | Sold | -19 | $6.8000 |
| 12/31/2020 | Bought | 2,000 | $6.5100 |
| 12/31/2020 | Bought | 2,000 | $6.5000 |
| 12/31/2020 | Bought | 5,000 | $6.5100 |
| 1/4/2021 | Bought | 200 | $6.3800 |
| 1/4/2021 | Bought | 100 | $6.3800 |
| 1/4/2021 | Bought | 200 | $6.3800 |
| 1/4/2021 | Bought | 500 | $6.3899 |
| 1/4/2021 | Bought | 500 | $6.3900 |
| 1/4/2021 | Bought | 294 | $6.4200 |
| 1/4/2021 | Bought | 6 | $6.4100 |
| 1/4/2021 | Bought | 300 | $6.4200 |
| 1/4/2021 | Bought | 200 | $6.4200 |
| 1/4/2021 | Bought | 100 | $6.4050 |
| 1/4/2021 | Bought | 600 | $6.4090 |
| 1/4/2021 | Bought | 500 | $6.4061 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---:|---:|
| 1/4/2021 | Bought | 92 | $6.4100 |
| 1/4/2021 | Bought | 100 | $6.4100 |
| 1/4/2021 | Bought | 608 | $6.4100 |
| 1/4/2021 | Bought | 200 | $6.4100 |
| 1/4/2021 | Bought | 1,000 | $6.4800 |
| 1/4/2021 | Bought | 2,073 | $6.5000 |
| 1/4/2021 | Bought | 1,900 | $6.5000 |
| 1/4/2021 | Bought | 1,027 | $6.5000 |
| 1/7/2021 | Sold | -5,000 | $7.9400 |
| 1/8/2021 | Sold | -966 | $8.6400 |
| 1/8/2021 | Sold | -14 | $8.6400 |
| 1/8/2021 | Sold | -900 | $8.6600 |
| 1/8/2021 | Sold | -4,100 | $8.6600 |
| 1/8/2021 | Sold | -10 | $8.6400 |
| 1/8/2021 | Sold | -10 | $8.6400 |
| 1/8/2021 | Sold | -800 | $8.6100 |
| 1/8/2021 | Sold | -200 | $8.6100 |
| 1/8/2021 | Sold | -1,000 | $8.5900 |
| 1/8/2021 | Sold | -1,000 | $8.6000 |
| 1/8/2021 | Sold | -1,000 | $8.6000 |
| 1/8/2021 | Sold | -1,000 | $9.0000 |
| 1/8/2021 | Sold | -423 | $8.5000 |
| 1/8/2021 | Sold | -577 | $8.5000 |
| 1/8/2021 | Sold | -1,162 | $8.4500 |
| 1/8/2021 | Sold | -391 | $8.4500 |
| 1/13/2021 | Sold | -73 | $9.9900 |
| 1/13/2021 | Sold | -42 | $9.9900 |
| 1/13/2021 | Sold | -200 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -200 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -85 | $9.9900 |
| 1/13/2021 | Sold | -1,000 | $9.5000 |
| 1/14/2021 | Sold | -500 | $11.3600 |
| 1/14/2021 | Sold | -250 | $11.2300 |
| 1/14/2021 | Sold | -600 | $11.2300 |
| 1/14/2021 | Sold | -100 | $11.2300 |
| 1/14/2021 | Sold | -1,000 | $11.0000 |
| 1/14/2021 | Sold | -705 | $10.8400 |
| 1/14/2021 | Sold | -10 | $10.8400 |
| 1/14/2021 | Sold | -195 | $10.8400 |
| 1/14/2021 | Sold | -90 | $10.8400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/14/2021 | Sold | -500 | $10.5000 |
| 1/15/2021 | Bought | 1,000 | $10.0000 |
| 1/15/2021 | Bought | 613 | $10.1000 |
| 1/15/2021 | Bought | 356 | $10.1000 |
| 1/15/2021 | Bought | 31 | $10.1000 |
| 1/15/2021 | Bought | 900 | $10.1500 |
| 1/15/2021 | Bought | 100 | $10.1500 |
| 1/19/2021 | Bought | 1,000 | $10.0500 |
| 1/21/2021 | Sold | -700 | $11.1600 |
| 1/21/2021 | Sold | -300 | $11.1600 |
| 1/22/2021 | Sold | -1,070 | $11.5000 |
| 1/22/2021 | Sold | -133 | $11.5000 |
| 1/22/2021 | Sold | -797 | $11.5000 |
| 1/22/2021 | Sold | -1,581 | $11.3000 |
| 1/22/2021 | Sold | -419 | $11.3000 |
| 1/22/2021 | Sold | -885 | $11.1000 |
| 1/22/2021 | Sold | -115 | $11.1000 |
| 1/22/2021 | Sold | -849 | $11.0100 |
| 1/22/2021 | Sold | -151 | $11.0100 |
| 1/25/2021 | Sold | -1,216 | $11.9900 |
