**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| RANDY SLIPHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS CONFORTI, and MARK E. YALE,<br><br>Defendants. | Case No. 2:21-cv-02757-JLG-KAJ<br><br>**[PROPOSED] ORDER** |
| JEAN-MARIE COUSINOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON PRIME GROUP, INC., LOUIS CONFORTI, and MARK E. YALE,<br><br>Defendants. | Case No. 2:21-cv-03431-JLG-KAJ |

Having considered the motion of Randy Slipher for consolidation of related actions, appointment as lead plaintiff, and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Washington Prime Group, Inc. Securities Litigation*, Master File No. 2:21-cv-2757;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Randy Slipher as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Biller & Kimble, LLC. as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2021        _____

HON. JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE