**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| RANDY SLIPHER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS CONFORTI, and MARK E. YALE,<br><br>Defendants. | Case No. 2:21-cv-02757-JLG-KAJ<br><br>**NOTICE THAT RANDY SLIPHER'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL IS NOT OPPOSED** |
| JEAN-MARIE COUSINOU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON PRIME GROUP, INC., LOUIS CONFORTI, and MARK E. YALE,<br><br>Defendants. | Case No. 2:21-cv-03431-JLG-KAJ |

Randy Slipher respectfully submits this Notice to inform the Court that his motion for consolidation of related actions, appointment as lead plaintiff, and approval of counsel filed on July 23, 2021 (Dkt. No. 9, the "Motion") is not opposed.

Only one other purported member of the plaintiff class, Josef Jonathan, filed a competing motion for appointment as lead plaintiff and approval of counsel on July 23, 2021. *See* Dkt. No. 10. However, on August 10, 2021, Mr. Jonathan filed a notice informing the Court that he does not oppose Mr. Slipher's Motion, conceding that Mr. Jonathan "does not appear to have the largest financial interest in this litigation." *See* Dkt. No. 11.

The deadline to file any opposition to Mr. Slipher's Motion was August 13, 2021. The deadline passed and no opposition to Mr. Slipher's Motion was filed. Accordingly, Mr. Slipher's Motion is unopposed. As such, Mr. Slipher respectfully requests that the Court enter the Proposed Order (Dkt. No. 9-6): (1) consolidating the related actions; (2) appointing Randy Slipher as Lead Plaintiff; and (3) approving Mr. Slipher's selection of Glancy Prongay & Murray LLP as Lead Counsel and Biller & Kimble, LLC as Liaison Counsel for the class.

Respectfully submitted,

Dated:  August 16, 2021                **BILLER & KIMBLE, LLC**

By:  _/s/ Andrew Kimble_
Andrew Kimble
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Email: akimble@billerkimble.com

*Liaison Counsel for Randy Slipher and Proposed*
*Liaison Counsel for the Class*

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Randy Slipher and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 16 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of Ohio, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 16, 2021, at Cincinnati, Ohio.

*/s/ Andrew Kimble*
Andrew Kimble