## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RANDY SLIPHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02757-JLG-KAJ |
| Plaintiff, | |
| v. | |
| LOUIS CONFORTI, and MARK E. YALE, | |
| Defendants. | |
| | |
| JEAN-MARIE COUSINOU, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-03431-JLG-KAJ |
| Plaintiff, | |
| v. | |
| WASHINGTON PRIME GROUP, INC., LOUIS CONFORTI, and MARK E. YALE, | |
| Defendants. | |

**<u>ORDER</u>**

Having considered the unopposed motion of Randy Slipher for consolidation of related actions, appointment as lead plaintiff, and approval of class counsel, and good cause appearing, the Court finds and orders as follows:

1.      The above-captioned actions involve common questions of law and facts and are therefore consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Washington Prime Group, Inc. Securities Litigation*, Master File No. 2:21-cv-2757;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), and of Federal Rule of Civil Procedure 23(a), finds that they are satisfied and thus appoints Randy Slipher as Lead Plaintiff;

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Biller & Kimble, LLC. as Liaison Counsel for the class; and

4.      Accordingly, the Motion (doc. 9) is GRANTED.

   **IT IS SO ORDERED.**

 Dated: September 16, 2021

                                        s/ James L. Graham
                                        HON. JAMES L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE