# EXHIBIT 2

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 15, 2021

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WASHINGTON PRIME GROUP INC., *et al.*,[1] | § | Case No. 21-31948 (MI) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Related Docket No. 1161** |
| | § | |

### ORDER REGARDING REORGANIZED DEBTORS' EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S PROTECTIVE ORDER

This Order is issued on the November 12, 2021 Emergency Motion to Compel Compliance with this Court's Protective Order (the "Motion") brought by Washington Prime Group Inc. ("WPG") and its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), seeking an order compelling Glancy Prongay & Murray LLP, The Wagner Firm, Biller & Kimble LLC, and their clients (collectively, the "Securities Plaintiffs") to comply with the Court's July 8, 2021 Protective Order (the "Protective Order") regarding the dissemination and use of discovery material (the "Discovery Material") produced in these bankruptcy cases (the "Cases").

This Order is issued pursuant to section 105 of the Bankruptcy Code, and the Court's inherent authority. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and Constitutional and statutory authority to enforce the Court's prior orders. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

Therefore, the Court orders:

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained at https://cases.primeclerk.com/washingtonprime. The Reorganized Debtors' service address is 180 East Broad Street, Columbus, Ohio 43215.

1.      Use of Discovery Material for any purpose outside of these Cases is prohibited under Paragraph 10 of the Protective Order.  Accordingly, the Securities Plaintiffs shall immediately cease using all Discovery Material and any derivative works in the securities litigation they have initiated against two non-Debtor individuals in the U.S. District Court for the Southern District of Ohio, Case No. 2:21-cv-02757; Case No. 2:21-cv-03431 (the "Securities Litigation"), or for any other purpose outside of these Cases.

2.      The Securities Plaintiffs are ordered to refrain from disseminating, distributing, or sharing in any manner all Discovery Material or derivative works referencing Discovery Material to any individuals or entities whether in connection with the Securities Litigation or for any other purpose.  Any further dissemination or use of Discovery Material by the Securities Plaintiffs will be a violation of this Court's order, and will result in a contempt hearing.

3.      This Court shall hold an evidentiary hearing on **December 16, 2021 at 9:30 am Prevailing Central Time** to determine whether the Securities Plaintiffs used deception to obtain the Discovery Material.  The parties shall be entitled to conduct discovery in advance of the December 16, 2021 hearing regarding the Securities Plaintiffs' acquisition, dissemination and use of the Discovery Material.

4.      As may be appropriate depending on the outcome of the December 16, 2021 hearing, this Court shall hold a hearing on **January 24, 2022 at 1:30 pm Prevailing Central Time** on any motion by the Securities Plaintiffs seeking leave under the Protective Order to use the Discovery Material in the Securities Litigation.  Any such motion by the Securities Plaintiffs shall be filed by December 31, 2021.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or

3

related to the implementation, interpretation, and enforcement of this Order.

Signed: November 15, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

30799600v.2