**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RANDY SLIPHER,**

        **Plaintiff,**

    **v.**
                                    **Civil Action 2:21-cv-2757**
                                          **Judge James L. Graham**
                                          **Magistrate Judge Jolson**

**WASHINGTON PRIME GROUP,
INC., ET AL.,**

        **Defendants.**

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Substitute Counsel (Docs. 36, 37). For good cause shown, the Motion is **GRANTED**.  Daniel R. Karon of Karon LLC is substituted as liaison counsel, and Laurence M. Rosen and Jonathan Horne of The Rosen Law Firm, P.A. are substituted as lead counsel.  Mr. Rosen and Mr. Horne are advised that they must file motions to appear *pro hac vice* before their appearance can be noticed to the docket.  They are further advised that only one attorney may be designated as lead counsel on the docket, and the Court will designate Mr. Rosen as lead counsel unless Plaintiffs indicate otherwise.

    IT IS SO ORDERED.

Date:  January 19, 2022                           /s/ Kimberly A. Jolson
                                          KIMBERLY A. JOLSON
                                          UNITED STATES MAGISTRATE JUDGE