**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: WASHINGTON PRIME GROUP, INC. SECURITIES LITIGATION | Master File No.: 2:21-cv-2757<br><br>Hon. James J. Graham<br>Mag. Kimberly A. Jolson |

**DECLARATION OF THOMAS H. STEWART IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Thomas H. Stewart hereby declares under penalty of perjury as follows:

1.      I am a member of the Bar of the State of Ohio and of counsel at Blank Rome LLP, counsel for Defendants Washington Prime Group, Inc. ("WPG"), Louis G. Conforti, Mark E. Yale, and Melissa Indest (collectively "Defendants") in the above captioned matter.

2.      I submit this Declaration on behalf of Defendants to provide the Court with certain documents cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint, filed concurrently herewith.

3.      Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1 | United States Bankruptcy Court for the Southern District of Texas's Confirmation Order of Debtors' WPG's Chapter 11 Plan of Reorganization, *see generally In re: Washington Prime Group, Inc., et. al.*, Case No. 21-31948 (MI) (S.D. Tex.) (Bankruptcy ("Br.") ECF No. 1022) |
| Exhibit 2 | Debtor WPG's Second Amended Chapter 11 Plan of Reorganization (Br. ECF No. 976). |
| Exhibit 3 | An excerpt from WPG's Form 10-K filed with the U.S. Securities & Exchange Commission ("SEC") on February 27, 2020. |

| | |
|---|---|
| Exhibit 4 | An excerpt from WPG's Form 8-K filed with the SEC on February 27, 2020. |
| Exhibit 5 | An excerpt from WPG's Form 8-K filed with the SEC on November 5, 2020. |
| Exhibit 6 | An excerpt from WPG's Form 10-Q filed with the SEC on July 25, 2019. |
| Exhibit 7 | An excerpt from WPG's Form 10-Q filed with the SEC on May 8, 2020. |
| Exhibit 8 | WPG's Form 8-K filed with the SEC on February 16, 2021. |
| Exhibit 9 | WPG's Form 8-K filed with the SEC on March 16, 2021. |
| Exhibit 10 | Plaintiff Randy Slipher's Objection to Debtor WPG's Amended Joint Chapter 11 Plan in the United States Bankruptcy Court for the Southern District of Texas (Br. ECF No. 972.) |
| Exhibit 11 | Plaintiff Randy Slipher's Opposition to the Reorganized Debtors' Emergency Motion to Compel Compliance with this Court's Protective Order (Br. ECF No. 1166) |
| Exhibit 12 | A press release titled "Washington Prime Group Announces Successful Completion of Financial Restructuring," issued by WPG on October 21, 2021. |
| Exhibit 13 | A transcript of WPG's Q3 Earnings Call on November 6, 2020. |
| Exhibit 14 | A Bloomberg News article titled "Mall Owner Washington Prime Is Said to Prepare Bankruptcy Filing," dated March 4, 2021, which is also available at https://www.bloomberg.com/news/articles/2021-03-04/mall-owner-washington-prime-is-said-to-prepare-bankruptcy-filing. |

| Exhibit 15 | A KMPG article titled "Accounting for legal claims:  IFRS compared to US GAAP," dated February 28, 2019, which is also available at https://advisory.kpmg.us/articles/2019/measuring-provisions.html |
| --- | --- |
| Exhibit 16 | An excerpt from WPG's Form 10-K filed with the SEC on February 24, 2017. |
| Exhibit 17 | An excerpt from WPG's Form 10-K filed with the SEC on February 21, 2019. |
| Exhibit 18 | A transcript of WPG's Presentation from the March 7, 2018 Citi Global Property CEO Conference. |
| Exhibit 19 | A transcript of WPG's Roundtable Discussion from the September 15, 2020 Bank of America Merrill Lynch Tower Global Real Estate Conference. |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cincinnati, Ohio on June 3, 2022.

_____

Thomas H. Stewart

3