# EXHIBIT 4

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of**
**The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported) February 26, 2020

# WASHINGTON PRIME GROUP INC.

(Exact name of Registrant as specified in its Charter)

| Indiana | 001-36252 | 46-4323686 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 180 East Broad Street | Columbus | Ohio | 43215 |
|---|---|---|---|
| (Address of Principal Executive Offices) | | (Zip Code) | |

Registrant's telephone number, including area code (614) 621-9000

N/A

(Former name or former address, if changed since last Report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions (see General Instruction A.2. below):

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | WPG | New York Stock Exchange |
| 7.5% Series H Cumulative Redeemable Preferred Stock, par value $0.0001 per share | WPGPRH | New York Stock Exchange |
| 6.875% Series I Cumulative Redeemable Preferred Stock, par value $0.0001 per share | WPGPRI | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company [ ]

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

**Item 2.02 Results of Operations and Financial Condition.**

On February 26, 2020, Washington Prime Group Inc. (the "**Company**" or "**Registrant**") issued a news release regarding its results of operations for the three and twelve months ended December 31, 2019.

A copy of the news release is furnished with this report as Exhibit 99.1. A copy of the Company's supplemental information for the three and twelve months ended December 31, 2019, which is referenced in the news release and available on the Company's website, is furnished with this report as Exhibit 99.2. The information in this Form 8-K and the exhibits attached hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Act"), or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 7.01 Regulation FD Disclosure.**

A copy of the "Fourth Quarter 2019 Update" presentation is available on the Registrant's website (www.washingtonprime.com) and is furnished with this Form 8-K as Exhibit 99.3. The information provided under this Item 7.01 of this Form 8-K shall not be deemed "filed" for purposes of Section 18 of the Exchange Act nor shall it be deemed incorporated by reference into any filing under the Act or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(a) Financial statements of businesses acquired.
Not applicable.

(b) Pro forma financial information.
Not applicable.

(c) Shell company transactions.
Not applicable.

(d) Exhibits
99.1 News Release of Washington Prime Group Inc., dated February 26, 2020.
99.2 Supplemental Information for the three and twelve months ended December 31, 2019.
99.3 Fourth Quarter 2019 Update
104 Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101).

Inline XBRL Viewer

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

Washington Prime Group Inc.

(Registrant)

Date: February 26, 2020        By:    /s/ Mark E. Yale

Mark E. Yale
Executive Vice President and Chief Financial Officer
(Principal Financial Officer)

Exhibit

EX-99.2 3 a2019q4exhibit992suppl.htm SUPPLEMENTAL REPORT FOR THE THREE AND TWELVE MONTHS ENDED DECEMBER, 31 2019

# SUPPLEMENTAL INFORMATION

## FOR THE TWELVE MONTHS ENDED DECEMBER 31, 2019 AND 2018

**WASHINGTON PRIME GROUP**

Exhibit

<u>SAFE</u> <u>HARBOR</u>: Some of the information contained in this presentation includes forward looking statements. Such statements are subject to a number of risks and uncertainties which could cause actual results in the future to differ materially and adversely from those described in the forward-looking statements. Investors should consult the Company's filings with the Securities and Exchange Commission for a description of the various risks and uncertainties which could cause such a difference before deciding whether to invest.

# Table of Contents

| | Page |
|---|---|
| **Financial Statement Data** | |
| Consolidated statements of operations (unaudited) | 1 |
| Consolidated balance sheets (unaudited) | 2 |
| Supplemental balance sheet detail | 3 |
| Components of rental income, other income and corporate overhead | 4 |
| Reconciliation of funds from operations - including pro-rata share of unconsolidated properties | 5 |
| Reconciliation of net operating income growth for comparable properties - including pro-rata share of unconsolidated properties | 6 |
| | |
| **Debt Information** | |
| Summary of debt | 7 |
| EBITDAre and key balance sheet metrics | 8 |
| Key guidance assumptions | 9 |
| | |
| **Operational Data** | |
| Operating metrics | 10 |
| Leasing results and base rent psf | 11 |
| Releasing spreads | 12 |
| Top 10 tenants | 13 |
| Lease expirations | 14 |
| | |
| **Development Activity** | |
| Capital expenditures | 15 |
| Redevelopment projects | 16 |
| Department store repositioning status | 17 |
| | |
| **Property Information** | |
| Property information | 18-20 |
| | |
| **Other** | |
| Non-GAAP pro-rata financial information | 21 |
| Proportionate share of unconsolidated properties - statements of operations (unaudited) | 22 |
| Proportionate share of unconsolidated properties - balance sheet (unaudited) | 23 |
| Glossary of terms | 24 |

