# EXHIBIT 5

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 OR 15(d) of**
**The Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported) November 5, 2020

# WASHINGTON PRIME GROUP INC.

(Exact name of Registrant as specified in its Charter)

| Indiana | 001-36252 | 46-4323686 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 180 East Broad Street | Columbus | Ohio | 43215 |
|---|---|---|---|
| (Address of Principal Executive Offices) | | (Zip Code) | |

Registrant's telephone number, including area code (614) 621-9000

N/A

(Former name or former address, if changed since last Report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the Registrant under any of the following provisions (see General Instruction A.2. below):

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbols | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.0001 par value per share | WPG | New York Stock Exchange |
| 7.5% Series H Cumulative Redeemable Preferred Stock, par value $0.0001 per share | WPGPRH | New York Stock Exchange |

| 6.875% Series I Cumulative Redeemable Preferred Stock, par value $0.0001 per share | WPGPRI | New York Stock Exchange |
|---|---|---|

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company [ ]

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. [ ]

**Item 2.02 Results of Operations and Financial Condition.**

On November 5, 2020, Washington Prime Group Inc. (the "**Company**" or "**Registrant**") issued a news release regarding its results of operations for the three and nine months ended September 30, 2020.

A copy of the news release is furnished with this report as Exhibit 99.1. A copy of the Company's supplemental information for the three and nine months ended September 30, 2020, which is referenced in the news release and available on the Company's website, is furnished with this report as Exhibit 99.2. The information in this Form 8-K and the exhibits attached hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Act"), or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 7.01 Regulation FD Disclosure.**

A copy of the "Third Quarter 2020 Earnings Presentation" presentation is available on the Registrant's website (www.washingtonprime.com) and is furnished with this Form 8-K as Exhibit 99.3.  The information provided under this Item 7.01 of this Form 8-K shall not be deemed "filed" for purposes of Section 18 of the Exchange Act nor shall it be deemed incorporated by reference into any filing under the Act or the Exchange Act, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(a)  Financial statements of businesses acquired.
     Not applicable.

(b)  Pro forma financial information.
     Not applicable.

(c)  Shell company transactions.
     Not applicable.

(d)  Exhibits
     99.1 News Release of Washington Prime Group Inc., dated November 5, 2020.
     99.2 Supplemental Information for the three and nine months ended September 30, 2020.
     99.3 Third Quarter 2020 Earnings Presentation
     104 Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101).

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this Report to be signed on its behalf by the undersigned hereunto duly authorized.

|  |  |  |
|---|---|---|
|  | Washington Prime Group Inc. |  |
|  | (Registrant) |  |
| Date: November 5, 2020 | By: | /s/ Mark E. Yale |
|  |  | Mark E. Yale |
|  |  | Executive Vice President and Chief Financial Officer |
|  |  | (Principal Financial Officer) |

Case: 2:21-cv-02757-JLG-KAJ Doc #: 53-5 Filed: 06/03/22 Page: 6 of 14  PAGEID #: 1258

EX-99.2 3 a2020q3ex992supplement.htm SUPPLEMENTAL REPORT FOR THE THREE AND NINE MONTHS ENDED SEPTEMBER 30, 2020

# SUPPLEMENTAL INFORMATION

## FOR THE NINE MONTHS ENDED SEPTEMBER 30, 2020 AND 2019

**WASHINGTON PRIME GROUP**

Document

<u>SAFE</u> <u>HARBOR</u>: Some of the information contained in this presentation includes forward looking statements. Such statements are subject to a number of risks and uncertainties which could cause actual results in the future to differ materially and adversely from those described in the forward-looking statements. Investors should consult the Company's filings with the Securities and Exchange Commission for a description of the various risks and uncertainties which could cause such a difference before deciding whether to invest.

