# EXHIBIT 6

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C.  20549**

**FORM 10-Q**

☐   QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the quarterly period ended June 30, 2019

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number   **001-36252 (Washington Prime Group Inc.)**
**333-205859 (Washington Prime Group, L.P.)**

# WASHINGTON PRIME GROUP INC.
## Washington Prime Group, L.P.
(Exact name of Registrant as specified in its charter)

**Indiana (Both Registrants)**                   **46-4323686 (Washington Prime Group Inc.)**
(State of incorporation or organization)          **46-4674640 (Washington Prime Group, L.P.)**
(I.R.S. Employer Identification No.)

**180 East Broad Street**                   **Columbus**   **Ohio**          **43215**
(Address of principal executive offices)

**(614) 621-9000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:
**Washington Prime Group Inc.:**

| Title of each class | Trading Symbols | Name of each exchange on which registered |
| --- | --- | --- |
| Common Stock, $0.0001 par value per share | WPG | New York Stock Exchange |
| 7.5% Series H Cumulative Redeemable Preferred Stock, par value $0.0001 per share | WPGPRH | New York Stock Exchange |
| 6.875% Series I Cumulative Redeemable Preferred Stock, par value $0.0001 per share | WPGPRI | New York Stock Exchange |

**Washington Prime Group, L.P.: None**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

**Washington Prime Group Inc. Yes** ☒ **No** ☐   **Washington Prime Group, L.P. Yes** ☒ **No** ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

**Washington Prime Group Inc. Yes** ☒ **No** ☐   **Washington Prime Group, L.P. Yes** ☒ **No** ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| **Washington Prime Group Inc.** (Check One): | **Large accelerated filer** | ☒ | Accelerated filer | | Emerging growth company | ☐ |
| --- | --- | --- | --- | --- | --- | --- |
| | Non-accelerated filer | | Smaller reporting company | ☐ | | |

| **Washington Prime Group, L.P.**  (Check One): | Large accelerated filer | | Accelerated filer | | Emerging growth company | |
| --- | --- | --- | --- | --- | --- | --- |
| | Non-accelerated filer | ☒ | Smaller reporting company | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or

revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

**Washington Prime Group Inc.** ☐    **Washington Prime Group, L.P.** ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

**Washington Prime Group Inc. Yes** ___  **No** ☒    **Washington Prime Group, L.P. Yes** ☐  **No** ☒

As of July 24, 2019, Washington Prime Group Inc. had 186,587,293 shares of common stock outstanding. Washington Prime Group, L.P. has no publicly traded equity and no common stock outstanding.

1

**EXPLANATORY NOTE**

This report combines the quarterly reports on Form 10-Q for the quarter ended June 30, 2019 of Washington Prime Group® Inc. and Washington Prime Group, L.P. Unless stated otherwise or the context requires otherwise, references to "WPG Inc." mean Washington Prime Group Inc., an Indiana corporation, and references to "WPG L.P." mean Washington Prime Group, L.P., an Indiana limited partnership, and its consolidated subsidiaries, in cases where it is important to distinguish between WPG Inc. and WPG L.P. We use the terms "WPG," the "Company," "we," "us," and "our" to refer to WPG Inc., WPG L.P., and entities in which WPG Inc. or WPG L.P. (or any affiliate) has a material interest on a consolidated basis, unless the context indicates otherwise.

WPG Inc. operates as a self-managed and self-administered real estate investment trust ("REIT"). WPG Inc. owns properties and conducts operations through WPG L.P., of which WPG Inc. is the sole general partner and of which it held approximately 84.4% of the partnership interests ("OP units") at June 30, 2019. The remaining OP units are owned by various limited partners. As the sole general partner of WPG L.P., WPG Inc. has the exclusive and complete responsibility for WPG L.P.'s day-to-day management and control. Management operates WPG Inc. and WPG L.P. as one enterprise. The management of WPG Inc. consists of the same persons who direct the management of WPG L.P. As general partner with control of WPG L.P., WPG Inc. consolidates WPG L.P. for financial reporting purposes, and WPG Inc. does not have significant assets other than its investment in WPG L.P. Therefore, the assets and liabilities of WPG Inc. and WPG L.P. are substantially the same on their respective consolidated financial statements and the disclosures of WPG Inc. and WPG L.P. also are substantially similar.

