# EXHIBIT 12

# NEWS DETAILS

Skip to main content

## WASHINGTON PRIME GROUP®

COMPANY          PROPERTIES          ESG

## PRESS RELEASE DETAILS

VIEW ALL NEWS

### Washington Prime Group Announces Successful Completion of Financial Restructuring

10.21.21

*Company Emerges from Chapter 11, Eliminating Nearly $1 Billion in Existing Debt*

COLUMBUS, Ohio--(BUSINESS WIRE)--Washington Prime Group Inc. ("WPG" or the "Company") today announced that it and each of its debtor affiliates have emerged from the Chapter 11 process, signifying the successful completion of the Company's financial restructuring and the implementation of its Plan of Reorganization (the "Plan"). The Plan, which was led by Plan Sponsor SVPGlobal, and which received overwhelming support from the Company's creditors and equity holders, was confirmed by the United States Bankruptcy Court for the Southern District of Texas on September 3, 2021.

WPG has emerged from bankruptcy as a stronger and more stable company with its debt reduced by nearly $1 billion and its overall liquidity greatly improved. Operating as a private holding company, majority owned by SVPGlobal, WPG will be well positioned to capitalize on opportunities to improve its portfolio and to strengthen its relationships with guests, tenants, lenders, partners, and other constituents.

With WPG's successful emergence from bankruptcy, Lou Conforti is stepping down from his role as chief executive officer. Mark Yale, WPG's Executive Vice President and Chief Financial Officer, and Josh Lindimore, the Company's Executive Vice President, Head of Leasing, will serve as interim Co-CEOs. In addition, it was announced today that Sujan Patel, Jeff Johnson and Martin Reid have been named new members of the Company's Board of Directors.

Lou Conforti stated, "WPG's relatively quick financial restructuring came as a result of the steadfast focus of my colleagues and SVPGlobal, our equity partner who shares our passion for the sector within which we operate. SVPGlobal recognizes the value of our brand, the potential of our assets, and, as importantly, our employees, corporate and field. As WPG emerges from bankruptcy, the timing is right for me to step down from my role as CEO and move to an advisory role. It is a 'new beginning' for WPG, and myself. I have thoroughly enjoyed leading this organization and wish it the greatest success."

Victor Khosla, Founder and Chief Investment Officer of SVPGlobal, said, "As WPG exits Chapter 11, we are very excited about what lies ahead. With a substantially stronger balance sheet and greater financially flexibility, WPG is well positioned for the future. We fully expect that WPG's strong portfolio of assets will enable it to continue as a retail leader, and we look forward to partnering with WPG's experienced team. We thank Lou for leading WPG through an unprecedented period of change. We wish him well."

During the Chapter 11 process, Kirkland & Ellis LLP served as legal counsel to the Company, and Alvarez & Marsal North America, LLC served as restructuring advisor. Guggenheim Securities, LLC served as the Company's investment banker. Davis Polk & Wardwell LLP served as legal counsel and Evercore Group L.L.C. served as investment banker and financial advisor to SVPGlobal. Wachtell, Lipton, Rosen & Katz served as legal counsel and PJT Partners LP served as investment banker for an ad hoc group of consenting creditors.

About Washington Prime Group
Washington Prime Group Inc. is a recognized leader in the ownership, management, acquisition and development of retail properties. The Company combines a national real estate portfolio with its expertise across the entire shopping center sector to provide new opportunities to retailers looking for growth throughout the U.S. Washington Prime Group® is a registered trademark of the Company. Learn more at www.washingtonprime.com.

About SVPGlobal
SVPGlobal is a global investment firm focused on distressed debt, special situations and private equity opportunities with more than $18 billion in assets under management. The firm, established by Victor Khosla in 2001, has approximately 130 employees, including approximately 50 investment professionals, across its main offices in Greenwich (CT), London and a presence in Tokyo. In total, SVPGlobal has invested more than $36 billion of capital since its inception in 2001, and led over 150 significant transactions. SVPGlobal is a signatory of the United Nations supported Principles for Responsible Investment (PRI). The PRI is recognized as the leading global network for investors committed to integrating environmental, social and governance (ESG) considerations into their investment decision making. Learn more at www.svpglobal.com.

## Contacts

For WPG:
Media.Relations@washingtonprime.com

For SVPGlobal:
Todd Fogarty, Richard Goldman or Emma Young of Kekst CNC. SVPGlobal@kekstcnc.com or +1 212 521 4800

**Multimedia Files:**

VIEW ALL NEWS

©2013-2022 WASHINGTON PRIME GROUP ®
POWERED BY Q4 INC. 5.71.0.1