# EXHIBIT 14

Nobody makes hybrid work, work better.
Explore Cisco Solutions
cisco The bridge to possible



Subscriber Only

# Mall Owner Washington Prime Is Said to Prepare Bankruptcy Filing

- Firm weighs filing after talks with creditors reached impasse
- Company skipped $23 million interest payment last month



Photographer: John Taggart/Bloomberg

By Eliza Ronalds-Hannon, Lauren Coleman-Lochner, and Gillian Tan
March 4, 2021, 2:30 PM EST

Mall owner Washington Prime Group is preparing a potential bankruptcy filing as time runs out to avert a default after it skipped an interest payment on its debt, according to people with knowledge of the plans.

The real estate investment trust, which owns about 100 malls throughout the U.S., said last month that it would use a 30-day grace period to continue negotiations with its lenders. Yet those talks are faltering, said the people, who asked not to be named discussing confidential preparations.

The plan to file for Chapter 11 protection isn't final and could change if negotiations evolve or the company's grace period is extended, the people added. A representative for Washington Prime declined to comment.

Shares of Washington Prime sunk as much as 63% to $2.34 after Bloomberg reported the potential filing, triggering multiple trading halts.

**Shares Fall**
**Washington Prime's stock slid on news of bankruptcy preparations**




Source: Bloomberg

Short interest in the stock grew in late 2020, exceeding 30% of the outstanding shares as recently as October, according to Bloomberg data. The shares continued to trade as high as $7.49 even after the skipped debt payment. Day traders and Reddit investors began flocking to certain heavily shorted names in hopes of profiting when short sellers covered their bets.

## Pandemic Impact

Columbus, Ohio-based Washington Prime has said the impact from the Covid-19 pandemic could affect its ability to comply with debt covenants and continue operations, or remain a going concern "under certain circumstances." It said in November that it was "actively negotiating" with debt holders to cut borrowings.

Advantage Angola
visit aipex.gov.ao
aipex
Building a Trade Hub for Southern Africa
Learn More

At that time, Chief Executive Officer Lou Conforti emphasized that bankruptcy was not on the table.

"It's important to note that this action, and I would like everybody listen up, in no way shape or form has anything to do with a bankruptcy or a corporate restructuring and if anything, will serve as a testament to our operational abilities," Conforti said in a conference call with investors.

Washington Prime has been working with advisers from law firm Kirkland & Ellis and investment bank Guggenheim to help it handle its maturities, which include a first-lien term loan due in June. In December, it attempted to convert about $260 million worth of its unsecured bonds into $175 million of preferred equity issued by a new special purpose entity, but failed to reach an agreement with debt holders.

Representatives for Kirkland & Ellis and Guggenheim didn't comment.

Read more: DISTRESSED DAILY: Mall REIT's Retail Bet Hits a Debt Problem

The company said its rent collection rate dropped to 52% during the second quarter of 2020, dragging down the price of its junior debt to about two-thirds of face value and its shares to penny-stock status. In the third quarter, collections improved to around 87%.

The pandemic has left mall owners struggling to keep up with debt payments as mandated store closures kept shoppers away and tenants sought rent deferrals. Two of Washington Prime's competitors, CBL & Associates Properties and Pennsylvania Real Estate Investment Trust, filed for bankruptcy within hours of each other last year.

Washington Prime's tenants also include retailers like J.C. Penney Co. and former Ann Taylor parent Ascena Retail Group Inc., which sought court protection and shuttered stores last year, citing pain from the pandemic.

*(Updates with share movement in fourth paragraph, past CEO comments in seventh paragraph.)*

Before it's here, it's on the Bloomberg Terminal
Learn more

Reach new heights as a data scientist
Your curiosity is how innovation takes flight
LEARN MORE
sas

The FIX
The Bloomberg Fixed Income Exchange

Startups Let India Retail Investors Buy Corporate Debt at $130

The Weekly Fix
Sign up to get the latest fixed income news, charts, and insights, right in your inbox each Friday.
Enter your email Sign Up

E*TRADE has it all
Intuitive tools
$0 online equity commissions
50¢ per options contract
E*TRADE
Open an account

The Basics
Flows to Short-Duration Bond ETFs Slow
Russia's War in Ukraine Is Choking the World's Supply of Natural Resources
China Credit Contagion Turns Strong Developers Into Risky Bets
Here's (Almost) Everything Wall Street Expects in 2022

