# EXHIBIT 17

10-K 1 wpg201810-k.htm FORM 10-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**Washington Prime Group Inc.**
**Washington Prime Group, L.P.**
(Exact name of Registrant as specified in its charter)

**Indiana (Both Registrants)**
(State or other jurisdiction of incorporation or organization)

| | |
|---|---|
| **001-36252 (Washington Prime Group Inc.)** | **180 East Broad Street** |
| **333-205859 (Washington Prime Group, L.P.)** | **Columbus, Ohio 43215** |
| (Commission File No.) | (Address of principal executive offices) |
| **46-4323686 (Washington Prime Group Inc.)** | |
| **46-4674640 (Washington Prime Group, L.P.)** | **(614) 621-9000** |
| (I.R.S. Employer Identification No.) | (Registrants' telephone number, including area code) |

Securities registered pursuant to Section 12(b) of the Act:
**Washington Prime Group Inc.:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.0001 par value per share | New York Stock Exchange |
| 7.5% Series H Cumulative Redeemable Preferred Stock, par value $0.0001 per share | New York Stock Exchange |
| 6.875% Series I Cumulative Redeemable Preferred Stock, par value $0.0001 per share | New York Stock Exchange |

**Washington Prime Group, L.P.: None**

Securities registered pursuant to Section 12(g) of the Act:
**Washington Prime Group Inc.: None**
**Washington Prime Group, L.P.: Units of limited partnership interest (34,755,660 units outstanding as of February 20, 2019)**

Indicate by check mark if the Registrant is a well-known seasoned issuer (as defined in Rule 405 of the Securities Act).
**Washington Prime Group Inc. Yes ☒ No ☐      Washington Prime Group, L.P. Yes ☐ No ☒**

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
**Washington Prime Group Inc. Yes ☐ No ☒      Washington Prime Group, L.P. Yes ☐ No ☒**

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
**Washington Prime Group Inc. Yes ☒ No ☐      Washington Prime Group, L.P. Yes ☒ No ☐**

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files).
**Washington Prime Group Inc. Yes ☒ No ☐      Washington Prime Group, L.P. Yes ☒ No ☐**

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of Registrant's knowledge, in the definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.
**Washington Prime Group Inc.  ☐      Washington Prime Group, L.P. ☐**

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.
**Washington Prime Group Inc.** (Check One):   Large accelerated filer ☒   Accelerated filer ☐   Emerging growth company ☐
                                          Non-accelerated filer ☐   Smaller reporting company ☐
                                          (Do not check if a smaller reporting company)
**Washington Prime Group, L.P.** (Check One):   Large accelerated filer ☐   Accelerated filer ☐   Emerging growth company ☐
                                          Non-accelerated filer ☒   Smaller reporting company ☐
                                          (Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.
**Washington Prime Group Inc. ☐      Washington Prime Group, L.P. ☐**

Indicate by check mark whether Registrant is a shell company (as defined by Rule 12b-2 of the Exchange Act).
**Washington Prime Group Inc. Yes ☐ No ☒      Washington Prime Group, L.P. Yes ☐ No ☒**

The aggregate market value of shares of common stock held by non-affiliates of Washington Prime Group Inc. was approximately $1.5 billion based on the closing sale price on the New York Stock Exchange for such stock on June 29, 2018.

As of February 20, 2019, Washington Prime Group Inc. had 186,074,461 shares of common stock outstanding. Washington Prime Group, L.P. has no publicly traded equity and no common stock outstanding.

**Documents Incorporated By Reference**

Portions of Washington Prime Group Inc.'s Proxy Statement in connection with its 2019 Annual Meeting of Stockholders are incorporated by reference in Part III.

1

**EXPLANATORY NOTE**

This report combines the annual reports on Form 10-K for the fiscal year ended December 31, 2018 of Washington Prime Group® Inc. and Washington Prime Group®, L.P. Unless stated otherwise or the context requires otherwise, references to "WPG Inc." mean Washington Prime Group® Inc., an Indiana corporation, and references to "WPG L.P." mean Washington Prime Group®, L.P., an Indiana limited partnership, and its consolidated subsidiaries, in cases where it is important to distinguish between WPG Inc. and WPG L.P. We use the terms "WPG," the "Company," "we," "us," and "our," to refer to WPG Inc., WPG L.P., and entities in which WPG Inc. or WPG L.P. (or any affiliate) has a material interest on a consolidated basis, unless the context indicates otherwise.

