# EXHIBIT 18

tive in-line tenancy, the idea that they need to be, I guess, confined by their demarcated four-walls is silly. It's silly. As good as our specialty leasing folks are, we always have some interesting common area space that quite frankly -- I'll give you a couple of examples, that we want our tenancy -- we want them to take advantage of the space. So we do -- we're doing something with the salon, big national salon. I said, you know what, I was talking to the CEO, once a month, do some type of demonstration. Bring a product in to sponsor it, or we'll help with the sponsorship, but create kinetic, create action, home improvement, create action. We started our local craft brewer rollout. So think about how -- and I don't want to be -- and I never want to be gender-specific, I'm very serious about that term in this world I'm just trying to do shame, but that's my own political view. But when you think about the dad sitting on that -- you know that metal lattice, like snoring, we brought in a couple local prep doors, and we're going to roll them out all over. A couple -- several comfortable chairs, a couple of big screen TVs, this is front and center. One is adjacent to a Dillard's. We have one in Muncie. We have one in Minnesota that we just built. Some artisanal sandwiches, it's probably meatball and Youngstown or Italian Beef in Chicago, and there are lines of people there. And quite frankly, we -- our goal is to increase duration -- duration stay. And it does it, mom and dad or partners can come and hang out a little bit. And remember, you guys don't get the joke. You are -- all live in rarified air. In our middle America, which doesn't necessarily mean geographic middle, but we are the town center. And sometimes, I'm befuddled that people have still hung around with the lack of anything exciting or differentiated that we've brought, so we do local craft brewers. We were at the forefront of doing more Amazon boxes, and they actually invited us out to vet new and interesting ideas. And it's as simple as install a digital screen adjacent an electric -- electronic coupon, that picker-upper or dropper-offer of something to go at 5:30 that's electronic coupon them to eat something in one of our venues or highlight a seasonal something or the other or say -- so it's just creating -- it's creating kinetic. Our e-commerce platform, which -- I mean, I have another -- I have -- hang on, hang on, hang on. Moving on, we have, which I started and, which was the right thing to do, I gave to the company and then it gets a patent pending on it, which I probably screwed that up. I hope I didn't [indiscernible] right now, but tangible. What we do is rotate 80 commerce vendors every 60 days, and we just rolled out our first 4, and it's digital. So it's just to create an event, and it's a beta test. Maybe one of them becomes the next -- take your pick. But what it does, it creates an event and it allows for kind of an ever changing it -- it allows for the rotational. So who's a size -- I don't know what size is this. It's tangible. These things cost nothing to do. Shelby's Sugar Shop, which is our -- a candy outlet. So if you're really fancy, you get a Dylan's. You know what we get in middle America? Those s*** gumball machines or some weirdo local operator. Visit Shelby's Instagram, it costs us about $250,000, about 1 year breakeven It will be salable, and it's sponsorable. We already have folks like Coca-Cola talking to us. It's finding out what's needed, creating -- we will continue to strengthen the annuity stream of in-line and long-dated. But we have to realize, there's also a rotational, almost event aspect to what this industry needs.

Question
**Christy McElroy** (Analysts)

You made a comment on the call about -- and I'm looking at my notes because I wanted to make sure I got it, reducing over-concentrated retail within the assets and exercising judiciousness when lackluster tenant ask for rent concessions. So I wanted to talk about how you're balancing, because yes, there's always the sense that if you have an underperforming tenant and they ask you for a rank concessions to rightsize their occupancy cost, there's always the question of, do I want to keep that tenant in my portfolio longer term if they're underperforming. And so what are you doing in those scenarios? How do you balance the decision to keep that occupancy and perhaps -- but -- and keep that rent in place while figuring out what to do with it longer term? Or do you just say, no, we're not going to do that?

Answer
**Louis Conforti** (Executives)

It's -- we certainly do the Faustian deals. But we're only able to -- and again, I'm not delusional, we're only to negotiate from a modicum of strength because of what Mark has done to strengthen our financial wherewithal on our balance sheet over the last year. So when we look at our tenant watch list, we did a relative study of us, TCO, SB, we all have the exact same watch-list constituents. And last year, because a couple of them kind of cleared out, last year, 75% or 2/3?

