**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: WASHINGTON PRIME GROUP, INC. SECURITIES LITIGATION | Master File No.: 2:21-cv-2757 |

**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED**
**CONSOLIDATED CLASS ACTION COMPLAINT**

Jonathan Horne declares under 28 U.S.C. § 1746:

1.      I am a partner in The Rosen Law Firm, P.A. ("Rosen"), Counsel to Lead Plaintiffs in this Action. I make this declaration solely to provide documents to the Court.

2.      Attached hereto as Exhibit 1 is Daniel B. Kohlhepp & Lin Mao, *Converting Income Into Value: A Handbook for Real Estate Investors* (2013), also available at: http://dankohlhepp.com/uploads/3/0/6/8/3068213/converting_income_into_value_draft1_201308.pdf.

3.      Attached hereto as Exhibit 2 is the Opinion and Order dismissing the complaint in *Steinberg v. Ericsson LM Telephone Co.*, 07-cv-09615 (S.D.N.Y.) (Dec. 10, 2008), ECF No. 53.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  July 22, 2022                                  */s/ Jonathan Horne*
                                                            Jonathan Horne

- 1 -