| 1/25/2021 | Sold | -80 | $11.9900 |
| 1/25/2021 | Sold | -20 | $11.9900 |
| 1/25/2021 | Sold | -89 | $11.9900 |
| 1/25/2021 | Sold | -93 | $11.9900 |
| 1/25/2021 | Sold | -100 | $12.3900 |
| 1/25/2021 | Sold | -900 | $12.3900 |
| 1/25/2021 | Sold | -80 | $11.9900 |
| 1/25/2021 | Sold | -20 | $11.9900 |
| 1/25/2021 | Sold | -2 | $11.9900 |
| 1/25/2021 | Sold | -400 | $11.9900 |
| 1/26/2021 | Sold | -1,000 | $14.0000 |
| 1/26/2021 | Sold | -800 | $13.6700 |
| 1/26/2021 | Sold | -100 | $13.6700 |
| 1/26/2021 | Sold | -100 | $13.6700 |
| 1/26/2021 | Sold | -41 | $13.5300 |
| 1/26/2021 | Sold | -759 | $13.5300 |
| 1/26/2021 | Sold | -100 | $13.5300 |
| 1/26/2021 | Sold | -100 | $13.5300 |
| 1/26/2021 | Sold | -216 | $13.5000 |
| 1/26/2021 | Sold | -784 | $13.5000 |
| 1/26/2021 | Sold | -1,000 | $13.0000 |
| 1/26/2021 | Sold | -2,000 | $12.9000 |
| 1/27/2021 | Sold | -2,000 | $15.0000 |
| 1/29/2021 | Sold | -97 | $14.2000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/29/2021 | Sold | -100 | $14.2500 |
| 1/29/2021 | Sold | -100 | $14.2500 |
| 1/29/2021 | Sold | -903 | $13.9500 |
| 1/29/2021 | Sold | -97 | $13.9500 |
| 1/29/2021 | Sold | -107 | $13.8800 |
| 1/29/2021 | Sold | -893 | $13.8800 |
| 2/1/2021 | Bought | 393 | $12.3600 |
| 2/1/2021 | Bought | 12 | $12.3600 |
| 2/1/2021 | Bought | 95 | $12.3600 |
| 2/1/2021 | Bought | 98 | $12.3700 |
| 2/1/2021 | Bought | 11 | $12.3700 |
| 2/1/2021 | Bought | 500 | $12.3700 |
| 2/1/2021 | Bought | 100 | $12.3700 |
| 2/1/2021 | Bought | 100 | $12.3700 |
| 2/1/2021 | Bought | 191 | $12.3700 |
| 2/1/2021 | Bought | 187 | $12.3800 |
| 2/1/2021 | Bought | 100 | $12.3800 |
| 2/1/2021 | Bought | 100 | $12.3800 |
| 2/1/2021 | Bought | 113 | $12.3800 |
| 2/1/2021 | Bought | 99 | $12.3700 |
| 2/1/2021 | Bought | 400 | $12.3700 |
| 2/1/2021 | Bought | 254 | $12.3800 |
| 2/1/2021 | Bought | 146 | $12.3800 |
| 2/1/2021 | Bought | 100 | $12.3800 |
| 2/1/2021 | Bought | 1 | $12.3700 |
| 2/1/2021 | Bought | 39 | $12.3700 |
| 2/1/2021 | Bought | 94 | $12.4300 |
| 2/1/2021 | Bought | 400 | $12.4300 |
| 2/1/2021 | Bought | 6 | $12.4200 |
| 2/1/2021 | Bought | 1 | $12.3700 |
| 2/1/2021 | Bought | 460 | $12.3700 |
| 2/1/2021 | Bought | 1,000 | $12.6900 |
| 2/1/2021 | Bought | 500 | $12.6900 |
| 2/1/2021 | Bought | 297 | $12.7000 |
| 2/2/2021 | Bought | 33 | $10.1800 |
| 2/2/2021 | Bought | 300 | $10.1800 |
| 2/2/2021 | Bought | 67 | $10.1800 |
| 2/2/2021 | Bought | 100 | $10.1790 |
| 2/2/2021 | Bought | 100 | $10.2100 |
| 2/2/2021 | Bought | 200 | $10.2100 |
| 2/2/2021 | Bought | 100 | $10.2100 |
| 2/2/2021 | Bought | 100 | $10.2050 |
| 2/2/2021 | Bought | 215 | $10.2600 |
| 2/2/2021 | Bought | 185 | $10.2600 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/2/2021 | Bought | 100 | $10.2600 |
| 2/2/2021 | Bought | 100 | $10.2600 |
| 2/2/2021 | Bought | 75 | $10.2900 |
| 2/2/2021 | Bought | 25 | $10.2900 |
| 2/2/2021 | Bought | 392 | $10.3000 |
| 2/2/2021 | Bought | 108 | $10.3000 |
| 2/2/2021 | Bought | 500 | $10.3001 |
| 2/2/2021 | Bought | 100 | $10.3100 |