# EBITDAre AND KEY BALANCE SHEET METRICS
# Washington Prime Group Inc.
**(dollars in thousands)**

| | Three Months Ended December 31, | | Twelve Months Ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| **Calculation of EBITDAre:** | | | | |
| Net income | $ 23,868 | $ 68,836 | $ 2,760 | $ 108,655 |
| Interest expense, net | 38,576 | 36,360 | 153,382 | 141,987 |
| Income and other taxes | 831 | 673 | 1,296 | 1,532 |
| Depreciation and amortization | 62,178 | 61,696 | 271,320 | 257,796 |
| Gain on disposition of interests in properties, net | (4,726) | (1,598) | (8,670) | (3,353) |
| Impairment loss | 6,320 | — | 35,256 | — |
| Pro-rata share of unconsolidated entities, net | 17,360 | 17,457 | 72,634 | 72,501 |
| EBITDAre (1)(2) | 144,407 | 183,424 | 527,978 | 579,118 |
| Gain on extinguishment of debt, net | (24,747) | (51,395) | (63,660) | (51,395) |
| Adjusted EBITDAre | $ 119,660 | $ 132,029 | $ 464,318 | $ 527,723 |

| | Bond Covenant Requirement (3) | As of December 31, 2019 Ratio |
|---|---|---|
| **Key Balance Sheet Metrics:** | | |
| Total indebtedness to Total assets | ≤ 60% | 56.9% |
| Secured indebtedness to Total assets | ≤ 40% | 21.8% |
| Consolidated EBITDA / Annual service charge | ≥ 1.5x | 2.43x |
| Total unencumbered assets / Total unsecured indebtedness | > 150% | 190% |

(1) EBITDAre is calculated consistent with the NAREIT definition.

(2) EBITDAre includes the expensing of internal leasing costs of $3,724 and $768 for the quarter ended December 31, 2019 and 2018, respectively and $16,321 and $3,106 for the twelve months ended December 31, 2019 and 2018, respectively.

(3) The covenants detailed are from the August 2017 Bond Offering.

Exhibit

# KEY GUIDANCE ASSUMPTIONS

**Washington Prime Group Inc.**
**2020 Guidance**

|  | Fiscal Year 2020 Guidance |
|---|---|
| **Earnings Expectations:** | |
| FFO per share, as adjusted - diluted (1) | $0.99 to $1.07 |
| FFO per share, as adjusted - diluted - first quarter | $0.20 to $0.24 |
| | |
| **Underlying Assumptions to 2020 Guidance (1):** | |
| Comparable NOI growth for Tier 1 and Open Air (Core) properties- fiscal year 2020 (2) (3) | approximately 0.5% to 1.5% |
| Corporate overhead and general and administrative expenses (excluded from property NOI) | $70-$74 million |
| Non-cash adjustments for purchase accounting and straight line rents (3) | $10-$12 million |
| Fee income and lease termination fees | $13-$16 million |
| Interest expense | $153-$155 million |
| Assumed property sales | 2 (Matteson Plaza/ Dekalb) |
| Assumed joint venture transactions | None |
| Assumed acquisition | None |
| Assumed lender transitions (guidance excludes any related gain from debt extinguishment) | 1 to 3 properties |
| Gain from sale of outparcels (primarily relates to Four Corners transactions) | $10 to $14 million |
| Redevelopment spend (3) | $90 to $110 million |
| Recurring capital expenditures and deferred leasing costs | $65 to $75 million |
| Distributions per common share and units | $0.125 per diluted share quarterly |

(1) Guidance excludes gains from debt extinguishment.

(2) Excludes NOI of approximately $30 to $34 million related to Tier 2 and noncore properties.

(3) Includes pro-rata share of joint venture properties

Exhibit

# OPERATING METRICS

**Washington Prime Group Inc.**
**As of December 31, 2019**

## PORTFOLIO SUMMARY

| | Property Count | Leased Occupancy % (1) | | Store Sales Per Square Foot for 12 Months Ended (1) | | Store Occupancy Cost % (1) | | % of Total Comp NOI for 12 Months Ended 12/31/19 | NOI Growth for 3 Months Ended 12/31/19 | Releasing Spreads Trailing Twelve Months Ended 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/31/19 | 12/31/18 | 12/31/19 | 12/31/18 | 12/31/19 | 12/31/18 | | | |
| Open Air Properties | 49 | 95.7% | 95.5% | | | | | 27.3% | 5.1% | 6.1% |
| Tier 1 Enclosed Retail Properties | 42 | 91.4% | 94.0% | $ 413 | $ 397 | 11.2% | 11.8% | 65.6% | -7.9% | -5.8% |
| **Tier 1 and Open Air** | **91** | **93.4%** | **94.7%** | | | | | **92.9%** | **-4.6%** | **-3.2%** |