# Table of Contents

| | Page |
|---|---|
| **Financial Statement Data** | |
| Consolidated statements of operations (unaudited) | 1 |
| Consolidated balance sheets (unaudited) | 2 |
| Supplemental balance sheet detail | 3 |
| Components of rental income, other income and corporate overhead | 4 |
| Reconciliation of funds from operations - including pro-rata share of unconsolidated properties | 5 |
| Reconciliation of net operating income growth for comparable properties - including pro-rata share of unconsolidated properties | 6 |
| | |
| **Debt Information** | |
| Summary of debt | 7 |
| EBITDAre | 8 |
| | |
| **Operational Data** | |
| Operating metrics | 9 |
| Leasing results and base rent psf | 10 |
| Releasing spreads | 11 |
| Top 10 tenants | 12 |
| Lease expirations | 13 |
| | |
| **Development Activity** | |
| Capital expenditures | 14 |
| Redevelopment projects | 15 |
| Department store repositioning status | 16 |
| | |
| **Property Information** | |
| Property information | 17-19 |
| | |
| **Other** | |
| Non-GAAP pro-rata financial information | 20 |
| Proportionate share of unconsolidated properties - statements of operations (unaudited) | 21 |
| Proportionate share of unconsolidated properties - balance sheet (unaudited) | 22 |
| Glossary of terms | 23 |

# EBITDAre
## Washington Prime Group Inc.
(dollars in thousands)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| **Calculation of EBITDAre:** | | | | |
| Net loss | $ (48,061) | $ (1,665) | $ (133,914) | $ (21,108) |
| Interest expense, net | 39,725 | 38,833 | 115,805 | 114,806 |
| Income and other taxes | 154 | (120) | 130 | 465 |
| Depreciation and amortization | 58,063 | 70,948 | 173,147 | 209,142 |
| Gain on disposition of interests in properties, net | — | (3,944) | (24,767) | (3,944) |
| Impairment loss | 1,067 | 28,936 | 26,186 | 28,936 |
| Impairment on note receivable | — | — | 11,237 | — |
| Pro-rata share of unconsolidated entities, net | 17,624 | 18,646 | 51,763 | 55,274 |
| EBITDAre (1) | 68,572 | 151,634 | 219,587 | 383,571 |
| Gain on extinguishment of debt, net | — | (38,913) | — | (38,913) |
| Adjusted EBITDAre | $ 68,572 | $ 112,721 | $ 219,587 | $ 344,658 |

(1) EBITDAre is calculated consistent with the NAREIT definition.

## OPERATING METRICS
**Washington Prime Group Inc.**
**As of September 30, 2020**

**PORTFOLIO SUMMARY**

| | Property Count | Leased Occupancy % (1) | | Store Sales Per Square Foot for 12 Months Ended (1) | | Store Occupancy Cost % (1) | | % of Total Comp NOI for 3 Months Ended 9/30/20 | NOI Growth for 3 Months Ended 9/30/20 | Releasing Spreads Trailing Twelve Months Ended 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 9/30/20 | 9/30/19 | 9/30/20 (5) | 9/30/19 | 9/30/20 (5) | 9/30/19 | | | |
| Open Air Properties | 47 | 95.7% | 97.0% | | | | | 39.3% | -13.6% | -0.5% |
| Tier 1 Enclosed Retail Properties | 41 | 87.5% | 90.4% | not reported | $ 415 | not reported | 11.2% | 57.6% | -41.4% | -0.1% |
| **Tier 1 and Open Air** | **88** | **91.2%** | **93.5%** | | | | | **96.9%** | **-32.6%** | **-0.3%** |

**ENCLOSED RETAIL PROPERTY TIERS**

| TIER 1 | | TIER 2 / NONCORE |
|---|---|---|
| | | **TIER 2** |
| Arbor Hills | Mesa Mall | Anderson Mall |
| Arboretum, The | Morgantown Mall | Boynton Beach Mall |
| Ashland Town Center | Northtown Mall | Chautauqua Mall |
| Bowie Town Center | Northwoods Mall | Indian Mound Mall |
| Brunswick Square | Oklahoma City Properties | Lima Mall |
| Clay Terrace | Orange Park Mall | Maplewood Mall |
| Cottonwood Mall | Paddock Mall | New Towne Mall |
| Dayton Mall | Pearlridge Center | Oak Court Mall |
| Edison Mall | Polaris Fashion Place | Rolling Oaks Mall |
| Grand Central Mall | Port Charlotte Town Center | Sunland Park Mall |
| Great Lakes Mall | Scottsdale Quarter | Westminster Mall (2) |
| Irving Mall | Southern Hills Mall | |
| Jefferson Valley Mall | Southern Park Mall | **NONCORE** |
| Lincolnwood Town Center | Southgate Mall | Charlottesville Fashion Square (3) |
| Lindale Mall | The Outlet Collection \| Seattle | Muncie Mall (4) |
| Longview Mall | Town Center at Aurora | |
| Malibu Lumber Yard | Town Center Crossing & Plaza | |
| Mall at Fairfield Commons, The | Waterford Lakes Town Center | |
| Mall at Johnson City, The | Weberstown Mall | |
| Markland Mall | WestShore Plaza | |
| Melbourne Square | | |