The Company believes, therefore, that the combination into a single report of the quarterly reports on Form 10-Q of WPG Inc. and WPG L.P. provides the following benefits:

- enhances investors' understanding of the operations of WPG Inc. and WPG L.P. by enabling investors to view the business as a whole in the same manner as management views and operates the business;

- eliminates duplicative disclosure and provides a more streamlined and readable presentation since a substantial portion of the disclosure applies to both WPG Inc. and WPG L.P.; and

- creates time and cost efficiencies through the preparation of one set of disclosures instead of two separate sets of disclosures.

The substantive difference between WPG Inc.'s and WPG L.P.'s filings is the fact that WPG Inc. is a REIT with shares traded on a public stock exchange, while WPG L.P. is a limited partnership with no publicly traded equity. Moreover, the interests in WPG L.P. held by third parties are classified differently by the two entities (i.e., noncontrolling interests for WPG Inc. and partners' equity for WPG L.P.). In the consolidated financial statements, these differences are primarily reflected in the equity section of the consolidated balance sheets and in the consolidated statements of equity. Apart from the different equity presentation, the consolidated financial statements of WPG Inc. and WPG L.P. are nearly identical.

This combined Form 10-Q for WPG Inc. and WPG L.P. includes, for each entity, separate interim financial statements (but combined footnotes), separate reports on disclosure controls and procedures and internal control over financial reporting, and separate CEO/CFO certifications. In addition, if there were any material differences between WPG Inc. and WPG L.P. with respect to any other financial and non-financial disclosure items required by Form 10-Q, they would be discussed separately herein.

2

**WASHINGTON PRIME GROUP INC. AND WASHINGTON PRIME GROUP, L.P.**
**FORM 10-Q**

**INDEX**

| PART I: | FINANCIAL INFORMATION | PAGE |
|---|---|---|
| Item 1. | Consolidated Financial Statements (unaudited) | |
| | Financial Statements for Washington Prime Group Inc.: | |
| | Consolidated Balance Sheets as of June 30, 2019 and December 31, 2018 | 4 |
| | Consolidated Statements of Operations and Comprehensive (Loss) Income for the three and six months ended June 30, 2019 and 2018 | 5 |
| | Consolidated Statements of Cash Flows for the six months ended June 30, 2019 and 2018 | 6 |
| | Consolidated Statements of Equity for the three and six months ended June 30, 2019 and 2018 | 7 |
| | Financial Statements for Washington Prime Group, L.P.: | |
| | Consolidated Balance Sheets as of June 30, 2019 and December 31, 2018 | 9 |
| | Consolidated Statements of Operations and Comprehensive (Loss) Income for the three and six months ended June 30, 2019 and 2018 | 10 |
| | Consolidated Statements of Cash Flows for the six months ended June 30, 2019 and 2018 | 11 |
| | Consolidated Statements of Equity for the three and six months ended June 30, 2019 and 2018 | 12 |
| | Condensed Notes to Consolidated Financial Statements | 14 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 33 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 51 |
| Item 4. | Controls and Procedures | 51 |
| **PART II:** | **OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 52 |
| Item 1A. | Risk Factors | 52 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 52 |
| Item 3. | Defaults Upon Senior Securities | 52 |
| Item 4. | Mine Safety Disclosures | 52 |