Citi Bats for Aid, Logan Extension Proposal: Evergrande Update
U.S. Futures Fall on Tech Outlook; Yuan Retreats: Markets Wrap
Risk Spikes for Vulnerable Yen as Fed Meets During Japan Holiday
China's Sudden Currency Plunge Raises Risk of a 2015-Style Panic
Thailand Inflation Spike May Tilt Odds in Favor of Early Rate Hikes
Instagram Is New Frontier for Central Banks. Is TikTok Next?
Transcript: This Is What Happened to the Meme Stock Mania
Australian Bonds Attract as RBA Hike Bets Overdone, JBWere Says
Goldman Sees Yen Falling Further With or Without Intervention
Trudeau's Tory Rival Vows to Ban Bank of Canada Digital Currency

Bonds

| NAME | YIELD % | CHANGE |
|---|---|---|
| US 3 Month | 0.80 | 0.01 |
| US 6 Month | 1.36 | 0.00 |
| US 2 Year | 2.62 | 0.03 |
| US 5 Year | 2.84 | 0.01 |
| US 10 Year | 2.82 | 0.01 |
| US 30 Year | 2.89 | 0.03 |

More on Rates & Bonds

Podcast
Investing And Hindsight Capital (Radio)
Bloomberg Markets P&L with Pimm Fox & Lisa Abramowicz

China's Yuan May Continue to Weaken: JPMorgan Private Bank
Yen May Fall to 135 Per Dollar, Westpac Says
Secretary Raimondo Not Surprised by Economic Contraction
Dartmouth's Levin: Inflation Is Real Problem

Colombia Utility Bonds Fall Toward Record as Dam Gets Delayed
by Andrea Jaramillo
Citigroup Sees Muni Revival With Investors Poised to Get Cash Bonanza
by Martin Z. Braun
Binance Blocks Accounts Tied to Relatives of Kremlin Officials
by Ben Bartenstein
Biden Eyes Student-Loan Forgiveness, Spurns $50,000 Schumer Plan
by Justin Sink
Turkey Seeks Dollars With 0% Lira Funding, Return Guarantee
by Kerim Karakaya
Corporate Bonds See Wild Swings as Bank Inventories Shrink
by Jack Pitcher and Josyana Joshua

Politics
A Powerful Dynasty Bankrupted Sri Lanka in Just 30 Months
by Kai Schultz

GM's Largest R&D Hub Outside U.S. Comes Down to Korean Talent
by Heejin Kim | updated an hour ago
Elon Musk Offloads $4 Billion of Tesla Shares, Pledges No More Sales
by Cecile Vannucci and Dana Hull | updated an hour ago
Clock Is Ticking for Hong Kong Firms as Earnings Deadline Looms
by John Cheng | updated 2 hours ago
Startups Let India Retail Investors Buy Corporate Debt at $130
by Divya Patil and Subhadip Sircar | 3 hours ago
Citi Bats for Aid, Logan Extension Proposal: Evergrande Update
by Bloomberg News | updated 29 minutes ago
Shanghai Covid Cases Rise For First Time in Six Days
by Bloomberg News | updated an hour ago
Airbnb Says Employees Can Work Remotely Forever
by Priya Anand | updated 3 hours ago
Oil Heads for Longest Run of Monthly Gains Since Early 2018
by Elizabeth Low | updated 22 minutes ago
DBS, OCBC Shares Climb Amid Earnings Beat; UOB Slips
by Faris Mokhtar | updated an hour ago
Twitter Reverses Suspension of Crypto Boss After 'Joke' Tweet
by Emily Nicolle and Hannah Miller
Sinn Fein Leads in Poll Ahead of Northern Irish Election
by Morwenna Coniam
Indonesians Splurge on Eid Holidays After Covid Restrictions End
by Rieka Rahadiana and Grace Sihombing
Robinhood Crypto-Trading Revenue Hurt by Market Uncertainty
by Yueqi Yang
Coinbase Cracks Down on Front-Running of New Crypto Listings
by Olga Kharif
Rusal Executives to Buy Out U.S. Aluminum Unit, Rename It
by Yvonne Yue Li and Joe Deaux
U.S. Futures Fall on Tech Outlook; Yuan Retreats: Markets Wrap
by Sunil Jagtiani | updated 22 minutes ago
Baby Formula Social-Media Pitches Undermine Breast Milk, WHO Says
by Corinne Gretler
British Virgin Islands Premier Arrested in Miami on Drug Charges
by Nathan Crooks
Australia Briefing: Why It's the Best Time to Visit New Zealand
by Ainsley Thomson
Apple Weathered Shortages on Way to Record Quarter, CEO Says
by Emily Chang

Load More Stories


©2022 Bloomberg L.P. All Rights Reserved