WPG Inc. operates as a self-managed and self-administered real estate investment trust ("REIT"). WPG Inc. owns properties and conducts operations through WPG L.P., of which WPG Inc. is the sole general partner and of which it held approximately 84.4% of the partnership interests ("OP units") at December 31, 2018. The remaining OP units are owned by various limited partners. As the sole general partner of WPG L.P., WPG Inc. has the exclusive and complete responsibility for WPG L.P.'s day-to-day management and control. Management operates WPG Inc. and WPG L.P. as one enterprise. The management of WPG Inc. consists of the same persons who direct the management of WPG L.P. As general partner with control of WPG L.P., WPG Inc. consolidates WPG L.P. for financial reporting purposes, and WPG Inc. does not have significant assets other than its investment in WPG L.P. Therefore, the assets and liabilities of WPG Inc. and WPG L.P. are substantially the same on their respective consolidated financial statements and the disclosures of WPG Inc. and WPG L.P. also are substantially similar.

The Company believes, therefore, that the combination into a single report of the annual reports on Form 10-K of WPG Inc. and WPG L.P. provides the following benefits:

- enhances investors' understanding of the operations of WPG Inc. and WPG L.P. by enabling investors to view the business as a whole in the same manner as management views and operates the business;

- eliminates duplicative disclosure and provides a more streamlined and readable presentation since a substantial portion of the disclosure applies to both WPG Inc. and WPG L.P.; and

- creates time and cost efficiencies through the preparation of one set of disclosures instead of two separate sets of disclosures.

The substantive difference between WPG Inc.'s and WPG L.P.'s filings is the fact that WPG Inc. is a REIT with shares traded on a public stock exchange, while WPG L.P. is a limited partnership with no publicly traded equity. Moreover, the interests in WPG L.P. held by third parties are classified differently by the two entities (i.e. noncontrolling interests for WPG Inc. and partners' equity for WPG L.P.). In the consolidated financial statements, these differences are primarily reflected in the equity section of the consolidated balance sheets and in the consolidated statements of equity. Apart from the different equity presentation, the consolidated financial statements of WPG Inc. and WPG L.P. are nearly identical.

This combined Annual Report on Form 10-K for WPG Inc. and WPG L.P. includes, for each entity, separate financial statements (but combined footnotes), separate reports on disclosure controls and procedures and internal control over financial reporting, and separate CEO/CFO certifications. In addition, if there were any material differences between WPG Inc. and WPG L.P. with respect to any other financial and non-financial disclosure items required by Form 10-K, they would be discussed separately herein.

**WASHINGTON PRIME GROUP INC. AND WASHINGTON PRIME GROUP, L.P.**
**Annual Report on Form 10-K**
**December 31, 2018**

**TABLE OF CONTENTS**

| Item No. | | Page No. |
|---|---|---|
| **Part I** | | |
| 1. | Business | 4 |
| 1A. | Risk Factors | 9 |
| 1B. | Unresolved Staff Comments | 24 |
| 2. | Properties | 25 |
| 3. | Legal Proceedings | 37 |
| 4. | Mine Safety Disclosures | 37 |
| **Part II** | | |
| 5. | Market for the Registrant's Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 37 |
| 6. | Selected Financial Data | 39 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 42 |
| 7A. | Quantitative and Qualitative Disclosure About Market Risk | 70 |
| 8. | Financial Statements and Supplementary Data | 70 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 70 |
| 9A. | Controls and Procedures | 70 |
| 9B. | Other Information | 71 |
| **Part III** | | |
| 10. | Directors, Executive Officers and Corporate Governance | 72 |
| 11. | Executive Compensation | 72 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 72 |
| 13. | Certain Relationships and Related Transactions and Director Independence | 72 |
| 14. | Principal Accounting Fees and Services | 72 |
| **Part IV** | | |
| 15. | Exhibits and Financial Statement Schedules | 73 |
| 16. | Form 10-K Summary | 77 |
| **Signatures** | | 78 |

Income and other taxes decreased $1.9 million, which was primarily attributable to a nonrecurring state use tax that was incurred in 2017.

For WPG Inc., net income attributable to noncontrolling interests primarily relates to the allocation of income to third parties based on their respective weighted average ownership interest in WPG L.P., which percentage remained consistent over the periods.

***Year Ended December 31, 2017 vs. Year Ended December 31, 2016***

For purposes of the following comparisons, the transactions listed above that occurred in the periods under comparison (excluding the properties included in the O'Connor Joint Venture II and the discounted payoffs of Mesa Mall and Southern Hills Mall, which are referred to as their respective capitalized terms) are referred to as the "Property Transactions," and "comparable properties" refers to the remaining properties we owned and operated throughout both years in the year-to-year comparisons.