Answer
**Mark Yale** (Executives)

It was probably like 70%.

Answer
**Louis Conforti** (Executives)

70% were over-levered private equity sponsor, junior fashion and accessory. And when they come back for rent concession, they're coming either back to sell for an LP distribution or an interest expense reduction with their creditors. No way. If they aren't putting back into the stores, we're not cooperating. And I make the plea that, one, if it really is a disservice to not only you all, me included as a shareholder, not -- to our guests, but to those tenants that are actually doing interesting things and are evolving. And so if you don't put money back into our stores, we are taking much, much harder stance than some of our competitors. We -- and again, it's kind of self-fulfilling in that we're leasing 4 million square feet a year. We're -- half of that, a little less than half of that is in kind of alternative categories. If we don't change the kind of coefficient weighting of junior fashion and entertainment, you know what, it will become a self-fulfilling prophecy. And we're not letting that happen.

Answer
**Mark Yale** (Executives)

And I think the other thing that's interesting when you talk about that lifestyle, health and beauty, fitness, entertainment, they're taking larger spaces than your traditional apparel. So what we're doing is we're reducing the amount of traditional in-line space, so we can be more aggressive and strike the right balance with those apparel that are trying to work through, trying to transition. And as Lou said, try to pick those winners that are going to invest, that are going to provide the right offering to our customers because that's very important. We want to have retailers who understand the in-store experience and deliver something that's interesting for our customers.

Question
**Christy McElroy** (Analysts)

And the next question is about sort of being opportunistic, and it's kind of -- it's 2-parter. Mark, maybe you can address sort of the balance sheet side that allows you to maybe be a little bit more opportunistic in this kind of environment? And Lou, you guys just did an acquisition of an asset. How do you balance wanting to be an aggregator? And you have talked about...

Answer
**Louis Conforti** (Executives)

I did crummy job on the call.

Question
**Christy McElroy** (Analysts)

So this is your opportunity to redeem yourself, then?

Answer
**Louis Conforti** (Executives)

That was part -- so another thing, which has always kind of befuddled me was that -- and I know why folks like [ Herbie and Mel] and Lake -- [ Seagull Lake ], they created this kind of impregnable barrier of restaurant outlots, which created an impediment for our folks to get in, and I want to focus on our asset. So there's companies, and we all know those companies that, in effect, play risk-free arbitrage and that's the net lease, the credit lease folks. They bought our outlots at about a 6.25%, 6.5% cap rate. Obviously, it pains me, but you see that delta, that arbitrage that was created and what we're trading at. And we had to recycle those funds into a 1031, a Starker exchange. So that was a Starker exchange, and that was an amazing asset that, quite frankly, embodies the hybrid. It's not even open yet, but they have a Lucky's Market and an AMC dine and 9-screen theater that's literally opening in the next 2, 3 weeks. It's in Missoula, Montana. The University of Montana, right within close, close proximity. And the family wanted to reallocate their capital to build multifamily adjacent to ours, so kind of win-win. And they have finite capital, we were able to buy it at the right price. So that was as much as kind of an organic aggregation by virtue of trading into something at a 6.25% or 6.5% or something at a -- it tends to about 4? And it tends about 4. Again, I should have done a better job saying that it was a 1031.

Answer
**Mark Yale** (Executives)

And we also, I mean, believe there's really great growth opportunity. One thing that's exciting, Lucky's is going into the former Sears space. So they've already addressed the Sears. But there is some very exciting low-hanging fruit, where we can drive the yield, and you contrast that with what we sold. I mean, these are bond-like very little growth. And we don't like where our share price is today, but this is the flip side where we can take advantage of some of the dislocation and arb that. And we've done that with our discounted payoffs on Mesa and Southern Hills last year, and we'll continue to look for those opportunities.

Question
**Christy McElroy** (Analysts)

So how do you balance that, looking at those types of opportunities versus buying back something that is possibly even more attractive, which is your own stock?