| 2/2/2021 | Bought | 100 | $10.3400 |
| 2/2/2021 | Bought | 400 | $10.3400 |
| 2/2/2021 | Bought | 500 | $10.3500 |
| 2/2/2021 | Bought | 500 | $10.3600 |
| 2/2/2021 | Bought | 396 | $10.3700 |
| 2/2/2021 | Bought | 100 | $10.3700 |
| 2/2/2021 | Bought | 4 | $10.3700 |
| 2/2/2021 | Bought | 500 | $10.3700 |
| 2/2/2021 | Bought | 46 | $10.4000 |
| 2/2/2021 | Bought | 25 | $10.4000 |
| 2/2/2021 | Bought | 100 | $10.4000 |
| 2/2/2021 | Bought | 100 | $10.4000 |
| 2/2/2021 | Bought | 229 | $10.4000 |
| 2/2/2021 | Bought | 414 | $10.4100 |
| 2/2/2021 | Bought | 86 | $10.4100 |
| 2/2/2021 | Bought | 241 | $10.4500 |
| 2/2/2021 | Bought | 259 | $10.4500 |
| 2/2/2021 | Bought | 500 | $10.5000 |
| 2/2/2021 | Bought | 500 | $10.5000 |
| 2/2/2021 | Bought | 500 | $10.5200 |
| 2/2/2021 | Bought | 308 | $10.6600 |
| 2/2/2021 | Bought | 101 | $10.6600 |
| 2/2/2021 | Bought | 91 | $10.6600 |
| 2/2/2021 | Bought | 500 | $10.7000 |
| 2/2/2021 | Bought | 400 | $10.4100 |
| 2/2/2021 | Bought | 100 | $10.4100 |
| 2/2/2021 | Bought | 500 | $10.4199 |
| 2/2/2021 | Bought | 500 | $10.4200 |
| 2/2/2021 | Bought | 500 | $10.4100 |
| 2/2/2021 | Bought | 500 | $10.4200 |
| 2/2/2021 | Bought | 4 | $10.4000 |
| 2/2/2021 | Bought | 996 | $10.4000 |
| 2/2/2021 | Bought | 175 | $10.5100 |
| 2/2/2021 | Bought | 325 | $10.5100 |
| 2/2/2021 | Bought | 491 | $10.5100 |
| 2/2/2021 | Bought | 7 | $10.5100 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/2/2021 | Bought | 1 | $10.5100 |
| 2/2/2021 | Bought | 1 | $10.5100 |
| 2/2/2021 | Bought | 1,000 | $10.5300 |
| 2/2/2021 | Bought | 500 | $10.5100 |
| 2/2/2021 | Bought | 959 | $10.5400 |
| 2/2/2021 | Bought | 41 | $10.5400 |
| 2/2/2021 | Bought | 500 | $10.5001 |
| 2/2/2021 | Bought | 500 | $10.5350 |
| 2/2/2021 | Bought | 363 | $10.6000 |
| 2/2/2021 | Bought | 137 | $10.6000 |
| 2/2/2021 | Bought | 500 | $10.6100 |
| 2/2/2021 | Bought | 1,000 | $10.5600 |
| 2/2/2021 | Bought | 500 | $10.7300 |
| 2/2/2021 | Bought | 500 | $10.8995 |
| 2/2/2021 | Bought | 500 | $10.8650 |
| 2/2/2021 | Bought | 500 | $11.0500 |
| 2/2/2021 | Bought | 296 | $11.6600 |
| 2/2/2021 | Bought | 203 | $11.6600 |
| 2/2/2021 | Bought | 1 | $11.6600 |
| 2/2/2021 | Bought | 500 | $11.6800 |
| 2/2/2021 | Bought | 442 | $11.9500 |
| 2/2/2021 | Bought | 58 | $11.9500 |
| 2/2/2021 | Bought | 281 | $11.9800 |
| 2/2/2021 | Bought | 1 | $11.9800 |
| 2/2/2021 | Bought | 1 | $11.9800 |
| 2/2/2021 | Bought | 30 | $11.9800 |
| 2/2/2021 | Bought | 1 | $11.9800 |
| 2/2/2021 | Bought | 150 | $11.9800 |
| 2/2/2021 | Bought | 1 | $11.9800 |
| 2/2/2021 | Bought | 35 | $11.9800 |
| 2/2/2021 | Bought | 1,000 | $12.0000 |
| 2/2/2021 | Bought | 500 | $12.0600 |
| 2/2/2021 | Bought | 470 | $12.1000 |
| 2/2/2021 | Bought | 30 | $12.1000 |
| 2/2/2021 | Bought | 500 | $12.1800 |
| 2/3/2021 | Bought | 1 | $10.2000 |
| 2/3/2021 | Bought | 98 | $10.2000 |
| 2/3/2021 | Bought | 29 | $10.2000 |
| 2/3/2021 | Bought | 844 | $10.2093 |
| 2/3/2021 | Bought | 55 | $10.2000 |
| 2/3/2021 | Bought | 1 | $10.1950 |
| 2/3/2021 | Bought | 100 | $10.1950 |
| 2/3/2021 | Bought | 1,000 | $10.2200 |