## ENCLOSED RETAIL PROPERTY TIERS

| TIER 1 | | TIER 2 / NONCORE |
|---|---|---|
| | | **TIER 2** |
| Arbor Hills | Mesa Mall | Anderson Mall |
| Arboretum, The | Morgantown Mall | Boynton Beach Mall |
| Ashland Town Center | Northtown Mall | Chautauqua Mall |
| Bowie Town Center | Northwoods Mall | Indian Mound Mall |
| Brunswick Square | Oklahoma City Properties | Lima Mall |
| Clay Terrace | Orange Park Mall | Maplewood Mall |
| Cottonwood Mall | Paddock Mall | New Towne Mall |
| Dayton Mall | Pearlridge Center | Oak Court Mall |
| Edison Mall | Polaris Fashion Place | Rolling Oaks Mall |
| Grand Central Mall | Port Charlotte Town Center | Sunland Park Mall |
| Great Lakes Mall | Scottsdale Quarter | |
| Irving Mall | Southern Hills Mall | **NONCORE** |
| Jefferson Valley Mall | Southern Park Mall | Charlottesville Fashion Square |
| Lincolnwood Town Center | Southgate Mall | Muncie Mall |
| Lindale Mall | The Outlet Collection | Seattle | Seminole Towne Center |
| Longview Mall | Town Center at Aurora | |
| Malibu Lumber Yard | Town Center Crossing & Plaza | |
| Mall at Fairfield Commons, The | Waterford Lakes Town Center | |
| Mall at Johnson City, The | Weberstown Mall | |
| Markland Mall | Westminster Mall (2) | |
| Melbourne Square | WestShore Plaza | |

(1) Metrics include properties owned and managed as of December 31, 2019, and exclude Tier 2 and Noncore properties.

(2) Due to major planned redevelopment, Westminster Mall will be reclassed from Tier 1 in 2020 until stabilized.

# CAPITAL EXPENDITURES

**Washington Prime Group Inc.**

**(dollars in thousands)**

| | Consolidated Three Months Ended December 31, 2019 | Unconsolidated Joint Venture Proportionate Share | Total Three Months Ended December 31, 2019 | Consolidated Three Months Ended December 31, 2018 | Unconsolidated Joint Venture Proportionate Share | Total Three Months Ended December 31, 2018 |
|---|---|---|---|---|---|---|
| New Developments | $ — | $ — | $ — | $ 333 | $ — | $ 333 |
| Redevelopments, Renovations, and Expansions | $ 31,625 | $ 5,526 | $ 37,151 | $ 15,555 | $ 3,223 | $ 18,778 |
| Internal Leasing Costs | $ 1,292 | $ 446 | $ 1,738 | $ 4,674 | $ 300 | $ 4,974 |
| **Property Capital Expenditures:** | | | | | | |
| Non-anchor stores tenant improvements and allowances | $ 6,330 | $ 1,530 | $ 7,860 | $ 7,328 | $ 1,412 | $ 8,740 |
| Operational capital expenditures | 12,715 | 1,392 | 14,107 | 14,173 | 729 | 14,902 |
| Total Property Capital Expenditures | $ 19,045 | $ 2,922 | $ 21,967 | $ 21,501 | $ 2,141 | $ 23,642 |

| | Consolidated Twelve Months Ended December 31, 2019 | Unconsolidated Joint Venture Proportionate Share | Total Twelve Months Ended December 31, 2019 | Consolidated Twelve Months Ended December 31, 2018 | Unconsolidated Joint Venture Proportionate Share | Total Twelve Months Ended December 31, 2018 |
|---|---|---|---|---|---|---|
| New Developments | $ — | $ — | $ — | $ 1,435 | $ — | $ 1,435 |
| Redevelopments, Renovations, and Expansions (1) | $ 87,058 | $ 15,507 | $ 102,565 | $ 95,440 | $ 20,089 | $ 115,529 |
| Internal Leasing Costs | $ 2,516 | $ 1,395 | $ 3,911 | $ 17,658 | $ 1,211 | $ 18,869 |
| **Property Capital Expenditures:** | | | | | | |
| Non-anchor stores tenant improvements and allowances | $ 26,089 | $ 5,354 | $ 31,443 | $ 23,464 | $ 5,867 | $ 29,331 |
| Operational capital expenditures | 33,500 | 3,178 | 36,678 | 37,052 | 2,050 | 39,102 |
| Total Property Capital Expenditures | $ 59,589 | $ 8,532 | $ 68,121 | $ 60,516 | $ 7,917 | $ 68,433 |

(1) The twelve months ended 2018 includes the acquisition, through a sale-leaseback, of four Sears department stores.