(1) Metrics include properties owned and managed as of September 30, 2020, and exclude Tier 2 and Noncore properties.

(2) Due to major planned redevelopment, Westminster Mall was reclassed from Tier 1 until stabilized.

(3) On March 17, 2020, the Company received notification that a receiver was appointed to manage and lease Charlottesville Fashion Square. An affiliate of the Company still holds title to the property.

(4) On April 14, 2020, the Company received notification that a receiver was appointed to manage and lease Muncie Mall. An affiliate of the Company still holds title to the property.

(5) For Q3 2020, the annual sales and occupancy cost % are not being reported as most of the stores were closed for more than half of the quarter, resulting in incomplete data for the quarter. For the third quarter, comparable quarterly sales year-over-year were -8% for those stores open the entire quarter of 2020 for our Tier 1 properties.

# LEASING RESULTS AND BASE RENT PSF
**Washington Prime Group Inc.**
**Year-to-date through September 30, 2020**

**Leasing Results- Comparable Properties**
**No Exclusions**

| | 2020 Year-to-Date | | | | | | Change from Prior YTD | |
| | New | | Renewal | | Total | | Total | |
| | # of Deals | Sqft | # of Deals | Sqft | # of Deals | Sqft | # of Deals | Sqft |
|---|---|---|---|---|---|---|---|---|
| Tier 1 Enclosed Retail Properties | 75 | 576,948 | 369 | 1,393,293 | 444 | 1,970,241 | -17% | 2% |
| Open Air Properties | 36 | 262,674 | 77 | 742,325 | 113 | 1,004,999 | -9% | 17% |
| Total Tier 1 and Open Air | 111 | 839,622 | 446 | 2,135,618 | 557 | 2,975,240 | -16% | 7% |
| Tier 2 and Noncore Properties | 5 | 16,015 | 92 | 373,364 | 97 | 389,379 | -7% | 10% |
| Grand Total | 116 | 855,637 | 538 | 2,508,982 | 654 | 3,364,619 | -15% | 7% |

**Leasing Results**
**Small Shop Deals for Enclosed Properties; Anchor and Small Shop Deals for Open Air**

| | Number of Leases | Square Feet | | | Base Rent PSF | | | Average Term | | | Tenant Allow.$(000)s | | Tenant Allow. PSF | |
| | | New | Renewal | Total | New | Renewal | Total | New | Renewal | Total | New | Renewal | New | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tier 1 Enclosed Retail Properties | 216 | 187,095 | 286,607 | 473,702 | $28.16 | $ 34.05 | $31.72 | 7.5 | 3.1 | 4.3 | $ 7,699 | $ 2,159 | $41.15 | $ 7.53 |
| Open Air Properties | 98 | 259,880 | 667,078 | 926,958 | $15.12 | $ 14.53 | $14.69 | 8.3 | 5.2 | 6.3 | $ 6,948 | $ 1,684 | $26.74 | $ 2.53 |
| Total Tier 1 and Open Air | 314 | 446,975 | 953,685 | 1,400,660 | $20.58 | $ 20.39 | $20.45 | 7.8 | 3.7 | 4.9 | $14,647 | $ 3,843 | $32.77 | $ 4.03 |
| Tier 2 and Noncore Properties | 36 | 5,461 | 63,496 | 68,957 | $22.89 | $ 23.51 | $23.47 | 4.0 | 3.1 | 3.2 | $ — | $ 57 | $ — | $ 0.91 |
| Total | 350 | 452,436 | 1,017,181 | 1,469,617 | $20.60 | $ 20.59 | $20.59 | 7.6 | 3.6 | 4.7 | $14,647 | $ 3,900 | $32.37 | $ 3.83 |

Note: The table above includes leasing results for enclosed properties for stores of 10,000 SF or less, also anchors and office leases are excluded. For open air properties, office leases are excluded. Only new leases and renewals with terms in excess of 12 months are included. These results include properties owned and managed at September 30, 2020.