*Unsecured Debt*

The following table identifies our total unsecured debt outstanding at June 30, 2019 and December 31, 2018 (in thousands):

| | | June 30, 2019 | | December 31, 2018 |
|---|---|---|---|---|
| **Notes payable:** | | | | |
| Face amount - the Exchange Notes[1] | $ | 250,000 | $ | 250,000 |
| Face amount - Senior Notes due 2024[2] | | 750,000 | | 750,000 |
| Debt discount, net | | (8,944) | | (9,680) |
| Debt issuance costs, net | | (6,664) | | (7,623) |
| Total carrying value of notes payable | $ | 984,392 | $ | 982,697 |
| | | | | |
| **Unsecured term loans:[7]** | | | | |
| Face amount - Term Loan[3][4] | $ | 350,000 | $ | 350,000 |
| Face amount - December 2015 Term Loan[5] | | 340,000 | | 340,000 |
| Debt issuance costs, net | | (3,924) | | (4,491) |
| Total carrying value of unsecured term loans | $ | 686,076 | $ | 685,509 |
| | | | | |
| **Revolving credit facility:[3][6]** | | | | |
| Face amount | $ | 222,000 | $ | 290,000 |
| Debt issuance costs, net | | (3,427) | | (3,998) |
| Total carrying value of revolving credit facility | $ | 218,573 | $ | 286,002 |

[1] The Exchange Notes were issued at a 0.028% discount, bear interest at 3.850% per annum and mature on April 1, 2020.

[2] The Senior Notes due 2024 were issued at a 1.533% discount, bear interest at 5.950% per annum through August 14, 2019, at which time the interest rate will increase to 6.450% per annum due to the credit downgrade. The Senior Notes due 2024 mature on August 15, 2024. The interest rate could vary in the future based upon changes to the Company's credit ratings.

[3] The unsecured revolving credit facility, or "Revolver" and unsecured term loan, or "Term Loan" are collectively known as the "Facility."

[4] The Term Loan bears interest at one-month LIBOR plus 2.10% per annum and will mature on December 30, 2022. We have interest rate swap agreements totaling $250.0 million, which effectively fix the interest rate on a portion of the Term Loan at 4.86% through June 30, 2021. At June 30, 2019, the applicable interest rate on the unhedged portion of the Term Loan was one-month LIBOR plus 2.10% or 4.50%.

[5] The December 2015 Term Loan bears interest at one-month LIBOR plus 2.35% per annum and will mature on January 10, 2023. We have interest rate swap agreements totaling $340.0 million which effectively fix the interest rate at 4.06% per annum through maturity.

[6] The Revolver provides borrowings on a revolving basis up to $650.0 million, bears interest at one-month LIBOR plus 1.80%, and will initially mature on December 30, 2021, subject to two six month extensions available at our option subject to compliance with terms of the Facility and payment of a customary extension fee. At June 30, 2019, we had an aggregate available borrowing capacity of $427.8 million under the Revolver, net of $0.2 million reserved for outstanding letters of credit. At June 30, 2019, the applicable interest rate on the Revolver was one-month LIBOR plus 1.80% or 4.20%. The interest rate on the Revolver may vary in the future based upon the Company's credit rating and leveraged levels.

[7] While we have interest rate swap agreements in place that fix the LIBOR portion of the rates as noted above, the spread over LIBOR could vary in the future based upon changes to the Company's credit ratings and leveraged levels.

### Covenants

Our unsecured debt agreements contain financial and other covenants. If we were to fail to comply with these covenants, after the expiration of the applicable cure periods, the debt maturity could be accelerated or other remedies could be sought by the lender including adjustments to the applicable interest rate. As of June 30, 2019, management believes the Company is in compliance with all covenants of its unsecured debt.