Minimum rents decreased $56.4 million, primarily due to a $33.3 million decrease related to the Property Transactions and $23.6 million decrease related to the O'Connor Joint Venture II properties offset by a $0.5 million increase attributable to the comparable properties. Overage rents decreased $3.8 million primarily due to a $1.0 million decrease related to the Property Transactions, $1.3 million decrease related to the O'Connor Joint Venture II properties, and a $1.5 million decrease attributable to the comparable properties. Tenant reimbursements decreased $28.2 million due to a $12.1 million decrease attributable to the Property Transactions, $8.0 million decrease related to the O'Connor Joint Venture II properties, and an $8.1 million decrease attributable to the comparable properties, primarily due to rent restructuring in leases for national retailers that filed bankruptcy in 2017 and 2016. Other income increased $3.0 million, primarily due to a $2.2 million increase from lease settlements that occurred in 2017 and a $1.2 million increase in management, leasing and development fee income from the unconsolidated joint ventures to which we provide such services, offset by a net $0.4 million decrease attributable to ancillary property income.

Property operating expenses decreased $20.2 million, of which $14.1 million was attributable to the Property Transactions, $3.9 million was attributable to the O'Connor Joint Venture II properties, and $2.2 million was attributable to the comparable properties, primarily involving a reduction in management fee expense related to the termination of certain transition service agreements with SPG in connection with the 2014 spin-off. Depreciation and amortization decreased $22.4 million, primarily due to a $17.1 million decrease attributable to the Property Transactions and an $11.5 million decrease attributable to the O'Connor Joint Venture II properties, offset by a $6.2 million increase attributable to the comparable properties, which was primarily due to development assets placed into service. Real estate taxes decreased $13.0 million, primarily due to an $8.7 million decrease attributable to the Property Transactions and a $5.0 million decrease attributable to the O'Connor Joint Venture II properties, offset by a $0.7 million increase attributable to the comparable properties. Provision for credit losses increased $0.6 million, primarily attributable to tenant bankruptcies during 2017. General and administrative expenses decreased $2.4 million, primarily due to reductions in external legal, consulting, and audit fees and reductions in salaries and wages expenses. The decrease in merger, restructuring and transaction costs of $29.6 million was attributable to the management transition as well as strategic alternatives explored during 2016 and no comparable costs occurring in 2017. The increase of $45.0 million in impairment losses recorded in 2017 relate to the write down of Rushmore Mall, Colonial Park Mall and Morgantown Commons, as described in further detail under "Impairment," when compared to the impairments taken during the comparable period in 2016.

Interest expense, net, decreased $9.7 million, of which $7.5 million was attributable to the Property Transactions, $11.0 million was attributable to the discounted payoffs of the mortgage loans secured by Mesa Mall and Southern Hills Mall, respectively, and $3.3 million was attributable to the O'Connor Joint Venture II properties. Offsetting these decreases were increases of $11.4 million related to corporate debt activity, primarily related to the August 2017 bond offering offset by reduced Revolver activity, reductions in term loan interest expense, and swap ineffectiveness, and $0.7 million related to other financing activities.

Gain (loss) on disposition of interests in properties, net in the 2017 period consisted of a net gain of $124.8 million from the sales of Colonial Park Mall, Morgantown Commons, a vacant anchor parcel at Indian Mound Mall, the O'Connor Joint Venture II transaction, Gulf View Square, River Oaks Center, and Virginia Center Commons. The $2.0 million loss in the 2016 period occurred from the sales of Richmond Town Square, Knoxville Center, Forest Mall, and Northlake Mall.

Gain on extinguishment of debt recognized in the 2017 period consisted of $90.6 million gain related to the discounted payoff of the $99.7 million mortgage loan secured by Southern Hills Mall, transitioning of $40.0 million mortgage loan secured by Valle Vista Mall to the lender, and the discounted payoff of the $87.3 million mortgage loan secured by Mesa Mall. The gain on extinguishment of debt, net recognized in the 2016 period consisted of the $34.6 million net gain from the transitioning of River Valley Mall, Merritt Square Mall, and Chesapeake Square to the lenders.

Income and other taxes increased $1.2 million, which was attributable primarily to a nonrecurring state use tax that was incurred in 2017.