Answer
**Louis Conforti** (Executives)

It is the only -- and I've thought about it academically -- practically, I don't have the answer. It's -- if you're in a Fisher market, there is -- you look for the best return on invested capital. But you have to look at the second, third derivative impact of reducing float of increasing leverage, of -- if I'm sitting in Hyde Park, I'm sure there are some professors that will think that, that would be buyback. We live in a much more kind of multifactor world. It's a great question. People buy -- haven't been on your side, people buy shares generally for the wrong reasons, artificially buttress share price. And I've seen it time and time again. There becomes an inflection point where you got to -- you have to buy enough to be meaningful. I don't know, we evaluate it, we think about it. We think about the holistic, are we doing something that might have only a 9.5% direct return, and that's direct, so we don't include adjacent space when we factor in or redevelop -- I'm sorry, for redevelopment, we get a 9.5% -- we've been getting 9.5's. Then there's the incremental benefit of getting better rents for unproductive space then there, you're going to get multiple expansion because you're going the right thing, because you're moving -- so it's much more iterative than just that 9.5% versus...

Question
**Christy McElroy** (Analysts)

Right.

Answer
**Louis Conforti** (Executives)

13%, 14% devi, but I don't have the answer.

Question
**Christy McElroy** (Analysts)

Questions from the audience? Questions? Nothing on Veracast? There has been a lot of -- I guess since CBL cut their dividends last fall, there's been a lot of talk about who else could cut, who else has high payout ratios, who else has high dividend yields. And I think that you've reiterated time after time that you're not cutting. Maybe you can address that though, and just, obviously, the comfort level still isn't there yet. Why do you think that is? And maybe just to address that issue, just as a concern in market.

Answer
**Louis Conforti** (Executives)

I'm thinking I should -- I'll do the first 10 seconds. Our -- it's not the dividend. If you look at it from a historical precedent standpoint, the stability of this company's cash flow over the last 3, 4 years, we're at about a 78%, 79% payout ratio. And we have the ability to modulate our development, our capital spend. And we don't discuss dividend policy. But my charter is to have you guys have an outsized -- an outsized return, an asymmetric return profile, while we are waiting for this industry or for there to be another stratification versus that primary or secondary. And do you want -- we can talk about some...

Answer
**Mark Yale** (Executives)

I mean, there's also the practical side of what our taxable income, our distribution requirements. 2017, 100% of our dividend was income. There was no return of capital. Now, we had some onetime items that drove that up. But we have to manage through. There could be some other onetime items in '18, so we're managing through that. I think just looking at the 1031 and the reasons why we wanted to shelter that gain probably indicates that we're trying to manage through that. So I think you got to, one, it's a well-covered dividend. As Lou said, it's just under 80% projected in 2018. We're confident in our cash flows as we look forward, and we have to manage our taxable income as well, so.

Question
**Christy McElroy** (Analysts)

How much free cash flow are you generating annually after recurring CapEx?

Answer
**Mark Yale** (Executives)

In 2018, we're projecting at the midpoint of our guidance about $55 million of free cash flow.

Question
**Christy McElroy** (Analysts)

And just going back to the Tier 2 assets, just thinking about that as a tail. How much of that -- how much of -- are those assets kind of weighing down the rest of the portfolio? Are they at all? How much time is taken on figuring out what to do with some of that stuff? And looking forward, 1 year from now, few years from now, how much -- how many of those do you still own?

Answer
**Louis Conforti** (Executives)

So about 9% to 10% of our NOI is Tier 2. And we have made strident efforts as evidenced by getting rid of 15 assets, of reducing that. When we run a multifactor model that includes leverage, and quite frankly, size, because sizing creates intrinsic volatility. So a lot of these assets are small. But let's -- I know you only got a couple of seconds. Half of that in terms of NOI, half of that 10% is encumbered and half it is -- half of it is unlevered. So we, in effect, have that same put option. Any marginal unit of capital spend has to have a much higher a risk-adjusted ROIC versus our Tier 1. We have a -- and we're very methodical and rigid with respect to the model. 2 assets -- 3 assets went up, 2 went down last year. And when we believe that there is not a -- one, it's not worth to spend any dough on it, we're going to get rid of it, and that's waning. That number -- I don't think you should own -- never haven't -- you should have 0% of kind of optionality with some of those assets. Indian Mound Mall, we kicked out a crummy cinema of a theater and same-store NOI down 20%, 25%. I'm like, Oh my God, can this -- yes, but look at the denominator. AMC comes back in, same-store NOI up 30%. There's a lot more vol in those assets. We're going to narrow it down. But maybe you'd have 5% should be in that kind of option piece, but it's really far diminished than what it was.