| 2/3/2021 | Bought | 100 | $10.1899 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 100 | $10.1899 |
| 2/3/2021 | Bought | 432 | $10.2800 |
| 2/3/2021 | Bought | 1 | $10.2800 |
| 2/3/2021 | Bought | 18 | $10.2800 |
| 2/3/2021 | Bought | 100 | $10.2800 |
| 2/3/2021 | Bought | 149 | $10.2800 |
| 2/4/2021 | Bought | 900 | $10.7000 |
| 2/4/2021 | Bought | 1,100 | $10.7000 |
| 2/4/2021 | Sold | -2,000 | $11.2000 |
| 2/5/2021 | Bought | 2,000 | $10.9100 |
| 2/5/2021 | Sold | -1,700 | $11.3500 |
| 2/5/2021 | Sold | -100 | $11.3500 |
| 2/5/2021 | Sold | -200 | $11.3500 |
| 2/9/2021 | Bought | 14 | $10.7500 |
| 2/10/2021 | Bought | 500 | $11.9200 |
| 2/10/2021 | Sold | -50 | $12.4200 |
| 2/10/2021 | Sold | -50 | $12.4200 |
| 2/10/2021 | Sold | -100 | $12.4200 |
| 2/10/2021 | Sold | -150 | $12.4200 |
| 2/10/2021 | Sold | -150 | $12.4200 |
| 2/10/2021 | Sold | -400 | $12.1900 |
| 2/10/2021 | Sold | -100 | $12.1900 |
| 2/10/2021 | Sold | -600 | $11.9800 |
| 2/10/2021 | Sold | -200 | $11.9800 |
| 2/10/2021 | Sold | -200 | $11.9800 |
| 2/10/2021 | Sold | -14 | $11.9600 |
| 2/10/2021 | Sold | -33 | $11.7000 |
| 2/10/2021 | Sold | -967 | $11.7000 |
| 2/10/2021 | Sold | -647 | $11.6000 |
| 2/10/2021 | Sold | -70 | $11.6000 |
| 2/10/2021 | Sold | -200 | $11.6000 |
| 2/10/2021 | Sold | -162 | $11.6000 |
| 2/10/2021 | Sold | -49 | $11.6000 |
| 2/10/2021 | Sold | -900 | $11.5900 |
| 2/10/2021 | Sold | -100 | $11.5900 |
| 2/11/2021 | Sold | -322 | $12.6000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/11/2021 | Sold | -120 | $12.6000 |
| 2/11/2021 | Sold | -14 | $12.6000 |
| 2/11/2021 | Sold | -18 | $12.6000 |
| 2/11/2021 | Sold | -9 | $12.6000 |
| 2/11/2021 | Sold | -17 | $12.6000 |
| 2/12/2021 | Bought | 500 | $11.8000 |
| 2/12/2021 | Bought | 400 | $11.9100 |
| 2/12/2021 | Bought | 100 | $11.9100 |
| 2/16/2021 | Bought | 1,000 | $7.7200 |
| 2/16/2021 | Bought | 834 | $7.7500 |
| 2/16/2021 | Bought | 166 | $7.7500 |
| 2/16/2021 | Bought | 1,000 | $7.7600 |
| 2/16/2021 | Bought | 1,000 | $7.7501 |
| 2/16/2021 | Bought | 1,000 | $7.7900 |
| 2/16/2021 | Bought | 1,000 | $7.7800 |
| 2/16/2021 | Bought | 350 | $7.7900 |
| 2/16/2021 | Bought | 150 | $7.7900 |
| 2/16/2021 | Bought | 200 | $7.7900 |
| 2/16/2021 | Bought | 100 | $7.7900 |
| 2/16/2021 | Bought | 100 | $7.7850 |
| 2/16/2021 | Bought | 100 | $7.7850 |
| 2/16/2021 | Bought | 643 | $7.7901 |
| 2/16/2021 | Bought | 100 | $7.8000 |
| 2/16/2021 | Bought | 100 | $7.8000 |
| 2/16/2021 | Bought | 1 | $7.7950 |
| 2/16/2021 | Bought | 56 | $7.7950 |
| 2/16/2021 | Bought | 100 | $7.7950 |
| 2/16/2021 | Bought | 1,000 | $7.7950 |
| 2/16/2021 | Bought | 1,000 | $7.8199 |
| 2/16/2021 | Bought | 1,000 | $7.8101 |
| 2/16/2021 | Bought | 1,000 | $7.8200 |
| 2/16/2021 | Bought | 980 | $7.9100 |
| 2/16/2021 | Bought | 20 | $7.9100 |
| 2/16/2021 | Bought | 1,000 | $7.9100 |
| 2/16/2021 | Bought | 1,000 | $7.9600 |
| 2/16/2021 | Bought | 1,000 | $7.9666 |
| 2/16/2021 | Bought | 671 | $7.9600 |
| 2/16/2021 | Bought | 329 | $7.9600 |
| 2/16/2021 | Bought | 1,000 | $8.0200 |