## REDEVELOPMENT PROJECTS

**Washington Prime Group Inc.**

**As of December 31, 2019**

**(dollars in thousands)**

**Projects under construction or approved for construction with an estimated investment of $5 million or more**

| Property Name | City | St | Opportunity | Ownership % | Estimated Total Costs (1) (3) | Estimated Project Yield (1) (2) | WPG Costs Incurred to Date (3) | Estimated Completion (1) |
|---|---|---|---|---|---|---|---|---|
| Fairfield Town Center | Houston | TX | Final phase of development to add 130,000 SF to add a theater, value fashion apparel as well as big box and small shop stores. | 100% | $26,000 - $30,000 | 7% - 8% | $ 4,516 | 2020 |
| Grand Central Mall | Parkersburg | WV | Replaced Elder-Beerman with H&M, replaced Toys R Us with Big Lots, replaced hhgregg with Ulta and Five Below, planned replacement of former Sears with Home Goods, PetSmart, Ross Dress for Less, and TJ Maxx | 100% | $31,000 - $33,000 | 6% - 8% | $ 14,333 | 2019/ 2020 |
| Mesa Mall | Grand Junction | CO | Dillard's will build new store to replace former Sears. Costs reflect demolition of building and parking lot and delivery of new pad and utilities as well as landscaped and upgraded parking field to Dillard's. | 100% | $6,000 - $7,000 | n/a (5) | $ 3,393 | 2020 |
| Mall at Johnson City | Johnson City | TN | Replace former Sears with retail development anchored by Home Goods. Replace former Sears auto center with multi-tenant building for new restaurants. | 51% | $7,000 - $8,000 (4) | 5% - 6% | $ 8 (4) | 2020 |
| Morgantown Mall | Morgantown | WV | Replace former Belk store with a new value retailer and a new entertainment tenant | 100% | $8,000 - $9,000 | 7% - 9% | $ 73 | 2020 |
| Outlet Collection \| Seattle | Seattle | WA | Replace former Sam's Club with FieldhouseUSA, a community based multi-purpose indoor sports facility specializing in leagues, events and tournaments. | 100% | $11,000 - $13,000 | 9% - 10% | $ 2,410 | 2020 |
| Polaris Fashion Place | Columbus | OH | Replace former Sears with FieldhouseUSA and mixed use component including hospitality | 51% | $12,000 - $14,000 (4) | 4% - 5% | $ 252 (4) | 2020/ 2021 |
| Southern Park Mall | Youngstown | OH | Replace former Sears with new entertainment, dining, retail, and community green space | 100% | $19,000 - $21,000 (6) | 8% - 9% | $ 3,607 | 2020 |
| Town Center at Aurora | Aurora | CO | Replace former Sears with FieldhouseUSA and mixed use component including hospitality | 100% | $21,000 - $23,000 | 5% - 6% | $ 87 | 2020/ 2021 |

(1) Estimated total costs, project yield, and completion are subject to adjustment as a result of changes (some of which are not under the direct control of the company) that are inherent in the development process.

(2) The project yield excludes any NOI benefit to the property that is indirectly related to the redevelopment other than near-term renewals, although each project does benefit other aspects of the property. The incremental yield does not consider prior rent paid by bankrupt tenants and does include the impact of co-tenancy cures as applicable.

(3) Project costs exclude the allocation of internal costs such as labor, interest, and taxes.

(4) Amounts shown represent 51% of the project spend.

(5) Dillard's will construct and own the building and provide a 10-year operating covenant.

(6) Does not include unallocated portions of the planned interior renovation. Estimated Costs are shown net of the approved public incentives package.