**Average Base Rent PSF**

| | Base Minimum Rent PSF As of September 30, | |
| | 2020 | 2019 |
|---|---|---|
| Tier 1 Enclosed Retail Properties | $ 28.14 | $ 28.55 |
| Open Air Properties | $ 14.16 | $ 13.73 |
| Total Tier 1 and Open Air Properties | **$ 21.02** | **$ 21.28** |

## CAPITAL EXPENDITURES
**Washington Prime Group Inc.**
**(dollars in thousands)**

| | Consolidated Three Months Ended September 30, 2020 | Unconsolidated Joint Venture Proportionate Share | Total Three Months Ended September 30, 2020 | Consolidated Three Months Ended September 30, 2019 | Unconsolidated Joint Venture Proportionate Share | Total Three Months Ended September 30, 2019 |
|---|---|---|---|---|---|---|
| New Developments | $ — | $ — | $ — | $ — | $ — | $ — |
| Redevelopments, Renovations, and Expansions | $ 22,725 | $ 4,214 | $ 26,939 | $ 18,875 | $ 3,048 | $ 21,923 |
| Internal Leasing Costs | $ 225 | $ 230 | $ 455 | $ 571 | $ 581 | $ 1,152 |
| **Property Capital Expenditures:** | | | | | | |
| Non-anchor stores tenant improvements and allowances | $ 4,865 | $ 1,906 | $ 6,771 | $ 4,941 | $ 1,122 | $ 6,063 |
| Operational capital expenditures | 4,603 | 225 | 4,828 | 9,063 | 485 | 9,548 |
| Total Property Capital Expenditures | $ 9,468 | $ 2,131 | $ 11,599 | $ 14,004 | $ 1,607 | $ 15,611 |

| | Consolidated Nine Months Ended September 30, 2020 | Unconsolidated Joint Venture Proportionate Share | Total Nine Months Ended September 30, 2020 | Consolidated Nine Months Ended September 30, 2019 | Unconsolidated Joint Venture Proportionate Share | Total Nine Months Ended September 30, 2019 |
|---|---|---|---|---|---|---|
| New Developments | $ — | $ — | $ — | $ — | $ — | $ — |
| Redevelopments, Renovations, and Expansions | $ 92,970 | $ 11,326 | $ 104,296 | $ 55,433 | $ 9,981 | $ 65,414 |
| Internal Leasing Costs | $ 618 | $ 611 | $ 1,229 | $ 1,224 | $ 949 | $ 2,173 |
| **Property Capital Expenditures:** | | | | | | |
| Non-anchor stores tenant improvements and allowances | $ 15,393 | $ 4,657 | $ 20,050 | $ 19,759 | $ 3,824 | $ 23,583 |
| Operational capital expenditures | 15,621 | 931 | 16,552 | 20,785 | 1,786 | 22,571 |
| Total Property Capital Expenditures | $ 31,014 | $ 5,588 | $ 36,602 | $ 40,544 | $ 5,610 | $ 46,154 |