The total balance of mortgages was approximately $1.2 billion as of June 30, 2019. At June 30, 2019, certain of our consolidated subsidiaries were the borrowers under 22 non-recourse loans and two full-recourse loans secured by mortgages encumbering 27 properties, including one separate pool of cross-defaulted and cross-collateralized mortgages encumbering a total of four properties. Under these cross-default provisions, a default under any mortgage included in the cross-defaulted pool may constitute a default under all mortgages within that pool and may lead to acceleration of the indebtedness due on each property within the pool. Certain of our secured debt instruments contain financial and other non-financial covenants which are specific to the properties which serve as collateral for that debt. If the borrower fails to comply with these covenants, the lender could accelerate the maturity for the debt and enforce its right against their collateral. Our existing non-recourse mortgage loans generally prohibit our subsidiaries that are borrowers thereunder from incurring additional indebtedness, subject to certain customary and limited exceptions. In addition, certain of these instruments limit the ability of the applicable borrower's parent entity from incurring mezzanine indebtedness unless certain conditions are satisfied, including compliance with maximum loan to value ratio and minimum debt service coverage ratio tests. Further, under certain of these existing agreements, if certain cash flow levels in respect of the applicable mortgaged property (as described in the applicable agreement) are not maintained for at least two consecutive quarters, the lender could accelerate the maturity for the debt and enforce its right against its collateral.

On November 19, 2018, we received a notice of default letter, dated November 15, 2018, from the special servicer to the borrower, a consolidated subsidiary of WPG L.P., concerning the $49.8 million mortgage loan secured by West Ridge Mall and West Ridge Plaza (collectively known as "West Ridge"). The notice was issued by the special servicer because the borrower did not make certain reserve repayments or deposits as required by the loan agreement for the aforementioned loan. On May 9, 2019, we received notification that a receiver had been appointed to manage and lease West Ridge. An affiliate of the Company still holds title to the property.

On April 11, 2018, we received a notice of default letter, dated April 6, 2018, from the special servicer to the borrower, a consolidated subsidiary of WPG L.P., concerning the $45.2 million mortgage loan secured by Towne West Square. The notice was issued by the special servicer because the borrower did not make certain reserve payments or deposits as required by the loan agreement for the aforementioned loan. On July 1, 2019, an affiliate of the Company transitioned the property to the lender.

At June 30, 2019, management believes the applicable borrowers under our other non-recourse mortgage loans were in compliance with all covenants where non-compliance could individually, or giving effect to applicable cross-default provisions in the aggregate, have a material adverse effect on our financial condition, results of operations or cash flows.

### Summary of Financing

Our consolidated debt and the effective weighted average interest rates as of June 30, 2019 and December 31, 2018, consisted of the following (dollars in thousands):

| | June 30, 2019 | Weighted Average Interest Rate | December 31, 2018 | Weighted Average Interest Rate |
|---|---|---|---|---|
| Fixed-rate debt, face amount [1] | $ 2,676,630 | 5.04% | $ 2,505,276 | 4.91% |
| Variable-rate debt, face amount | 387,000 | 4.36% | 455,000 | 3.87% |
| Total face amount of debt | 3,063,630 | 4.96% | 2,960,276 | 4.75% |
| Note discount | (8,944) | | (9,680) | |
| Fair value adjustments, net | 4,614 | | 5,764 | |
| Debt issuance costs, net | (18,141) | | (18,883) | |
| Total carrying value of debt | $ 3,041,159 | | $ 2,937,477 | |

[1] Includes variable rate debt whose interest rates have been fixed via swap agreements.

41

**Contractual Obligations**

The following table summarizes the material aspects of the Company's future obligations for consolidated entities as of June 30, 2019, excluding Towne West Square which was transferred to the servicer on July 1, 2019, for the remainder of 2019 and for subsequent years thereafter assuming the obligations remain outstanding through maturities noted below (in thousands):

| | 2019 | 2020 - 2021 | 2022 - 2023 | Thereafter | Total |
|---|---|---|---|---|---|
| Long term debt[1] | $ 56,216 | $ 625,853 | $ 1,114,000 | $ 1,222,338 | $ 3,018,407 |
| Interest payments[2] | 90,138 | 263,347 | 192,646 | 77,384 | 623,515 |
| Distributions[3] | 3,568 | — | — | — | 3,568 |
| Ground rent/operating leases[4] | 1,138 | 4,402 | 3,621 | 21,376 | 30,537 |
| Purchase/tenant obligations[5] | 110,727 | — | — | — | 110,727 |
| Total | $ 261,787 | $ 893,602 | $ 1,310,267 | $ 1,321,098 | $ 3,786,754 |

[1] Represents principal maturities only and therefore excludes net fair value adjustments of $4,614, debt issuance costs of $(18,141) and bond discount of $(8,944) as of June 30, 2019. In addition, the principal maturities reflect any available extension options within the control of the Company.