For WPG Inc., net income attributable to noncontrolling interests primarily relates to the allocation of income to third parties based on their respective weighted average ownership interest in WPG L.P., which percentage remained consistent over the periods.

52

**Liquidity and Capital Resources**

Our primary uses of cash include payment of operating expenses, working capital, debt repayment, including principal and interest, reinvestment in properties, development and redevelopment of properties, tenant allowance and dividends. Our primary sources of cash are operating cash flow and borrowings under our debt arrangements, including our senior unsecured revolving credit facility, or "Revolver", unsecured notes payable and senior unsecured term loans as further discussed below.

We derive most of our liquidity from leases that generate positive net cash flow from operations, the total of which was $287.2 million during the year ended December 31, 2018.

Our balance of cash and cash equivalents decreased $9.5 million during 2018 to $42.5 million as of December 31, 2018. The decrease was primarily due to net repayment of debt, dividend distributions, and capital expenditures, partially offset by operating cash flow from properties, net distributions from our joint ventures, and the net proceeds from the disposition of properties. See "Cash Flows" below for more information.

Because we own primarily long-lived income-producing assets, our financing strategy relies on a combination of long-term mortgage debt as well as unsecured debt supported by a quality unencumbered asset pool, providing us with ample flexibility from a liquidity perspective. Our strategy is to have the majority of our debt fixed either through fixed rate mortgages or interest rate swaps that effectively fix the interest rate. At December 31, 2018, floating rate debt (excluding loans hedged to fixed interest) comprised 15.2% of our total consolidated debt. We will continue to monitor our borrowing mix to limit market risk.

During the third quarter of 2017, we successfully completed the issuance of $750.0 million of unsecured notes. The notes are due on August 15, 2024 and the proceeds were used to repay the $500.0 million Term Loan (as defined in "Financing and Debt"), with a maturity date of May 30, 2018 and $230.0 million of the June 2015 Term Loan (as defined in "Financing and Debt") with a maturity date of March 2, 2020, respectively.

Additionally, on January 22, 2018, we amended and restated our Facility (as defined under "The Facility."). Under the amended and restated terms, the Facility will mature in December 2022 assuming all extension options are exercised. Prior to the amendment and restatement, the Revolver matured on May 30, 2019, assuming all extension options were exercised. These transactions are reflective of our strategy to access the unsecured debt markets to extend our weighted average debt maturity.

On December 31, 2018, we had an aggregate available borrowing capacity of $359.8 million under the Revolver, net of outstanding borrowings of $290.0 million and $0.2 million reserved for outstanding letters of credit. The weighted average interest rate on the Revolver was 3.3% for the year ended December 31, 2018.

Subsequent to December 31, 2018, Fitch Ratings & Moody's Investor Service lowered their credit rating on WPG L.P.'s unsecured long-term indebtedness, which will increase interest rates on our Facility (as defined in "Overview - Basis of Presentation - The Facility."), December 2015 Term Loan, and 5.950% Notes due 2024 as of February 2, 2019. Due to the downgrade, our Revolver will bear interest at LIBOR plus 165 basis points (an increase of 40 basis points), our Term Loan will bear interest at LIBOR plus 190 basis points (an increase of 45 basis points), and our December 2015 Term Loan will bear interest at LIBOR plus 235 basis points (an increase of 55 basis points). Our 5.950% Notes due 2024 will bear interest at 6.450% (an increase of 50 basis points). Assuming the new pricing grid was effective January 1, 2018, the impact would have resulted in an increase in borrowing costs of approximately $8.5 million during 2018. Such a downgrade may also impact terms and conditions of future borrowings in addition to adversely affecting our ability to access the public markets.

The consolidated indebtedness of our business was approximately $2.9 billion as of December 31, 2018, or an increase of approximately $39.9 million from December 31, 2017. The change in consolidated indebtedness from December 31, 2017 is described in greater detail under "Financing and Debt."

*Outlook*

Our business model and WPG Inc.'s status as a REIT requires us to regularly access the debt markets to raise funds for acquisition, development and redevelopment activity, and to refinance maturing debt. We may also, from time to time, access the equity capital markets to accomplish our business objectives. We believe we have sufficient cash on hand, availability under the Revolver and cash flow from operations to address our debt maturities, distributions and capital needs through 2019.

The successful execution of our business strategy will require the availability of substantial amounts of operating and development capital both currently and over time. Sources of such capital could include additional bank borrowings, public and private offerings of debt or equity, including rights offerings, sale of certain assets and joint ventures. The major credit rating agencies have assigned us investment grade credit ratings as of December 31, 2018, but there can be no assurance that the Company will achieve a particular rating or maintain a particular rating in the future (see discussion above for further details).