Question
**Christy McElroy** (Analysts)

So rapid-fire really quick. Do you expect public to public or public to private M&A in the mall sector in 2018?

Answer
**Louis Conforti** (Executives)

I think public to public comes first, followed by private, privatization.

Question
**Christy McElroy** (Analysts)

Okay. What will same-store NOI growth be for the mall sector overall in 2019?

Answer
**Louis Conforti** (Executives)

250 basis points.

Question
**Christy McElroy** (Analysts)

250. And then 10-year treasury yield 1 year from today?

Answer
**Louis Conforti** (Executives)

What do we have today?

Question
**Christy McElroy** (Analysts)

2.9%.

Answer
**Louis Conforti** (Executives)

3.25%.

Question
**Christy McElroy** (Analysts)

Thank you very much, guys. Appreciate it.

Answer
**Louis Conforti** (Executives)

Thank you, guys.

Question
**Christy McElroy** (Analysts)

And thank you for the mimosas.

© S&P Capital IQ 2018

**All news about WASHINGTON PRIME GROUP INC.**

| | | |
|---|---|---|
| 2021 | Spinoso Real Estate Group, LLC acquired Dayton Mall from Washington Prime Group Inc. | CI |
| 2021 | Four Corners Property Trust Buys National Tire and Battery Property in Maryland for $1... | MT |
| 2021 | Strategic Value Excelsior Fund AIV, L.P. and Dime Aggregator LP, funds managed by Strat.. | CI |
| 2021 | **WASHINGTON PRIME** : Is Honored for Creativity and Innovation Through 16 MarCom Awards | PU |
| 2021 | **WASHINGTON PRIME** : Celebrates the Fall Season with Family-Friendly Activities | PU |
| 2021 | **WASHINGTON PRIME** : SCHEELS All Sports Store Opens at Southgate Mall, Joining the Center's .. | PU |
| 2021 | **WASHINGTON PRIME** : Ashley HomeStore Opens at The Outlet Collection® \| Seattle Bringing New.. | PU |
| 2021 | **WASHINGTON PRIME** : Celebrates the Grand Opening of DeBartolo Commons at Southern Park Mall | PU |
| 2021 | Washington Prime Group Inc. Announces Changes of Chief Executive Officer | CI |
| 2021 | Washington Prime Group Inc. Announces Board Changes | CI |

» More news

**Analyst Recommendations on WASHINGTON PRIME GROUP INC.**

| | | |
|---|---|---|
| 2021 | **WASHINGTON PRIME** : Truist Securities Upgrades Washington Prime Group to Hold From Sell | MT |
| 2020 | **WASHINGTON PRIME** : Compass Point Upgrades Washington Prime Group to Buy From Neutral | MT |

» More recommendations

CATEGORIES
Indexes
Equities
Currencies
Commodities
Trackers / ETF
News
Analysis

FREE SERVICES
Watchlists
Virtual Portfolios
Newsletters and notifications
New member

SOLUTIONS
European Portfolio
USA Portfolio
Asian Portfolio
Stock Screener
Stock Picks
Investment Themes
Investment Style
Subscribe as customer

STOCK EXCHANGE EDITIONS
English (USA)
English (UK)
English (Canada)
Deutsch (Deutschland)
Deutsch (Schweiz)
Español
Français (France)
Français (Suisse)
Italiano
Nederlands (Nederland)
Nederlands (België)

ABOUT
Surperformance SAS
Contact
Legal information

MarketScreener

Copyright © 2022 Surperformance. All rights reserved.
Stock quotes are provided by Factset, Morningstar and S&P Capital IQ