| 2/16/2021 | Bought | 1,000 | $8.0200 |
| 2/16/2021 | Bought | 300 | $8.0150 |
| 2/16/2021 | Bought | 700 | $8.0150 |
| 2/16/2021 | Bought | 1,000 | $8.0200 |
| 2/16/2021 | Bought | 200 | $8.0300 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 300 | $8.0300 |
| 2/16/2021 | Bought | 200 | $8.0300 |
| 2/16/2021 | Bought | 300 | $8.0300 |
| 2/16/2021 | Bought | 729 | $8.0200 |
| 2/16/2021 | Bought | 96 | $8.0200 |
| 2/16/2021 | Bought | 175 | $8.0200 |
| 2/16/2021 | Bought | 1,000 | $8.0300 |
| 2/16/2021 | Bought | 100 | $8.0400 |
| 2/16/2021 | Bought | 1,900 | $8.0400 |
| 2/16/2021 | Bought | 286 | $8.0300 |
| 2/16/2021 | Bought | 714 | $8.0300 |
| 2/16/2021 | Bought | 238 | $8.0400 |
| 2/16/2021 | Bought | 100 | $8.0400 |
| 2/16/2021 | Bought | 100 | $8.0400 |
| 2/16/2021 | Bought | 993 | $8.0300 |
| 2/16/2021 | Bought | 317 | $8.0300 |
| 2/16/2021 | Bought | 634 | $8.0400 |
| 2/16/2021 | Bought | 124 | $8.0400 |
| 2/16/2021 | Bought | 223 | $8.0400 |
| 2/16/2021 | Bought | 171 | $8.0400 |
| 2/16/2021 | Bought | 100 | $8.0400 |
| 2/16/2021 | Bought | 100 | $8.0400 |
| 2/16/2021 | Bought | 916 | $8.0400 |
| 2/16/2021 | Bought | 294 | $8.0400 |
| 2/16/2021 | Bought | 556 | $8.0300 |
| 2/16/2021 | Bought | 134 | $8.0300 |
| 2/16/2021 | Bought | 521 | $8.0400 |
| 2/16/2021 | Bought | 479 | $8.0400 |
| 2/16/2021 | Bought | 635 | $8.0600 |
| 2/16/2021 | Bought | 72 | $8.0600 |
| 2/16/2021 | Bought | 207 | $8.0600 |
| 2/16/2021 | Bought | 65 | $8.0600 |
| 2/16/2021 | Bought | 21 | $8.0600 |
| 2/16/2021 | Bought | 780 | $8.0500 |
| 2/16/2021 | Bought | 211 | $8.0500 |
| 2/16/2021 | Bought | 9 | $8.0500 |
| 2/16/2021 | Bought | 20 | $8.0700 |
| 2/16/2021 | Bought | 380 | $8.0700 |
| 2/16/2021 | Bought | 600 | $8.0700 |
| 2/16/2021 | Bought | 999 | $8.0300 |
| 2/16/2021 | Bought | 1 | $8.0300 |
| 2/16/2021 | Bought | 100 | $8.1000 |
| 2/16/2021 | Bought | 300 | $8.1000 |
| 2/16/2021 | Bought | 100 | $8.1000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 500 | $8.1000 |
| 2/16/2021 | Bought | 700 | $8.0996 |
| 2/16/2021 | Bought | 100 | $8.0796 |
| 2/16/2021 | Bought | 100 | $8.0799 |
| 2/16/2021 | Bought | 100 | $8.0799 |
| 2/16/2021 | Bought | 1,000 | $8.0550 |
| 2/16/2021 | Bought | 1,000 | $8.2600 |
| 2/16/2021 | Bought | 1,000 | $8.2700 |
| 2/16/2021 | Bought | 400 | $8.3200 |
| 2/16/2021 | Bought | 100 | $8.3200 |
| 2/16/2021 | Bought | 500 | $8.3200 |
| 2/16/2021 | Bought | 400 | $8.3200 |
| 2/16/2021 | Bought | 600 | $8.3200 |
| 2/16/2021 | Bought | 1,000 | $8.3200 |
| 2/16/2021 | Bought | 1,000 | $8.3500 |
| 2/16/2021 | Bought | 1,000 | $8.3530 |
| 2/16/2021 | Bought | 1,000 | $8.3600 |
| 2/16/2021 | Bought | 309 | $8.4000 |
| 2/16/2021 | Bought | 593 | $8.4200 |
| 2/16/2021 | Bought | 407 | $8.4400 |
| 2/16/2021 | Bought | 14 | $8.4000 |
| 2/16/2021 | Bought | 677 | $8.4000 |
| 2/16/2021 | Bought | 340 | $8.4200 |
| 2/16/2021 | Bought | 1,000 | $8.4300 |
| 2/16/2021 | Bought | 1,000 | $8.4800 |
| 2/16/2021 | Bought | 92 | $8.5300 |
| 2/16/2021 | Bought | 500 | $8.5300 |
| 2/16/2021 | Bought | 62 | $8.5300 |