SUPPLEMENTAL INFORMATION | 16

## DEPARTMENT STORE REPOSITIONING STATUS

**Washington Prime Group Inc.**

**Plans as of December 31, 2019**

| Count | Property | City | Former Department Store | Owner | Closing Date | Planned Replacement | Status |
|---|---|---|---|---|---|---|---|
| **Department Stores formerly occupied by Sears / BonTon / Belk - December 31, 2019** | | | | | | | |
| *Department Stores Addressed* | | | | | | | |
| 1 | Grand Central Mall | Parkersburg, WV | Sears | Lease | Dec-18 | Home Goods, PetSmart, Ross Dress for Less, and TJ Maxx | Leases executed, Under construction |
| 2 | Lincolnwood Town Center | Lincolnwood, IL | Carsons Pirie Scott | Lease | Aug-18 | RoomPlace | RoomPlace opened August 2019 |
| 3 | Longview Mall | Longview, TX | Sears | Lease | Jan-19 | Big Box retail | Proactive termination, Letters of Intent (LOI) finalized |
| 4 | Mall at Fairfield Commons | Dayton, OH | Sears | Lease | Dec-18 | Morris Home Furniture / Round1 | Morris Home under construction/ Round1 opened Q419 |
| 5 | Mall at Johnson City | Johnson City, TN | Sears | Lease | 2020 | Home Goods/ Other/ Dining | Home Goods lease executed |
| 6 | Markland Mall | Kokomo, IN | Carsons Pirie Scott | Lease | Aug-18 | Retail concept | Lease out for signature |
| 7 | Mesa Mall | Grand Junction, CO | Sears | Lease | Nov-18 | Dillard's | LOI executed |
| 8 | Mesa Mall | Grand Junction, CO | Herberger's | Lease | Aug-18 | National sporting goods retailer | LOI received |
| 9 | Morgantown Mall | Morgantown, WV | Belk | Lease | Mar-18 | Retail concepts | Leases out for signature |
| 10 | Morgantown Mall | Morgantown, WV | Elder-Beerman | Lease | Aug-18 | Dunham's Sports | Lease executed |
| 11 | Morgantown Mall | Morgantown, WV | Sears | Lease | Jan-19 | Outdoor greenspace | Plans finalized |
| 12 | Polaris Fashion Place | Columbus, OH | Sears | Lease | Mar-19 | FieldhouseUSA / Mixed Use | Proactive termination, Lease executed |
| 13 | Port Charlotte Town Center | Port Charlotte, FL | Sears | Lease | Mar-19 | Entertainment | Lease out for signature |
| 14 | Southern Hills Mall | Sioux City, IA | Sears | Lease | Mar-19 | Retail concepts | Proactive termination, LOI received |
| 15 | Southern Park Mall | Youngstown, OH | Sears | Lease | Jul-18 | Entertainment / Outdoor greenspace | Proactive termination, Under construction |
| 16 | Southgate Mall | Missoula, MT | Herberger's | Lease | Aug-18 | Dillard's | Dillard's opened June 2019 |
| 17 | Town Center at Aurora | Aurora, CO | Sears | Lease | Dec-19 | FieldhouseUSA / Mixed use | Proactive termination, Lease executed |
| 18 | WestShore Plaza | Tampa, FL | Sears | Lease | Mar-19 | Mixed use | Proactive termination, Obtaining Entitlements |
| | | | | | | | |
| *Active Planning / Evaluating Options* | | | | | | | |
| 19 | Cottonwood Mall | Albuquerque, NM | Sears | Sears | Aug-18 | Sears owns box | Evaluating Options |
| 20 | Dayton Mall | Dayton, OH | Elder-Beerman | Formerly owned by Third Party | Aug-18 | Purchased from third party in Q419 | Active Planning |
| 21 | Lindale Mall | Cedar Rapids, IA | Younkers | Lease | Aug-18 | Retail concepts | Active Planning |
| 22 | Mall at Fairfield Commons | Dayton, OH | Elder-Beerman | Lease | Aug-18 | Retail concepts | Active Planning |
| 23 | Northtown Mall | Blaine, MN | Herberger's | Lease | Aug-18 | Theater/ Other | Active Planning |
| 24 | Southern Hills Mall | Sioux City, IA | Younkers | Lease | Aug-18 | Retail concepts | Active Planning |
| 25 | Southgate Mall | Missoula, MT | Herberger's Men | Lease | Aug-18 | Dining | Active Planning |
| *Stores Occupied by Sears as of December 31, 2019* | | | | | | | |
| 26 | Northwoods Mall | Peoria, IL | Sears | Sears | | Sears owns box | Active Planning |
| 27 | Orange Park Mall | Orange Park, FL | Sears | Sears | | Sears owns box | Evaluating Options |