## REDEVELOPMENT PROJECTS
**Washington Prime Group Inc.**
**As of September 30, 2020**
**(dollars in thousands)**

**Projects under construction or approved for construction with an estimated investment of $5 million or more**

| Property Name | City | St | Opportunity | Ownership % | Estimated Total Costs (1) (3) | Estimated Project Yield (1) (2) | WPG Costs Incurred to Date (3) | Estimated Completion (1) |
|---|---|---|---|---|---|---|---|---|
| Fairfield Town Center | Houston | TX | Final phase of development to add 130,000 SF to add a theater, value fashion apparel as well as big box and small shop stores. | 100% | $26,000 - $30,000 | 7% - 8% | $ 19,754 | 2020/2021 |
| Grand Central Mall | Parkersburg | WV | Replaced Elder-Beerman with H&M, replaced Toys R Us with Big Lots, replaced hhgregg with Ulta and Five Below, planned replacement of former Sears with Home Goods, PetSmart, Ross Dress for Less, and TJ Maxx | 100% | $31,000 - $33,000 | 6% - 8% | $ 27,156 | 2019/ 2021 |
| Mesa Mall | Grand Junction | CO | Dillard's will build new store to replace former Sears. Costs reflect demolition of building and parking lot and delivery of new pad and utilities as well as landscaped and upgraded parking field to Dillard's. | 100% | $7,000 - $8,000 | n/a (5) | $ 7,345 | 2021 |
| Mall at Johnson City | Johnson City | TN | Replace former Sears with retail development anchored by Home Goods. Replace former Sears auto center with multi-tenant building for new restaurants. | 51% | $7,000 - $8,000 (4) | 5% - 6% | $ 1,280 (4) | 2021 |
| Morgantown Mall | Morgantown | WV | Replace former Belk store with Ollie's Bargain Outlet and a new entertainment tenant | 100% | $8,000 - $9,000 | 7% - 9% | $ 3,752 | 2020/ 2021 |
| Outlet Collection \| Seattle | Seattle | WA | Replaced former Sam's Club with FieldhouseUSA, a community based multi-purpose indoor sports facility specializing in leagues, events and tournaments. | 100% | $11,000 - $13,000 | 9% - 10% | $ 8,274 | 2020 |
| Polaris Fashion Place | Columbus | OH | Replace former Sears with FieldhouseUSA and mixed use component including hospitality | 51% | $12,000 - $14,000 (4) | 4% - 5% | $ 6,113 (4) | 2020/ 2021 |
| Southern Park Mall | Youngstown | OH | Phase I of redevelopment: Replace former Sears with new entertainment, dining, retail, and community green space | 100% | $16,000 - $18,000 (6) | 7% - 8% | $ 8,529 | 2021 |
| Town Center at Aurora | Aurora | CO | Replace former Sears with FieldhouseUSA and mixed use component including hospitality | 100% | $21,000 - $23,000 | 5% - 6% | $ 5,913 | 2021 |

(1) Estimated total costs, project yield, and completion are subject to adjustment as a result of changes (some of which are not under the direct control of the company) that are inherent in the development process.

(2) The project yield excludes any NOI benefit to the property that is indirectly related to the redevelopment other than near-term renewals, although each project does benefit other aspects of the property. The incremental yield does not consider prior rent paid by bankrupt tenants and does include the impact of co-tenancy cures as applicable.

(3) Project costs exclude the allocation of internal costs such as labor, interest, and taxes.

(4) Amounts shown represent 51% of the project spend.

(5) Dillard's will construct and own the building and provide a 10-year operating covenant.

(6) Does not include unallocated portions of the planned interior renovation. Estimated Costs are shown net of the approved public incentives package.