[2] Variable rate interest payments are estimated based on the LIBOR rate at June 30, 2019.

[3] Since there is no required redemption, distributions on the Series H Preferred Shares/Units, Series I Preferred Shares/Units and Series I-1 Preferred Units may be paid in perpetuity; for purposes of this table, such distributions are included upon declaration by the Board as the preferred shares/units are callable at the Company's discretion.

[4] Represents minimum future lease payments due through the end of the initial lease term under executed leases.

[5] Includes amounts due under executed leases and commitments to vendors for development and other matters.

The following table summarizes the material aspects of the Company's proportionate share of future obligations for unconsolidated entities as of June 30, 2019, for the remainder of 2019 and for subsequent years thereafter assuming the obligations remain outstanding through maturities noted below (in thousands):

| | 2019 | 2020 - 2021 | 2022 - 2023 | Thereafter | Total |
|---|---|---|---|---|---|
| Long term debt[1] | $ 1,743 | $ 69,938 | $ 20,062 | $ 528,040 | $ 619,783 |
| Interest payments[2] | 12,823 | 47,858 | 42,406 | 44,585 | 147,672 |
| Ground rent/operating leases[3] | 1,969 | 7,942 | 8,053 | 189,002 | 206,966 |
| Purchase/tenant obligations[4] | 14,136 | — | — | — | 14,136 |
| Total | $ 30,671 | $ 125,738 | $ 70,521 | $ 761,627 | $ 988,557 |

[1] Represents principal maturities only and therefore excludes net fair value adjustments of $4,673 and debt issuance costs of $(2,239) as of June 30, 2019. In addition, the principal maturities reflect any available extension options.

[2] Variable rate interest payments are estimated based on the LIBOR rate at June 30, 2019.

[3] Represents minimum future lease payments due through the end of the initial lease term under executed leases.

[4] Includes amounts due under executed leases and commitments to vendors for development and other matters.

**Off-Balance Sheet Arrangements**

Off-balance sheet arrangements consist primarily of investments in joint ventures which are common in the real estate industry. Joint ventures typically fund their cash needs through secured debt financings obtained by and in the name of the joint venture entity. The joint venture debt is secured by a first mortgage, is without recourse to the joint venture partners, and does not represent a liability of the partners, except to the extent the partners or their affiliates expressly guarantee the joint venture debt. As of June 30, 2019, there were no guarantees of joint venture related mortgage indebtedness. In addition to obligations under mortgage indebtedness, our joint ventures have obligations under ground leases and purchase/tenant obligations. Our share of obligations under joint venture debt, ground leases and purchase/tenant obligations is quantified in the unconsolidated entities table within "Contractual Obligations" above. WPG may elect to fund cash needs of a joint venture through equity contributions (generally on a basis proportionate to our ownership interests), advances or partner loans, although such fundings are not required contractually or otherwise.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Washington Prime Group Inc.**
**Washington Prime Group, L.P.**
by: Washington Prime Group Inc., its sole general partner

| Date: | July 25, 2019 | By: | /s/ Mark E. Yale |
| --- | --- | --- | --- |
| | | | Mark E. Yale |
| | | | Executive Vice President and Chief Financial Officer |
| | | | (Principal Financial Officer) |

| Date: | July 25, 2019 | By: | /s/ Melissa A. Indest |
| --- | --- | --- | --- |
| | | | Melissa A. Indest |
| | | | Executive Vice President, Finance and Chief Accounting Officer |
| | | | (Principal Accounting Officer) |