**Cash Flows**

Our net cash flow from operating activities totaled $287.2 million during 2018. During 2018, we also:

- funded capital expenditures of $153.9 million,
- received net proceeds from the disposition of interests in properties and outparcels of $39.2 million,
- funded investments in unconsolidated entities of $20.2 million,
- received distributions of capital from unconsolidated entities of $35.1 million,
- received net proceeds from our debt financing, refinancing, and repayment activities of $120.4 million; and
- funded distributions to common and preferred shareholders and unitholders of $236.8 million.

In general, we anticipate that cash generated from operations will be sufficient to meet operating expenses, monthly debt service, recurring capital expenditures, and distributions to shareholders necessary to maintain WPG Inc.'s status as a REIT on a long-term basis. In addition, we expect to be able to generate or obtain capital for nonrecurring capital expenditures, such as acquisitions, major building renovations and expansions, as well as for scheduled principal maturities on outstanding indebtedness, from:

- excess cash generated from operating performance and working capital reserves,
- borrowings on our debt arrangements,
- opportunistic asset sales,
- additional secured or unsecured debt financing, or
- additional equity raised in the public or private markets.

We expect to generate positive cash flow from operations in 2019, and we consider these projected cash flows in our sources and uses of cash. These cash flows are principally derived from rents paid by our retail tenants. A significant deterioration in projected cash flows from operations could cause us to increase our reliance on available funds from our debt arrangements, curtail planned capital expenditures, or seek other additional sources of financing as discussed above.

**Financing and Debt**

*Mortgage Debt*

Total mortgage indebtedness at December 31, 2018 and 2017 was as follows (in thousands):

|  | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| Face amount of mortgage loans | $ | 980,276 | $ | 1,152,436 |
| Fair value adjustments, net |  | 5,764 |  | 8,338 |
| Debt issuance cost, net |  | (2,771) |  | (3,692) |
| Carrying value of mortgage loans | $ | 983,269 | $ | 1,157,082 |

A roll forward of mortgage indebtedness from December 31, 2017 to December 31, 2018 is summarized as follows (in thousands):

|  |  |  |
|---|---|---|
| Balance at December 31, 2017 | $ | 1,157,082 |
| Debt amortization payments |  | (18,322) |
| Repayment of debt |  | (94,838) |
| Debt borrowings, net of issuance costs |  | 34,782 |
| Debt canceled upon lender foreclosures, net of debt issuance costs |  | (93,988) |
| Amortization of fair value and other adjustments |  | (2,574) |
| Amortization of debt issuance costs |  | 1,127 |
| Balance at December 31, 2018 | $ | 983,269 |

On October 23, 2018, the $94.0 million mortgage on Rushmore Mall was canceled upon a deed-in-lieu of foreclosure agreement (see "Covenants" section below for additional details).

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**WASHINGTON PRIME GROUP INC.**

**WASHINGTON PRIME GROUP, L.P.**

by:    Washington Prime Group Inc., its sole general partner

By:    /s/ LOUIS G. CONFORTI

Louis G. Conforti
*Chief Executive Officer & Director*
*(Principal Executive Officer)*

Dated:    February 21, 2019

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Capacity | Date |
|---|---|---|
| /s/ ROBERT J. LAIKIN<br>Robert J. Laikin | Chairman of the Board of Directors | February 21, 2019 |
| /s/ LOUIS G. CONFORTI<br>Louis G. Conforti | Chief Executive Officer and Director (Principal Executive Officer) | February 21, 2019 |
| /s/ J. TAGGART BIRGE<br>J. Taggart Birge | Director | February 21, 2019 |
| /s/ JOHN J. DILLON III<br>John J. Dillon III | Director | February 21, 2019 |
| /s/ JOHN F. LEVY<br>John F. Levy | Director | February 21, 2019 |
| /s/ JACQUELYN R. SOFFER<br>Jacquelyn R. Soffer | Director | February 21, 2019 |
| /s/ SHERYL G. VON BLUCHER<br>Sheryl G. von Blucher | Director | February 21, 2019 |
| /s/ MARK E. YALE<br>Mark E. Yale | Executive Vice President and Chief Financial Officer (Principal Financial Officer) | February 21, 2019 |
| /s/ MELISSA A. INDEST<br>Melissa A. Indest | Executive Vice President, Finance and Chief Accounting Officer (Principal Accounting Officer) | February 21, 2019 |