| 2/16/2021 | Bought | 1,000 | $8.5400 |
| 2/16/2021 | Bought | 346 | $8.5300 |
| 2/16/2021 | Bought | 1,000 | $8.5500 |
| 2/16/2021 | Bought | 1,000 | $8.5500 |
| 2/16/2021 | Bought | 300 | $8.4200 |
| 2/16/2021 | Bought | 1,000 | $8.4400 |
| 2/16/2021 | Bought | 10 | $8.4200 |
| 2/16/2021 | Bought | 350 | $8.4200 |
| 2/16/2021 | Bought | 600 | $8.4566 |
| 2/16/2021 | Bought | 100 | $8.4566 |
| 2/16/2021 | Bought | 100 | $8.4566 |
| 2/16/2021 | Bought | 200 | $8.4566 |
| 2/16/2021 | Bought | 1,000 | $8.5500 |
| 2/16/2021 | Bought | 1,000 | $8.3900 |
| 2/16/2021 | Bought | 1,000 | $8.4000 |
| 2/16/2021 | Bought | 1,000 | $8.3950 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 1,000 | $8.4200 |
| 2/16/2021 | Bought | 1,000 | $8.4350 |
| 2/16/2021 | Bought | 952 | $8.6000 |
| 2/16/2021 | Bought | 48 | $8.6000 |
| 2/16/2021 | Bought | 1,000 | $8.5701 |
| 2/16/2021 | Bought | 356 | $8.6700 |
| 2/16/2021 | Bought | 222 | $8.6700 |
| 2/16/2021 | Bought | 422 | $8.6700 |
| 2/16/2021 | Bought | 1,000 | $8.6550 |
| 2/16/2021 | Bought | 600 | $8.7300 |
| 2/16/2021 | Bought | 400 | $8.7300 |
| 2/16/2021 | Bought | 699 | $8.7700 |
| 2/16/2021 | Bought | 1 | $8.7700 |
| 2/16/2021 | Bought | 300 | $8.7700 |
| 2/16/2021 | Bought | 1,000 | $8.8000 |
| 2/16/2021 | Bought | 1,000 | $8.6800 |
| 2/16/2021 | Bought | 116 | $9.1700 |
| 2/16/2021 | Bought | 4 | $9.1700 |
| 2/16/2021 | Bought | 280 | $9.1700 |
| 2/16/2021 | Bought | 100 | $9.1700 |
| 2/16/2021 | Bought | 100 | $9.1700 |
| 2/16/2021 | Bought | 100 | $9.1700 |
| 2/16/2021 | Bought | 200 | $9.1700 |
| 2/16/2021 | Bought | 100 | $9.1650 |
| 2/16/2021 | Bought | 1,000 | $9.3288 |
| 2/16/2021 | Bought | 1,000 | $9.4299 |
| 2/16/2021 | Bought | 20 | $9.5000 |
| 2/16/2021 | Bought | 500 | $9.5000 |
| 2/16/2021 | Bought | 480 | $9.5000 |
| 2/16/2021 | Bought | 200 | $9.5300 |
| 2/16/2021 | Bought | 200 | $9.5300 |
| 2/16/2021 | Bought | 500 | $9.5300 |
| 2/16/2021 | Bought | 100 | $9.5300 |
| 2/16/2021 | Bought | 1,000 | $9.6000 |
| 2/16/2021 | Bought | 445 | $9.6100 |
| 2/16/2021 | Bought | 555 | $9.6100 |
| 2/16/2021 | Bought | 1,000 | $9.6001 |
| 2/16/2021 | Bought | 1,000 | $9.6101 |
| 2/16/2021 | Bought | 1,000 | $9.8200 |
| 2/16/2021 | Bought | 63 | $10.0000 |
| 2/16/2021 | Bought | 83 | $10.0000 |
| 2/16/2021 | Bought | 1 | $10.0000 |
| 2/16/2021 | Bought | 100 | $10.0000 |
| 2/16/2021 | Bought | 300 | $10.0000 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 12 | $10.0000 |
| 2/16/2021 | Bought | 5 | $10.0000 |
| 2/16/2021 | Bought | 211 | $10.0000 |
| 2/16/2021 | Bought | 89 | $10.0000 |
| 2/16/2021 | Bought | 67 | $10.0000 |
| 2/16/2021 | Bought | 69 | $10.0000 |
| 2/16/2021 | Bought | 303 | $10.0800 |
| 2/16/2021 | Bought | 697 | $10.0800 |
| 2/16/2021 | Bought | 42 | $10.0300 |
| 2/16/2021 | Bought | 958 | $10.0300 |
| 2/16/2021 | Bought | 1,000 | $10.1899 |
| 2/16/2021 | Bought | 1,800 | $10.2500 |
| 2/16/2021 | Bought | 200 | $10.2500 |
| 2/16/2021 | Bought | 1,000 | $10.5600 |
| 2/16/2021 | Bought | 200 | $10.5600 |
| 2/16/2021 | Bought | 300 | $10.5400 |