## DEPARTMENT STORE REPOSITIONING STATUS
### Washington Prime Group Inc.
### Plans as of September 30, 2020

| Count | Property | City | Former Department Store | Owner | Closing Date | Planned Replacement | Status |
|---|---|---|---|---|---|---|---|
| **Department Stores formerly occupied by Sears / BonTon / Belk - September 30, 2020** | | | | | | | |
| Department Stores Addressed | | | | | | | |
| 1 | Grand Central Mall | Parkersburg, WV | Sears | Lease | Dec-18 | Home Goods, PetSmart, Ross Dress for Less, and TJ Maxx | Leases executed, Under construction |
| 2 | Lincolnwood Town Center | Lincolnwood, IL | Carsons Pirie Scott | Lease | Aug-18 | RoomPlace | RoomPlace opened August 2019 |
| 3 | Longview Mall | Longview, TX | Sears | Lease | Jan-19 | Conn's HomePlus/ Other | Lease signed/ LOI |
| 4 | Mall at Fairfield Commons | Dayton, OH | Sears | Lease | Dec-18 | Morris Home Furniture / Round1 | Morris Home opened Q220/ Round1 opened Q419 |
| 5 | Mall at Johnson City | Johnson City, TN | Sears | Lease | 2020 | Home Goods/ Other/ Dining | Home Goods lease executed |
| 6 | Markland Mall | Kokomo, IN | Carsons Pirie Scott | Lease | Aug-18 | Dunham's Sports | Store opened September 2020 |
| 7 | Mesa Mall | Grand Junction, CO | Sears | Lease | Nov-18 | Dillard's | LOI executed |
| 8 | Mesa Mall | Grand Junction, CO | Herberger's | Lease | Aug-18 | National sporting goods retailer | LOI received |
| 9 | Morgantown Mall | Morgantown, WV | Belk | Lease | Mar-18 | Ollie's Bargain Outlet/ Entertainment | Opened Oct. 2020/ LOI executed |
| 10 | Morgantown Mall | Morgantown, WV | Elder-Beerman | Lease | Aug-18 | Dunham's Sports | Dunham's opened April 2020 |
| 11 | Morgantown Mall | Morgantown, WV | Sears | Lease | Jan-19 | WVU Medical fulfillment center | WVU Medical fulfillment center opened July 2020 |
| 12 | Polaris Fashion Place | Columbus, OH | Sears | Lease | Mar-19 | FieldhouseUSA / Mixed Use | Proactive termination, Lease executed |
| 13 | Port Charlotte Town Center | Port Charlotte, FL | Sears | Lease | Mar-19 | Entertainment | Lease out for signature |
| 14 | Southern Hills Mall | Sioux City, IA | Sears | Lease | Mar-19 | Retail concepts | Proactive termination, LOI received |
| 15 | Southern Park Mall | Youngstown, OH | Sears | Lease | Jul-18 | Entertainment / Outdoor greenspace | Proactive termination, Under construction |
| 16 | Southgate Mall | Missoula, MT | Herberger's | Lease | Aug-18 | Dillard's | Dillard's opened June 2019 |
| 17 | Town Center at Aurora | Aurora, CO | Sears | Lease | Dec-19 | FieldhouseUSA / Mixed use | Proactive termination, Lease executed |
| 18 | WestShore Plaza | Tampa, FL | Sears | Lease | Mar-19 | Mixed use | Proactive termination, Obtaining Entitlements |
| Active Planning / Evaluating Options | | | | | | | |
| 19 | Cottonwood Mall | Albuquerque, NM | Sears | Sears | Aug-18 | Sears owns box | Evaluating Options |
| 20 | Dayton Mall | Dayton, OH | Elder-Beerman | Formerly owned by Third Party | Aug-18 | Purchased from third party in Q419 | Active Planning |
| 21 | Lindale Mall | Cedar Rapids, IA | Younkers | Lease | Aug-18 | Retail concepts | Active Planning |
| 22 | Mall at Fairfield Commons | Dayton, OH | Elder-Beerman | Lease | Aug-18 | Retail concepts | Active Planning |
| 23 | Northtown Mall | Blaine, MN | Herberger's | Lease | Aug-18 | Retail concepts | Active Planning |
| 24 | Northwoods Mall | Peoria, IL | Sears | Sears | Feb-20 | Sears owns box | Active Planning |
| 25 | Orange Park Mall | Orange Park, FL | Sears | Sears | Apr-20 | Sears owns box | Evaluating Options |
| 26 | Southern Hills Mall | Sioux City, IA | Younkers | Lease | Aug-18 | Retail concepts | Active Planning |
| 27 | Southgate Mall | Missoula, MT | Herberger's Men | Lease | Aug-18 | Dining | Active Planning |
| 28 | Whitehall Mall | Whitehall, PA | Sears | Lease | Feb-20 | Big box and small shop retail | Active Planning |
| Stores Occupied by Sears as of September 30, 2020 | | | | | | | |
| 29 | Pearlridge Center | Aiea, HI | Sears | Lease | | Entertainment / Dining | Evaluating Options |
| 30 | Weberstown Mall | Stocktown, CA | Sears | Ground lease | | Mixed use | Active Planning |

Note that the Company plans to spend up to $300M over the next three to four years to redevelop these 30 department store locations. This report is for the Company's Tier 1 and Open Air properties and excludes those owned by third parties such as Seritage properties.