| 2/16/2021 | Bought | 900 | $10.5400 |
| 2/16/2021 | Bought | 100 | $10.5400 |
| 2/16/2021 | Bought | 500 | $11.1200 |
| 2/16/2021 | Bought | 100 | $11.1200 |
| 2/16/2021 | Bought | 90 | $11.1200 |
| 2/16/2021 | Bought | 100 | $11.1200 |
| 2/16/2021 | Bought | 460 | $11.1600 |
| 2/16/2021 | Bought | 40 | $11.0000 |
| 2/16/2021 | Bought | 14 | $11.1500 |
| 2/16/2021 | Bought | 200 | $11.1000 |
| 2/16/2021 | Bought | 486 | $11.1500 |
| 2/16/2021 | Bought | 500 | $11.1800 |
| 2/16/2021 | Bought | 70 | $11.2000 |
| 2/16/2021 | Bought | 130 | $11.2000 |
| 2/16/2021 | Bought | 200 | $11.2000 |
| 2/16/2021 | Bought | 300 | $11.4000 |
| 2/16/2021 | Bought | 200 | $11.4000 |
| 2/16/2021 | Bought | 200 | $11.2000 |
| 2/16/2021 | Bought | 100 | $11.5000 |
| 2/16/2021 | Bought | 100 | $11.4000 |
| 2/18/2021 | Sold | -3,961 | $6.6000 |
| 2/18/2021 | Sold | -200 | $6.6000 |
| 2/18/2021 | Sold | -4,945 | $6.6000 |
| 2/18/2021 | Sold | -730 | $6.6000 |
| 2/18/2021 | Sold | -65 | $6.6000 |
| 2/18/2021 | Sold | -99 | $6.6000 |
| 2/18/2021 | Sold | -12 | $6.4400 |
| 2/18/2021 | Sold | -300 | $6.4400 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/18/2021 | Sold | -500 | $6.4400 |
| 2/18/2021 | Sold | -2 | $6.4400 |
| 2/18/2021 | Sold | -4,000 | $6.4400 |
| 2/18/2021 | Sold | -10 | $6.4400 |
| 2/18/2021 | Sold | -5 | $6.4400 |
| 2/18/2021 | Sold | -50 | $6.4400 |
| 2/18/2021 | Sold | -8 | $6.4400 |
| 2/18/2021 | Sold | -13 | $6.4400 |
| 2/18/2021 | Sold | -50 | $6.4400 |
| 2/18/2021 | Sold | -50 | $6.4400 |
| 2/18/2021 | Sold | -8,000 | $6.3900 |
| 2/18/2021 | Sold | -386 | $6.3900 |
| 2/18/2021 | Sold | -14 | $6.3900 |
| 2/18/2021 | Sold | -482 | $6.3900 |
| 2/18/2021 | Sold | -18 | $6.3900 |
| 2/18/2021 | Sold | -400 | $6.3900 |
| 2/18/2021 | Sold | -372 | $6.3900 |
| 2/18/2021 | Sold | -28 | $6.3900 |
| 2/18/2021 | Sold | -300 | $6.3900 |
| 2/19/2021 | Bought | 122 | $6.6100 |
| 2/19/2021 | Bought | 878 | $6.6100 |
| 2/19/2021 | Bought | 1,000 | $6.6500 |
| 2/19/2021 | Bought | 410 | $6.8500 |
| 2/19/2021 | Bought | 300 | $6.8500 |
| 2/19/2021 | Bought | 900 | $6.9000 |
| 2/19/2021 | Bought | 100 | $6.9000 |
| 2/23/2021 | Sold | -2,500 | $6.6000 |
| 3/1/2021 | Bought | 1,000 | $6.3100 |

## Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2020 | Sold | -500 | $0.6250 |
| 11/5/2020 | Sold | -1,000 | $0.6261 |
| 11/5/2020 | Sold | -2,000 | $0.6261 |
| 11/5/2020 | Sold | -1,800 | $0.6220 |
| 11/5/2020 | Sold | -200 | $0.6220 |
| 11/5/2020 | Sold | -2,000 | $0.6250 |
| 11/6/2020 | Bought | 7,000 | $0.5750 |
| 11/6/2020 | Bought | 500 | $0.5800 |
| 11/11/2020 | Sold | -7,499 | $0.6300 |
| 11/12/2020 | Sold | -7,500 | $0.6400 |
| 11/12/2020 | Bought | 3,619 | $0.5800 |
| 11/12/2020 | Bought | 3,881 | $0.5800 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/23/2020 | Bought | 995 | $7.4099 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 1 | $7.4000 |
| 12/23/2020 | Bought | 284 | $7.4400 |
| 12/23/2020 | Bought | 216 | $7.4400 |
| 1/13/2021 | Sold | -1 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -100 | $9.9900 |
| 1/13/2021 | Sold | -99 | $9.9900 |
| 1/22/2021 | Sold | -500 | $11.5400 |
| 1/25/2021 | Sold | -500 | $12.1800 |
| 2/16/2021 | Bought | 500 | $8.0400 |
| 2/16/2021 | Bought | 112 | $8.0700 |
| 2/16/2021 | Bought | 617 | $8.0700 |
| 2/16/2021 | Bought | 71 | $8.0700 |
| 2/16/2021 | Bought | 100 | $8.0700 |
| 2/16/2021 | Bought | 100 | $8.0700 |
| 2/16/2021 | Bought | 500 | $8.0350 |
| 2/16/2021 | Bought | 100 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 200 | $8.1200 |
| 2/16/2021 | Bought | 100 | $8.1200 |
| 2/16/2021 | Bought | 400 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 400 | $9.4200 |
| 2/16/2021 | Bought | 1,000 | $9.4200 |
| 2/16/2021 | Bought | 300 | $9.4300 |
| 2/16/2021 | Bought | 1,049 | $9.4200 |
| 2/16/2021 | Bought | 1,400 | $9.4200 |
| 2/16/2021 | Bought | 312 | $9.4200 |
| 2/16/2021 | Bought | 33 | $9.4100 |
| 2/16/2021 | Bought | 206 | $9.4100 |

## Account 3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 475 | $8.0488 |

**Debbie Slipher**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/5/2020 | Sold | -100 | $0.6237 |
| 11/5/2020 | Sold | -100 | $0.6237 |
| 11/5/2020 | Sold | -100 | $0.6237 |
| 11/5/2020 | Sold | -100 | $0.6238 |
| 11/5/2020 | Sold | -100 | $0.6238 |
| 11/5/2020 | Sold | -100 | $0.6237 |
| 11/5/2020 | Sold | -400 | $0.6237 |
| 11/5/2020 | Sold | -2,000 | $0.6250 |
| 11/5/2020 | Sold | -3,000 | $0.6220 |
| 11/6/2020 | Bought | 1,944 | $0.5750 |
| 11/6/2020 | Bought | 1,100 | $0.5750 |
| 11/6/2020 | Bought | 800 | $0.5750 |
| 11/6/2020 | Bought | 800 | $0.5760 |
| 11/6/2020 | Bought | 756 | $0.5750 |
| 11/6/2020 | Bought | 200 | $0.5750 |
| 11/6/2020 | Bought | 200 | $0.5750 |
| 11/6/2020 | Bought | 200 | $0.5760 |
| 11/11/2020 | Sold | -5,999 | $0.6300 |
| 11/12/2020 | Bought | 5,300 | $0.5800 |
| 11/12/2020 | Bought | 700 | $0.5800 |
| 11/12/2020 | Sold | -2,474 | $0.6400 |
| 11/12/2020 | Sold | -3,526 | $0.6400 |
| 12/23/2020 | Bought | 500 | $7.4000 |
| 12/23/2020 | Bought | 500 | $7.4400 |
| 12/23/2020 | Bought | 192 | $7.4099 |
| 12/23/2020 | Bought | 100 | $7.4000 |
| 12/23/2020 | Bought | 99 | $7.4000 |
| 12/23/2020 | Bought | 48 | $7.4000 |
| 12/23/2020 | Bought | 37 | $7.4000 |
| 12/23/2020 | Bought | 22 | $7.4000 |
| 12/23/2020 | Bought | 2 | $7.4000 |
| 1/13/2021 | Sold | -500 | $9.9900 |
| 1/22/2021 | Sold | -500 | $11.5400 |
| 1/25/2021 | Sold | -500 | $12.2577 |
| 2/16/2021 | Bought | 1,844 | $9.4300 |
| 2/16/2021 | Bought | 1,000 | $9.4297 |
| 2/16/2021 | Bought | 935 | $9.4300 |
| 2/16/2021 | Bought | 929 | $8.0700 |
| 2/16/2021 | Bought | 600 | $8.1200 |
| 2/16/2021 | Bought | 500 | $8.0700 |
| 2/16/2021 | Bought | 400 | $8.0400 |
| 2/16/2021 | Bought | 400 | $9.4200 |

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 300 | $8.1200 |
| 2/16/2021 | Bought | 300 | $9.4200 |
| 2/16/2021 | Bought | 200 | $8.1200 |
| 2/16/2021 | Bought | 107 | $9.4300 |
| 2/16/2021 | Bought | 100 | $8.0400 |
| 2/16/2021 | Bought | 91 | $9.4300 |
| 2/16/2021 | Bought | 71 | $8.0700 |
| 2/16/2021 | Bought | 23 | $9.4300 |