# Exhibit 1

# CONVERTING INCOME INTO VALUE:

# A HANDBOOK
# FOR REAL ESTATE INVESTORS

FIRST DRAFT

Daniel B. Kohlhepp, Ph.D., MAI[*]

and

Lin Mao, MSRE, GA[†]

August 19, 2013

---

[*] Senior Lecturer and Academic Director at the Johns Hopkins Carey Business School Edward St. John Real Estate and Infrastructure Program

[†] Professional Faculty and Academic Program Administrator at the Johns Hopkins Carey Business School Edward St. John Real Estate and Infrastructure Program

## PREFACE

August, 2013:

This first draft of Converting Income into Value: a Handbook for Real Estate Investors that will be tested and critiqued by the MSREI Class of 2014  in the Johns Hopkins Carey Business School Edward St. John Real Estate Program. These students will be using this Handbook as they take two, eight-week courses in real estate development.

With their help, the authors hope:

- To refine the text into full paragraphs;
- To find the mistakes that are hidden in the words and equations;
- To include explanatory footnotes and endnotes; and,
- To compile the necessary appendices, index, and bibliography.

We also realize the need for an understandable set of equations, variables, and abbreviations for a cogent text.

We appreciate your understanding and help as we attempt to make the confusing understandable and the oblique straightforward. Real estate investments and valuation is just not that difficult no matter how much our language gets in the way!

# TABLE OF CONTENTS

**Chapter I**       **INTRODUCTION** .................................................................................1

A.       Purpose of the Handbook .................................................................. 2

B.       A Little Theory ................................................................................... 3

C.       Direct Capitalization Models vs. Discounted Cash Flow Models ..................................... 4

D.       Capitalization Rates .......................................................................... 7

E.       Risk-Adjusted Rates of Discount ....................................................... 9

F.       Different Points of View: the Market Value and Investment Value ................................ 11

G.       Organization of the Handbook ........................................................ 12


**Chapter II**       **ESTIMATING PROPERTY VALUE (PV) USING DIRECT CAPITALIZATION MODELS (DCMs)** 13

A.       Introduction ................................................................................... 14

B.       Gross Income (GI) ........................................................................... 15

C.       Effective Gross Income (EGI) and Vacancy and Collection Allowance (VC) ...................... 16

D.       Operating Expense (OE) ................................................................... 17

E.       Net Operating Income (NOI) ............................................................ 19

F.       Estimating Reversionary Income ..................................................... 20

G.       Overall Capitalization Rate (OCR) .................................................... 21

H.       Example: Apartment Building .......................................................... 24

I.       Example: Strip Shopping Center ...................................................... 26

J.       Example: Industrial Building ............................................................ 29

K.       Example: Office Building .................................................................. 32


**Chapter III**       **ESTIMATING PROPERTY VALUE USING DISCOUNTED CASH FLOW MODELS (DCFMs)** .. 35

A.       Introduction ................................................................................... 36

B.       Estimating Gross Income (GI) .......................................................... 38

C.       Estimated Vacancy and Collection Losses (VC) ................................ 39

D.       Estimating Operating Expenses (OE): ............................................. 40

E.       Estimating Annual Capital Expenditures (CE) .................................. 41

F.       Estimating the Holding Period (n) .................................................... 42

G.       Estimating the Selling Price (SP) of the Property at the end of the Holding Period (n) ... 43

H.       Estimating the Selling Expenses (SE) Incurred in the property's Sale at end of the Holding Period (n) .................................................................................... 44

I.       Estimating the Discount Rate (D), aka the Required Internal Rate of Return on Total Capital (RIRRtc), aka the Weighted Average Cost of Capital (WACC) ........................ 45

J.       Estimating the Property Value (PV) ................................................. 46

K.       Example: Apartment Building .......................................................... 48

L.       Example: Strip Shopping Center ...................................................... 49

M.       Example: Industrial Building ............................................................ 50

N.       Example: Office Building .................................................................. 51

**Chapter IV**     **ESTIMATING MORTGAGE LOAN VALUE (LV) USING DIRECT CAPITALIZATION MODELS (DCMs)** ..............................................................................**53**

A.     Introduction ................................................................................................. 54

B.     Estimating Loan Value (LV) using Direct Capitalization Models (DCMs) ......................... 57

C.     Example: Apartment Building ........................................................................... 58

D.     Example: Strip Shopping Center ....................................................................... 60

E.     Example: Industrial Building ............................................................................. 62

F.     Example: Office Building .................................................................................. 64


**Chapter V**     **Estimating the Loan Value (LV) using Discounted Cash Flow Models (DCFMs)** ...........**66**

A.     Amortization Table ....................................................................................... 68

B.     Example: Apartment Building ........................................................................... 70

C.     Example: Strip Shopping Center ....................................................................... 72

D.     Example: Industrial Building ............................................................................. 74

E.     Example: Office Building .................................................................................. 76


**Chapter VI**     **ESTIMATING EQUITY VALUE (EV) USING DIRECT CAPITALIZATION MODELS (DCMs)** ...**79**

A.     Introduction ................................................................................................. 80

B.     Estimating Equity Value (EV) Using Direct Capitalization Models (DCMs) ...................... 82

C.     Example: Apartment Building ........................................................................... 84

D.     Example: Strip Shopping Center ....................................................................... 86

E.     Example: Industrial Building ............................................................................. 88

F.     Example: Office Building .................................................................................. 90


**Chapter VII**     **ESTIMATING EQUITY VALUE (EV) USING DISCOUNTED CASH FLOW MODELS (DCFMs)** **93**

A.     Example: Apartment Building ........................................................................... 94

B.     Example: Strip Shopping Center ....................................................................... 95

C.     Example: Industrial Building ............................................................................. 96

D.     Example: Office Building .................................................................................. 97


**APPENDIX A**     **EQUATIONS AND ABBREVIATIONS**.................................................................**98**

**Chapter I    INTRODUCTION**

## A.      Purpose of the Handbook

The purpose of the Handbook is to help real estate students, practitioners, and longtime experts better understand the conversion of future income into today's value. That is, real estate value is based on the conversion of expected future income into an estimate of today's worth. Probably the oldest and most commonly asked question in real estate is: "how much is it worth?" The second most commonly asked question is: "what is my return?" Of course, those questions are flipsides of each other.  If you can estimate what it is worth, you can say what the return is and vice versa. This handbook will focus on the estimation of value as a starting point for understanding what the returns are.

In the world of real estate valuation and investments, there is proliferation of slang, jargon, and semi-technical terms which everyone uses and understands. Unfortunately, everyone uses and understands them differently. This causes a terrific amount of confusion.

For example: capitalization rates may be also referred to as overall returns, cash-on-cash returns, or equity dividend rates. Similarly, risk-adjusted the rates of discount may be called the internal rates of return, required rate of returns, or the equity yields.

Thus, another purpose of this Handbook is to help people understand, clarify and differentiate between these multiple terms that are used often interchangeably and usually incorrectly, in the process, convert expected future income into today's value.

2

## B.	A Little Theory

The title of this Handbook is *Converting Income to Value*. The value proposition is essentially that the value is equal to the present worth of future benefits. In real estate these future benefits are of two kinds:

a.	First, there are annual benefits in the form of cash flows coming from collecting rent and paying expenses, and

b.	Second, there is residual income which comes at the end of the holding period when the property is sold, the selling expenses are paid, and the remaining indebtedness is paid off.

Future income is by its nature uncertain.  Economic conditions change; government regulations change; alternative investments change; and tastes and preferences change.  Also the investor must wait for the future benefits that he/she expects and thereby forego current benefits from other capital investments.  Therefore, the "conversion process" must account for the uncertainty or riskiness of the investment as well as the waiting period for the annual and residual incomes.

The conversion of the future income in real estate both annual and reversionary is most often used in the form of two valuation models:

a.	The direct capitalization model, and

b.	The discounted cash flow model.

3

## C. Direct Capitalization Models vs. Discounted Cash Flow Models

The Direct Capitalization Model (DCM) in its most general form is defined as: the value (V) is equal to the income (I) divided by the capitalization rate (R):

[Equation 1]

$$V = I/R$$

where,
V = Value
I = Income
R = Capitalization Rate

The Capitalization Rate is defined as the annual risk-adjusted rate of discount (r) reduced by the annual expected rate of growth (g), so that:

[Equation 2]

$$R = r - g$$

where,
r = risk-adjusted rate of discount
g = annual growth rate of the stream of income, (I), that is being valued

The Discounted Cash Flow Model is defined as: value (V) is equal to the sum of the present value of the annual income (AI) plus the present value of the reversionary income (RI) at the end of the holding period (n):

[Equation 3]

$$V = \left( \sum_{t=1}^{n} \frac{AI_t}{(1+r)^t} \right) + \frac{RI_n}{(1+r)^n}$$

where,

V = Value

AI = Annual Income

RI = Reversionary Income

r = Risk-adjusted Rate of Discount

n = number of years in the holding period

t = a specified year in the holding period

$\sum$ = summation of the present values for the Annual Incomes

The Risk-Adjusted Rate of Discount, (r), is defined as the sum of a risk-free rate, (rf), and a risk premium, (rp), which accounts for the uncertainty or riskiness of the future benefits.

[Equation 4]

$$r = rf + rp$$

where,

rf = a risk-free rate (also called a safe rate)

rp = risk premium that varies depending on the uncertainty of the future incomes

It should be noted that the above models are very general and need to be modified to reflect the stream of income being valued.  For example, the Direct Capitalization Model (DCM) and the DCF Model (DCFM) would be modified differently if the total Property Value (PV) was being estimated or just the Loan Value (LV) or the Equity Value (EV) was being estimated.

5

By way of contrasting and comparing these two models, the following list of bullet points may be helpful:

- The DCM uses capitalization rates, whereas the DCFM uses risk-adjusted rates of discount to convert future benefits into a present value estimate.
- The DCM uses a "stabilized" annual income, whereas the DCFM uses year-specific incomes.
- In the DCM, the residual income is implicitly included in the capitalization rate; while in the DCFM, the residual Income is explicitly determined based on the income at the end of the holding period.
- The DCM assumes that the real estate is held to perpetuity while the DCFM assumes a specific time period for the valuation.
- The DCM uses very simple mathematical calculations that can be done with a pencil on "the back of an envelope."  However, the DCFM uses more difficult calculations that are done with a calculator or computer.
- DCMs have many implicit assumptions, but the DCFMs have many explicit assumptions.
- DCMs are easy to calculate but hard to explain, but the DCFMs are difficult to calculate but easy to explain.

6

## D.     Capitalization Rates

Historically, capitalization rates have been described as being composed of two factors: a return "on" investment and a return "of" investment. The "return on" investment is fairly straight forward; the "return of" investment is less obvious because of the inflationary monetary environment in which we now live. Traditionally, real estate values were expected to decrease over the long run because of the physical deterioration of the improvements. Consequently, an investor would need a premium over the "return on" their investment as compensation for the declining value. However, in our inflationary environment, investors now expect their real estate to increase in value over time so investors are willing to accept a reduction in their "return on" because of the expected increase in the property value. That is to say, a risk adjusted rate of discount (r) was the return "on" while the expected annual rate of growth rate (g) was the return "of" since real estate was often expected to depreciate or decline in value over time.

Thus, a negative growth rate (-g) would reflect an expected declining income stream and property value. For example, if income stream was expected to decrease by 2% per year ($g = -2\%$), and the risk-adjusted rate of discount (r) was 8%, then the capitalization rate would be 10%. Algebraically, this is presented by:

[Equation 2]

$$R = r - g$$

$$R = 8\% - (-2\%) = 8\% + 2\% = 10\%$$

On the other hand, if the income stream was expected to increase by 2% per year ($g = 2\%$), and the risk adjusted rate of d discount (r) was 8%, then the capitalization rate would be 6%. Algebraically, this is:

[Equation 2]

$$R = r - g$$

$$R = 8\% - 2\% = 6\%$$

Capitalization rates that are used to estimate the total Property Value (PV) are called the Overall Capitalization Rate (OCR), and the capitalization rates that are used to estimate the Equity Value (EV) are called the Equity Dividend Rate (Re). These capitalization rates are also called the "unleveraged cash-on-cash return" and the "leveraged cash-on-cash return," respectively.

The capitalization rates can be determined in two ways: 1) from actual market sales of comparable properties or 2) from active investors in real estate who articulate their expected capitalization rates. Comparable sales are the best way to determine the Overall Capitalization Rates (aka unlevered cash-on-cash return) while investor interviews are the best way to determine the Equity Dividend Rates (aka leveraged cash-on-cash return).

## E.      Risk-Adjusted Rates of Discount

Discounted Cash Flow Models (DCFM) use a risk-adjusted rate of d discount (r), which theoretically is the rate of return which is required to attract investment capital to the investment opportunity. As such, the risk-adjusted rate of discount can be considered as composing two parts: a risk-free rate (rf) and a risk premium (rp). See Example [4] in the previous section. The risk-adjusted rate of discount can also be shown graphically below:

[Figure 1]        Risk Return Trade-off



The rate of return is "adjusted" or increased as the amount of uncertainty or "riskiness" increases regarding the actual realization of the expected benefits from the real estate. The difficult part is determining how to define, measure, or account for the riskiness of an investment. This debate continues today as scholars and investors try to define business risk, inflationary risk, environmental risk, systematic risk, or idiosyncratic risk. Rating companies like Standard and Poor's or Moody's try to measure the level of risk into classification groups (AAA, Baa, etc…), while statisticians measure risk using standard deviations of returns over time.  A popular measure of risk is contained in the Capital Asset Pricing Model (CAPM), which looks like Equation 4 above, because it has a risk free rate that is adjusted by the covariance or the expected

9

individual asset's return to the returns on a portfolio of assets, usually leveraged equity securities.[3]

The risk-adjusted rate of discount used to estimate the Property Value (PV) is often called the Discount Rate (D) or the Required Internal Rate of Return on Total Capital (RIRRtc) while the risk-adjusted rate of discount to estimate Equity Value (EV) is called the Equity Yield Rate (y) or the Required Internal Rate of Return on Equity (RIRRe).

The risk-adjusted rate of discount for estimating the Property Value is also defined as the Weighted-Average Cost of Capital (WACC). The Weighted Average Cost of Capital of a real estate property considers the cost of debt capital [the Interest Rate (i)] and the required risk-adjusted rate of return for equity capital [the equity yield rate (y)] as well as the ratio of debt to equity, which is called the Loan-to-Value ratio (L/V). The loan-to-value ratio is defined as the amount of mortgage debt (L) compared to the total property value (V), and then by definition the amount of equity capital is defined as the compliment of the loan to value ratio or $(1 - L/V)$. Consequently, the Weighted Average Cost of Capital (WACC) for a real estate investment, which is also called the Discount Rate (D) or the Required Internal Rate of Return on Total Capital (RIRRtc), can be defined as:

[Equation 5]

$$WACC = D = \text{RIRRtc}$$

$$RIRRtc = [\, i \times (\text{L}/V)] + [y \times (1 - \text{L}/V)]$$

A market test for the correct risk-adjusted rate of discount is to compare the expected return on other assets relative to the real estate investment under consideration.  In this way, the appropriate risk-adjusted rate of discount can be bracketed.

There are many, regularly published, real estate investor surveys in which active (usually institutional) investors are asked what their target (or Required) IRR's are.  These are usually reported for unleveraged (RIRRtc) and leveraged (RIRRe) returns.

---

[3] The Capital Asset pricing Model is usually specified as… where…

### F.      Different Points of View: the Market Value and Investment Value

Real estate appraisers estimate the value of real estate from the overall market point of view.  That is, they are reflecting the general consensus of the market participants' opinion or estimation of value. This is usually called the Market Value of the property, and there are numerous conditions or qualifications of a Market Value estimate. The Market Value represents an objective point of view from the perspective of a typical buyer and a typical seller, neither party of which is under duress and both parties of which have excellent information about future market conditions, competitive properties, and typical financing conditions. The transaction is expected to be all cash and subject to another dozen "limiting conditions and assumptions."

On the other hand, individual real estate investors are interested in their particular investment and market expectations, and they are interested in estimating the Investment Value of a property to them under all of the unique and unusual conditions of the sale.  This is a very subjective estimate, and one that is unique to the individual investor.  It considers the financial constraints and opportunities of the particular investor.

However, whether the point of view is objective and market-oriented or subjective and specific-investor oriented, the same techniques are used to convert future income into today's value.

11

## G.     Organization of the Handbook

Part II of the Handbook discusses the process of estimating the property value of real estate using Direct Capitalization Models (DCM).  First, the estimate of a stabilized annual Net Operating Income (NOI') is determined and then the consideration of the reversionary income is discussed.  Next, the determination of the appropriate Overall Capitalization Rate (OCR) is discussed in terms of market observations as well as investor derivations.  Examples of the estimation process are then reviewed for an apartment, a retail center, a warehouse, and an office building.

Part III of the Handbook discusses the process of estimating the property value of real estate using a Discounted Cash Flow Model (DCFM).  The estimation for Net Operating Income (NOI) for every year of the holding period is considered along with the estimation of the Net Sales Prices (NSP) at the end of the holding period.  Next, the estimation of the appropriate risk-adjusted rate of discount is discussed.  This is followed by the estimation of the Part II examples using DCFMs.

Part IV discusses the mathematics of amortized mortgages as well as the estimation of the value of mortgages using DCMs and DCFMs.

Part V demonstrates the estimation of the value of an equity investment using both OCMs and DCFMs.

Appendix A is a summary of equations and abbreviations.

Appendix B is a discussion of the Finley Form, which is a mortgage-equity approach to estimating property value using debt coverage ratios and leveraged cash-on-cash returns.

Appendix C discusses project feasibility using Overall Capitalization Rates.

12

**Chapter II      ESTIMATING PROPERTY VALUE (PV) USING DIRECT CAPITALIZATION MODELS (DCMs)**

## A. Introduction

The Property Value of a piece of real estate is estimated by dividing the "Stabilized" Net Operating Income (NOIs) by the Overall Capitalization Rate (OCR)

[Equation 6]

$$PV = \text{NOIs}/OCR$$

where,
PV = Property Value
$\text{NOI}_s$ = stabilized Net Operating Income
OCR = Overall Capitalization Rate

[Equation 7]

$$\text{NOIs} = GI - VC - OE$$

where,
GI = Gross Income
VC = Vacancy and Collection Allowance
OE = Operating Expenses including Reserves for Wasting Parts

[Equation 8]

[8a] $\quad OCR = D - (\%Apr)$

[8b] $\quad OCR = D + (\%Dpr)$

where,
D = WACC = RIRRtc
D = Discount Rate
WACC = Weighted Average Cost of Capital
RIRRtc = Required Internal Rate of Return on Total Capital
%Apr = annual rate of property Appreciation
%Dpr = annual rate of property Depreciation

14

## B.    Gross Income (GI)

The Gross Income (GI) is the total possible income that can be generated from an income producing property over a 12-month period. Sources of income include rental income (RI), parking income (PI), and other miscellaneous income (OI) such as vending machines and billboards.

[Equation 9]

$$GI = RI + PI + OI$$

15

### C.    Effective Gross Income (EGI) and Vacancy and Collection Allowance (VC)

The Effective Gross Income (EGI) is the actual or expected income that will be collected over a twelve-month period.  The difference between the Gross Income and the Effective Gross Income is called the Vacancy and Collection Allowance (VC). The Vacancy and Collection Allowance is due to actual vacant space or rental units as well as bad debts or uncollectable rent.

[Equation 10]

$$EGI = GI - VC$$

The Vacancy and Collection Allowance reflects the robustness of the real estate markets.  A very strong market will have a low vacancy rate while a soft or sluggish market will have a high vacancy rate.

16

## D.    Operating Expense (OE)

Operating Expenses (OE) are those expenses that relate directly to the operation of the real estate property. They do not include financing expenses, personal expenses, or income tax expenses. Operating Expenses (OE) are divided into two groups: annual cash expenses and annualized non-cash reserve allowances. Operating expenses do not include financing costs such as interest and amortization payments and do not include income tax payments. Operating expenses are related to the operation of property and compliance with the lease provisions and are not dependent on specific financing or individual owners.  The operating expenses may include some or all of the following:

- Management Expenses
- Legal and Accounting Expenses
- Repairs and Maintenance
  - Labor
  - Supplies
- Leasing Commissions
- Landscaping and Lawn Maintenance
- Snow Plowing and Ice Removal
- Real Estate Taxes
- Property Insurance
- Advertising
- Decorating
- Cleaning and Janitorial Expenses

The second type of expenses is allowance for wasting parts. These allowances can be used to annualize certain costs which are not annual in nature, but are predictable and do occur regularly. Examples of these expenses are:

- Major Appliance Replacements
- Carpet Replacements
- Tenant Improvements
- Painting
- Asphalt Parking Lot Replacements
- Roof Replacements

17

Often the Operating Expenses (OE) are lumped together and expressed as a percentage of Effective Gross Income (EGI). This is called the Operating Expense Ratio (OER).

[Equation 11]

$$OER = OE/EGI$$

## E.     Net Operating Income (NOI)

The Net Operating Income (NOI) is calculated by deducting the Operating Expenses (OE) from the Effective Gross Income (EGI).  The calculation is as follows:

$$\text{Gross Income (GI)}$$

*less*    Vacancy and Collection (VC)

_____

*equal*   Effective Gross Income (EGI)


*less*    Operating Expenses (OE)

_____

*equal*   Net Operating Income (NOI)


[Equation 7]

$$NOI = GI - VC - OE$$


The Net Operating Income (NOI) used in Direct Capitalization Models (DCMs) is said to be "stabilized", and it is abbreviated as NOIs ("NOI" with a lowercase "s"). The NOIs is stabilized because it uses an average Vacancy and Collection Allowance and an average Operating Expense amount. Clearly, this is one of the limitations of the DCMs since a "stabilized" year may not be representative of the property's future performance. If the future income is highly variable, the "riskiness" would be reflected in the Overall Capitalization Rate. On the other hand, sometimes the DCM is just not an appropriate method to estimate a property's value.

### F.    Estimating Reversionary Income

In DCMs the expected reversionary income from the eventual sale of the property is not directly estimated. Rather, the expected reversionary income is reflected in the Overall Capitalization Rate as an annual rate of appreciation or depreciation. The annual rate of property appreciation is subtracted from the Discount Rate, or the annual rate of property depreciation is added to the Discount Rate to determine the Overall Capitalization Rate.

## G.　Overall Capitalization Rate (OCR)

The Net Operating Income (NOI) is subject to all of the business risks of real estate. The NOI is an unleveraged income stream, that is, no finance payments are included.  Consequently, no financial risks are involved.

The Overall Capitalization Rate (OCR) is composed of the sum of 1) the Discount Rate (D) and 2) the annual Appreciation Rate of the property (%Apr) or the annual Depreciation Rate of the property (%Dpr).

[Equation 8]

[8a] $\qquad$ $OCR = D - (\%Apr)$

[8b] $\qquad$ $OCR = D + (\%Dpr)$

The Discount Rate (D) is the risk-adjusted "return on" the investment. As such, it is the risk-free rate plus a risk premium.

Graphically, this is show as follows:

[Figure 2]　　Discount Rate



*Discount Rate*

21

The Discount Rate (D) is also referred to as the Weighted-Average Cost of Capital (WACC) because it reflects the cost of debt capital or interest (i) and the cost of equity capital or equity yield rate (y) weighted by their relative share of the total capital structure.  For example:

[Equation 5]

$$D = WACC$$

$$WACC = [i \times (L/V)] + [y \times (1 - L/V)]$$

The Discount Rate is also the same as the Required Internal Rate of Return on Total Capital (RIRRtc).

The Overall Capitalization Rate is sometimes referred to as a "Free and clear" return because it does not include any financing costs such as interest, loan amortization, or financing fees.

22

## H.    Example: Apartment Building

**Assumptions: Income**

- Four (4) one-bedroom (1BR) apartments at $600 per month
- Four (4) two-bedroom (2BR) apartments at $800 per month

Calculations:

| | |
|---|---|
| One-bedroom Rent | $4 \times \$600 \times 12 = \$28,800$ |
| Two-bedroom Rent | $4 \times \$800 \times 12 = \$38,400$ |
| Gross Income (GI) | $67,200 |

**Assumptions: Vacancy and Collection Loss**

- Vacancy and collection allowance is estimated to be 10% of Gross Income

Calculations:

| | |
|---|---|
| Gross Income (GI) | $67,200 |
| Vacancy & Collection Loss (VC) @ 10% of GI | $6,720 |
| Effective Gross Income (EGI) | $60,480 |

24

**Assumptions: Operating Expense**

- Operating Expense Ratio is 30%

---

Calculations:

| | |
|---|---|
| Effective Gross Income (EGI) | $ 60,480 |
| Operating Expenses (OE) @ 30% of EGI | $ 18,144 |
| Net Operating Income ($NOI_s$) | $ 42,336 |

---

**Assumptions: Financing**

- Equity Yield Rate is 12%
- Interest Rate is 8%
- Loan to Value Ratio is 75%
- Annual Rate of Property Appreciation is 0.8%

---

Calculations:

Stabilized Net Operating Income ($NOI_s$)　　　$ 42,336

Discount Rate (D)

$$(0.75 \times 0.08) + (0.25 \times 0.12) = 9.00\%$$

Overall Capitalization Rate (OCR)

$$0.09 - 0.008 = 8.20\%$$

Property Value (PV)　　　$42,336 \div 0.082 = \$516,292$

25

## I. Example: Strip Shopping Center

**Assumptions: Income**

- Net Leasable Area (NLA) is 8,000 square feet
- Retail rental rate is $8.00 per square foot (psf) per year

---

Calculations:

$$\text{Gross Income (GI)} \quad 8,000 \ NLA \times \$8.00 \ psf = \$ 64,000$$

---

**Assumptions: Vacancy**

- Annual Vacancy and Collection Allowance (VC) is estimated to be 5% of Gross Income

---

Calculations:

| | |
|---|---|
| Gross Income (GI) | $ 64,000 |
| Vacancy and Collection Loss (VC) @ 5% of GI | $ 3,200 |
| Effective Gross Income (EGI) | $ 60,800 |

**Assumptions: Operating Expense**

- Real Estate Taxes are $0.39 psf per year
- Common Area Maintenance (CAM) charges are $2.00 psf per year
- Management and Leasing fees are 5% of collected rents per year (aka EGI)
- Accounting, Legal, and Other Professional Expenses average $2,000 per year
- Carpet is replaced every five (5) years and costs $27.00 per square yard installed
- Asphalt Roof Built-up costs $20,000 and lasts twenty (20) years
- Four (4) HVAC Units cost $2,000 per unit and lasts ten (10) years

Calculations:

| | |
|---|---|
| Effective Gross Income (EGI) | $ 60,800 |
| Operating Expenses (OE) | |
| Real Estate Taxes | $0.39 \times 8{,}000\ sf = \$\ 3{,}120$ |
| CAM | $\$2 \times 8{,}000 = \$\ 16{,}000$ |
| Management (% of EGI) | $0.05 \times \$60{,}800 = \$\ 3{,}040$ |
| Accounting, Legal, Other | $ 2,000 |
| Carpet Allowance | $(\$27 \div 9 \div 5) \times 8{,}000 = \$\ 4{,}800$ |
| Roof Allowance | $\$20{,}000 \div 20 = \$\ 1{,}000$ |
| HVAC Allowance | $(\$2{,}000 \div 10) \times 4 = \$\ 800$ |
| TOTAL EXPENSES | $ 30,760 |
| Stabilized Net Operating Income (NOIs) | $ 30,040 |

27

**Assumptions: Financing**

- Mortgage Interest Rate is 9%, amortized over twenty (20) years with annual payments
- Loan-to-Value Ratio is 75%
- The Property is expected to increase annually at 1.5%
- Equity Yield Rate (y) is 12%

Calculations:

Stabilized Net Operating Income (NOIs)          $ 30,040

Discount Rate (D)

$$(0.75 \times 0.09) + (0.25 \times 0.12) = 9.75\%$$

Overall Capitalization Rate (OCR)

$$0.0975 - 0.015 = 8.25\%$$

Property Value          $30,040 \div 0.0825 = \$ 364,121$

28

## J.    Example: Industrial Building

**Assumptions: Income**

- 50,000 Square feet of Net Leasable Area (NLA)
- Leased for 20 years to a single-user for an office/manufacturing complex on a triple net basis (NNN)[4]
- Rental rate is $2.25 per net leasable foot

---

Calculations:

Gross Income (GI)        $2.25 \times 50{,}000 = \$112{,}500$

---

**Assumptions: Vacancy**

- The tenant has an AAA credit rating and intends to be in the building for the duration of the lease (20 years)
- The estimated vacancy and collection allowance is estimated to be 0% of Gross Income

---

Calculations:

| | |
|---|---|
| Gross Income (GI) | $ 112,500 |
| Vacancy and Collection Loss (VC) @ 0% of GI | $ 0 |
| Effective Gross Income (EGI) | $ 112,500 |

---

[4] A triple net lease (NNN) means a tenant, typically in retail, pays the Common Area Maintenance (CAM), insurance, and taxes.

**Assumptions: Operating Expense**

- Management fees are 1% of Effective Gross Income
- Legal and Accounting fees are $2,000 per year
- Single membrane rubber roof costs $2.50 per square foot and has a 10-year remaining life

Calculations:

Effective Gross Income (EGI)      $ 112,500

Operating Expenses (OE)

     Real Estate Taxes (Net)      $ 0

     CAM (Net)      $ 0

     Management (% of EGI)    $0.01 \times \$112{,}500 = \$1{,}125$

     Accounting, Legal, Other      $ 2,000

     Roof Allowance    $\$2.5 \times 50{,}000 \div 10 = \$12{,}500$

     TOTAL EXPENSES      $ 15,625

Stabilized Net Operating Income (NOIs)      $ 96,875

**Assumptions: Financing**

- Mortgage Loan has an interest rate of 8.5%, a 20-year amortization term with monthly payments, and a Loan-to-Value Ratio of 85%
- The typical investor requires an equity yield of 15%
- Property annual depreciation rate is 1%

Calculations:

Net Operating Income (NOIs)  $ 96,875

Discount Rate (D)

$$(0.85 \times 0.085) + (0.15 \times 0.15) = 9.50\%$$

Overall Capitalization Rate (OCR)

$$0.095 + 0.01 = 10.50\%$$

Property Value (PV)  $96,875 \div 0.105 = \$ 922,619$

31

## K.     Example: Office Building

**Assumptions: Income**

- Ten-story office building
- Gross Building Area is 110,000 square feet
- Net Leasable Area (NLA) is 100,000 square feet
- Rental Rate is $30.00 per square foot of NLA
- Parking Income is $5,000 per month

---

Calculations:

Rental Income (RI) $\quad\quad \$30 \times 100,000 = \$3,000,000$

Parking Income (PI) $\quad\quad \$5,000 \times 12 = \$60,000$

Gross Income (GI) $\quad\quad\quad\quad \$3,060,000$

---

**Assumptions: Vacancy**

- Vacancy and collection allowance is estimated to be 10% of Gross Income

---

Calculations:

Gross Income (GI) $\quad\quad\quad\quad \$3,060,000$

Vacancy and Collection Loss (VC) @ 10% of GI $\quad \$306,000$

Effective Gross Income (EGI) $\quad\quad \$2,754,000$

---

**Assumptions: Operating Expense**

- Operating Expenses are $10.00 psf per year
- Reserve for wasting parts is $50,000 annually

Calculations:

| | |
|---|---|
| Effective Gross Income (EGI) | $ 112,500 |
| Operating Expenses | $10 × 100,000 = $ 1,000,000 |
| Reserve | $ 50,000 |
| Total Expenses and Reserve (OE) | $ 1,050,000 |
| Stabilized Net Operating Income (NOIs) | $ 1,704,000 |

**Assumptions: Financing**

- Mortgage of 30 years, 7% interest, and L/V of 70%
- The typical investor requires an equity yield of 15%
- The property's annual appreciation rate is 3%

Calculations:

| | |
|---|---|
| Stabilized Net Operating Income (NOIs) | $ 1,704,000 |
| Discount Rate | $(0.7 \times 0.07) + (0.3 \times 0.15) = 9.40\%$ |
| Overall Capitalization Rate | $0.094 - 0.03 = 6.40\%$ |
| Property Value | $\$1,704,000 \div 0.064 = \$ 26,625,000$ |

**Chapter III     ESTIMATING PROPERTY VALUE USING DISCOUNTED CASH FLOW MODELS (DCFMs)**

## A.    Introduction

- DCFM's use more complicated math than Direct Capitalization Models (DCM's), but the math is intrinsically simple.

- DCFM's allow the analyst to recognize specific features of the investment on an annual basis.  By contrast, DCM's use a stabilized Net Operating Income for the duration of the investment.

- DCFMs allow and require the analyst to think it through the real estate investment.

- DCM's are good to screen potential investment opportunities, while DCFM's must be used to understand how value is created and realized in the investment.

- DCFM's can be used in pre-programmed or "canned" models or they can be developed by the analyst. Financial institutions prefer to use pre-programmed models like ARGUS, while individual investors can build their own models on electronic spreadsheets like Excel.

- DCFMs allow the analyst to recognize the sage advice for investors: "if you can't model a project on paper, then you can't build it in real life."

36

- The Discounted Cash Flow Model to estimate Property Value:

[Equation 12]

$$PV = \sum_{t=1}^{n} \frac{GI_t - VC_t - OE_t - CE_t}{(1 + D)^t} + \frac{SP_n - SE_n}{(1 + D)^n}$$

where,

PV = Property Value

GI = Gross Income

VC = Vacancy and Collection Allowance

OE = Operating Expenses

CE = Capital Expenditure

SP = Selling Price

SE = Selling Expenses

D = Discount Rate, aka the weighted average cost of capital (WACC), aka the required internal rate of return on total capital (RIRRtc)

## B.    Estimating Gross Income (GI)

- DCFMs allow analysts to recognize annual changes in rental income
  - Stepped up leases
  - Percentage leases
  - Lease renewal rates
  - Lease rollovers to market rent levels
  - Free-rent periods
- DCFM's allow analysts to recognize different types of leases for different types of users with different rent provisions, especially in mixed-use projects
  - Retail leases
  - Office leases
  - Apartment leases
  - Out-parcel ground leases
- Rent from other sources can be recognized in DCFM's
  - Parking income
  - Concession income like laundry income
  - Special events leases

## C.    Estimated Vacancy and Collection Losses (VC)

- DCFM's allow analysts to recognize different types of users and lessees with different kind of vacancy expectations
- DCFM's allow analysts to recognize different leases with different expiration dates and different renewal provisions
    - Probability of renewal
    - Remarketing time if not renewed

## D.      Estimating Operating Expenses (OE):

- Analysts can recognize normal cash operating expenses
    - Same operating expense as DCM's but now the analyst can recognize expense that vary over time
    - Customary reserves for regularly occurring expenses may be used as a yearly expense or the expected expense may be tied to specific leases or specific expenses
- Large reserves for wasting assets do not need to be set up annually unless the cash is actually put into a separate reserve account and not available for distribution to investors
- Large capital expenditures should not be included in a DCFM model as "operating expenses"
- Expense reimbursements can be modeled to recognize different expenses that are passed through to tenants or are subject to a "cap" over which tenants are charged for reimbursements
- Expense related to financing should not be included as operating expense (e.g. interest, amortization, origination, fees, or participating loan features)
- Non-cash expense should not be included as operating expenses such as building or equipment amortization
- Income tax expenses should not be included as operating expenses
- Personal expenses such as entertainment, travel, or clothing should not be included as operating expenses
- Typical operating expenses are included in:
    - Office buildings
    - Apartments
    - Warehouses
    - Retail

40

### E.    Estimating Annual Capital Expenditures (CE)

- While the DCMs use an annual allowance for capital expenditures, DCFMs recognize capital expenditures in the year that they actually occur
- Capital expenditures are basically any expenditure that would be depreciated for accounting or tax purposes
- Capital expenditures could include the following:
    - Major tenant improvements
    - Major leasing commissions
    - Roof replacements
    - Major appliances (washers, dryers, stoves, refrigerators, etc)
    - Parking lot replacement
    - Heating, ventilation, and air conditioning (HVAC) systems
    - Landscaping
    - Tenant signs and building signage
- The exception to these capital expenditure is when actual annual cash contributions are made to a specific reserve account and are not available for distribution

41

## F.  Estimating the Holding Period (n)

- DCFMs assume a "typical" holding period for the projections
- The convention is 10 years, but this was based on the accountsants' ability to display 10 years on an 8.5 by 11 inch page using a "landscape" orientation, 10-pitch, and a matrix printer. Clearly, this is no longer a condition.
- Also, five years was used as a typical holding period because accountants could place five-year projections on an 8.5 by 11 inch page using a "portrait" orientation.
- The appropriate holding period depends on the investor's objective and property's business plan
- Analysts can determine that holding period that maximizes the property value by using a "sensitivity" analysis, which involves varying the holding period to see when the highest property value is reached

42

## G. Estimating the Selling Price (SP) of the Property at the end of the Holding Period (n)

- The estimated selling price at the end of the holding period is usually based on the projected future income of the property
- Typically the selling price is estimated using a direct Capitalization Model (DCM), example:

[Equation 13]

- $SP_n = NOI_{n+1}/OCR$

- where,
- $SP_n$ = Selling Price in year n
- $NOI_{n+1}$ = Net Operating Income in year n+1
- OCR = Overall Capitalization Rate

- The sale of the property is expected to occur on the last day of the holding period (n)
- Consequently, the selling price (SP) for the holding period (n) is based on the estimated stabilized Net Operating Income (NOI) for the next year—one year beyond the holding period (n+1)
- The Overall Capitalization Rate (OCR) used to estimate the future sales price of the property is problematic. Most of the time, analysts use the current OCR and assume that the capital market conditions will not change much over the holding period. This is a heroic assumption, but one that is usually made.

43

## H.    Estimating the Selling Expenses (SE) Incurred in the property's Sale at end of the Holding Period (n)

- Real estate sales have high transaction costs relative to other asset sales
- Typical transaction costs may include:
  - Brokerage commissions
  - Deed recording and mortgage costs at the county (or city) courthouse
  - Environmental reports
  - Title reports and title insurance
  - Survey costs
  - Loan prepayment or payoff fees
  - Property inspection reports
  - Marketing and advertising expenses
- While many of these costs are pro-rated or negotiated between the buyer and seller, it is reasonable to assume that there will be substantial closing costs
- The closing costs typically range between 5 to 10 percent of the sale price
- The Net Sales Price (NSP) is usually defined as the Sales Price (SP) minus the Selling Expenses (SE)

## I. Estimating the Discount Rate (D), aka the Required Internal Rate of Return on Total Capital (RIRRtc), aka the Weighted Average Cost of Capital (WACC)

- The Discount Rate (D) is a risk-adjusted rate of discount
- It is equal to the "safe rate" plus a "risk premium" that is based on all of the "business risks" involved with owning real estate assets
- The Discount Rate (D) is also called the Required Internal Rate of Return on Total Capital (RIRRtc). It is the rate of return that is required to attract capital to the real estate investment. It is influenced by the rates of return that are available from alternative investments (stocks and bonds) or other real estate investments adjusted for the level of risk
- The WACC is based on the required Equity Yield (y) for leveraged real estate Investments as well as the Interest Rate (i), both of which are weighted" or adjusted for their relative portion of the total capital stack
- The WACC is usually defined as

[Equation 5]

$$WACC = D = RIRRtc$$

$$RIRRtc = i \times (L/V) + y \times (1 - L/V)$$

- The Discount Rate (WACC or RIRRtc) is used to discount the stream of cash income that is associated with the ownership of the real estate, before financing costs, and non-cash accounting adjustments but after capital expenditures

45

## J.     Estimating the Property Value (PV)

- If the variable input values are based on "typical" investor expectations, then the PV would be the "Market Value" of the property
- If the variable input values are based on a particular investor's expectation then the PV would be the "Investment Value" of the property
- The buyer's Investment Value is defined as the most the buyer can pay for a property and still achieve his/her investment objectives
- The seller's Investment Value is defined as the least that a seller can sell the property for and still achieve his/her investment objectives
- The Transaction Price is the negotiated between the buyer and the seller when the buyer's Investment Value is less than or equal to the seller's Investment Value

*Seller's Investment Value ≥ Transfer Price ≥ Buyer's Investment Value*

46

## K.    Example: Apartment Building

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

**Assumptions: Income and Expense Escalation**

- Annual rent escalation of 1.00%
- Operating Expense is % of Effective Gross Income

| PROPERTY VALUE -- DISCOUNTED CASH FLOW | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|
| Income | 1% | escal | | | | | | |
| Gross Income | | | 67,200 | 67,872 | 68,551 | 69,236 | 69,929 | 70,628 |
| Vacancy & Collection Loss | 10% | of GI | 6,720 | 6,787 | 6,855 | 6,924 | 6,993 | 7,063 |
| Effective Gross Income | | | 60,480 | 61,085 | 61,696 | 62,313 | 62,936 | 63,565 |
| Operating Expenses | 30% | of EGI | 18,144 | 18,325 | 18,509 | 18,694 | 18,881 | 19,070 |
| **Net Operating Income** | | | **42,336** | **42,759** | **43,187** | **43,619** | **44,055** | **44,496** |
| Property Sale | | | | | | | | |
| Sale Price | 8.20% | OCR | | | | | 542,629 | |
| Sale Expense | 5.00% | of SP | | | | | 27,131 | |
| Net Sale Price | | | | | | | 515,497 | |
| **Cash Flow before Debt Service** | | | **42,336** | **42,759** | **43,187** | **43,619** | **559,552** | |
| Property Value | | | | | | | | |
| Discount Rate | 9.00% | | 91.74% | 84.17% | 77.22% | 70.84% | 64.99% | |
| Present Value of Future CF | $ | 502,750 | 38,840 | 35,990 | 33,348 | 30,901 | 363,671 | |

48

## L.    Example: Strip Shopping Center

**Assumptions: Income and Expense Escalation**

- Annual rent escalation of 1.50%
- Annual expense escalation of 1.50%

| PROPERTY VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Income | | 1.50% | escal | | | | | | |
| Gross Income | | | | 64,000 | 64,960 | 65,934 | 66,923 | 67,927 | 68,946 |
| Vacancy & Collection Loss | | 5% | of GI | 3,200 | 3,248 | 3,297 | 3,346 | 3,396 | 3,447 |
| Effective Gross Income | | | | 60,800 | 61,712 | 62,638 | 63,577 | 64,531 | 65,499 |
| Operating Expenses | | 1.50% | escal | | | | | | |
| Real Estate Taxes | $ | 0.39 | psf/yr | 3,120 | 3,167 | 3,214 | 3,263 | 3,311 | 3,361 |
| CAM | $ | 2.00 | psf/yr | 16,000 | 16,240 | 16,484 | 16,731 | 16,982 | 17,237 |
| Management | | 5% | of EGI | 3,040 | 3,086 | 3,132 | 3,179 | 3,227 | 3,275 |
| Accounting, Legal, Other | $ | 2,000 | /yr | 2,000 | 2,030 | 2,060 | 2,091 | 2,123 | 2,155 |
| Total Expenses | | | | 24,160 | 24,522 | 24,890 | 25,264 | 25,643 | 26,027 |
| **Net Operating Income** | | | | **36,640** | **37,190** | **37,747** | **38,314** | **38,888** | **39,472** |
| Property Sale | | | | | | | | | |
| Sale Price | | 8.25% | OCR | | | | | 478,445 | |
| Sale Expense | | 5.00% | of SP | | | | | 23,922 | |
| Net Sale Price | | | | | | | | 454,522 | |
| **Cash Flow before Debt Service** | | | | **36,640** | **37,190** | **37,747** | **38,314** | **493,411** | |
| Property Value | | | | | | | | | |
| Discount Rate | | 9.75% | | 91.12% | 83.02% | 75.65% | 68.93% | 62.80% | |
| Present Value of Future CF | $ | 429,097 | | 33,385 | 30,875 | 28,554 | 26,408 | 309,875 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

49

## M.     Example: Industrial Building

**Assumptions: Income and Expense Escalation**

- Annual rent escalation of 0.00%
- Annual expense escalation of 1.00%

| PROPERTY VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Income | 0.00% | escal | | | | | | | |
| Gross Income | | | | 112,500 | 112,500 | 112,500 | 112,500 | 112,500 | 112,500 |
| Vacancy & Collection Loss | 0% | of GI | | - | - | - | - | - | - |
| Effective Gross Income | | | | 112,500 | 112,500 | 112,500 | 112,500 | 112,500 | 112,500 |
| Operating Expenses | 1.00% | escal | | | | | | | |
| Real Estate Taxes (Net) | | | | - | - | - | - | - | - |
| CAM (Net) | | | | - | - | - | - | - | - |
| Management | 1% | of EGI | | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 |
| Accounting, Legal, Other | $ 2,000 | /yr | | 2,000 | 2,020 | 2,040 | 2,061 | 2,081 | 2,102 |
| Total Expenses | | | | 3,125 | 3,145 | 3,165 | 3,186 | 3,206 | 3,227 |
| **Net Operating Income** | | | | **109,375** | **109,355** | **109,335** | **109,314** | **109,294** | **109,273** |
| Property Sale | | | | | | | | | |
| Sale Price | 10.48% | OCR | | | | | | 1,043,179 | |
| Sale Expense | 5.00% | of SP | | | | | | 52,159 | |
| Net Sale Price | | | | | | | | 991,020 | |
| **Cash Flow before Debt Service** | | | | **109,375** | **109,355** | **109,335** | **109,314** | **1,100,314** | |
| Property Value | | | | | | | | | |
| Discount Rate | 9.48% | | | 91.35% | 83.44% | 76.22% | 69.62% | 63.60% | |
| Present Value of Future CF | $ 1,050,340 | | | 99,909 | 91,245 | 83,332 | 76,106 | 699,748 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_co
nverting_income_into_value.xlsx

50

## N.    Example: Office Building

**Assumptions: Income and Expense Escalation**

- Annual rent escalation of 3.00%
- Annual expense escalation of 1.00%

| PROPERTY VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Income | 3.00% | escal | | | | | | | |
| Gross Income | | | | 3,060,000 | 3,151,800 | 3,246,354 | 3,343,745 | 3,444,057 | 3,547,379 |
| Vacancy & Collection Loss | 10% | of GI | | 306,000 | 315,180 | 324,635 | 334,374 | 344,406 | 354,738 |
| Effective Gross Income | | | | 2,754,000 | 2,836,620 | 2,921,719 | 3,009,370 | 3,099,651 | 3,192,641 |
| Operating Expenses | 1.00% | escal | | | | | | | |
| Operating Expenses | $ 10.00 | psf/yr | | 1,000,000 | 1,010,000 | 1,020,100 | 1,030,301 | 1,040,604 | 1,051,010 |
| Reserve | $ 50,000 | per yr | | 50,000 | 50,500 | 51,005 | 51,515 | 52,030 | 52,551 |
| Total Expenses & Reserve | | | | 1,050,000 | 1,060,500 | 1,071,105 | 1,081,816 | 1,092,634 | 1,103,561 |
| **Net Operating Income** | | | | **1,704,000** | **1,776,120** | **1,850,614** | **1,927,554** | **2,007,017** | **2,089,080** |
| Property Sale | | | | | | | | | |
| Sale Price | 6.40% | OCR | | | | | | 32,641,879 | |
| Sale Expense | 5.00% | of SP | | | | | | 1,632,094 | |
| Net Sale Price | | | | | | | | 31,009,785 | |
| **Cash Flow before Debt Service** | | | | **1,704,000** | **1,776,120** | **1,850,614** | **1,927,554** | **33,016,802** | |
| Property Value | | | | | | | | | |
| Discount Rate | 9.40% | | | 91.41% | 83.55% | 76.37% | 69.81% | 63.81% | |
| Present Value of Future CF | $ 26,869,878 | | | 1,557,587 | 1,484,013 | 1,413,396 | 1,345,666 | 21,069,217 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

**Chapter IV     ESTIMATING MORTGAGE LOAN VALUE (LV) USING DIRECT CAPITALIZATION MODELS (DCMs)**

## A.    Introduction

- The property value (PV) or total value of a parcel of real estate can be divided into the types of capital that is used to acquire it: debt capital (LV) and equity capital (EV)
    - Debt capital is usually called a mortgage or a loan and is usually represented as (L). Debt capital is usually secured by a lien on the property and has a preferred claim on the Net Operating Income (NOI) relative to equity capital.
    - Equity capital (E) is subordinate to the Debt Capital and consequently has a higher risk profile. The equity capital is usually considered the ownership of the property.
- The Loan Value (LV) can be estimated using either a Direct Capitalization Model (DCM) or at Discounted Cash Flow Model (DCFM)
- The DCM is very simple mathematically, but several assumptions are imbedded in the calculations. It is very difficult to value complex financing structure using DCM
- The DCFM is more complicated mathematically; however it is much easier to explain the financial arrangement that is under consideration
- The Debt Payment (DP) used in both models includes both the interest payment and the amortization payment. Usually the DP used in the models is an annualized amount. However, the annual DP can vary depending on the number of debt payments that are made each year. Debt payments can be monthly (12 per year), bi-monthly (6 per year), quarterly (4 per year), semi-annually (2 per year), or annually (1 per year).
- To calculate the annual DP, the periodic debt payment must be calculated and then multiplied by the number of payments per year
- The periodic interest rate is the annual interest rate divided by the number of payments. For example, an annual rate of 6% would have a monthly rate of .5% (0.06/12), a quarterly rate of 1.5% (0.06/4), or a semi-annual rate of 3% (0.06/2).
- The total periodic payments must be representative of the payments per year. For example, a mortgage loan with a 10-year amortization period would have total monthly payments of

120 (10×12), total quarterly payments of 40 (10×4) or total semi-annual payments of 20 (10×2).

- Mortgage Constants (MC) are used to calculate the Mortgage Value in the DCM, and Mortgage Constants are used to calculate the periodic DP in the DCFM
- The Mortgage Constant is a capitalization rate and consequently it has a "return on" component, the interest (i), and a "return of"" component, Sinking Fund Factor (SFF), so that the:

[Equation 14]

$$MC = i + SFF$$

[Equation 15]

$$SFF = \frac{i}{(1+i)^n - 1}$$

where,

i = periodic interest rate

n = total number of periods in the amortization term

- The annual Debt Payment (DP) is usually determined by the Debt Coverage Ratio (DCR), which measures the extent to which the Net Operating Income (NOI) exceed the annual Debt Payment

[Equation 16]

$$DCR = NOI/DP$$

- The Debt Coverage Ratio is a measure of default risk used by lender so the higher the perceived lending risk, the higher the DCR

- The amount of the Loan Value is usually constrained by the Loan-to-Value Ratio (LTV), which is defined as the Loan Value (LV) divided by the Property Value (PV):

[Equation 17]

$$L/V = LV/PV$$

- The Loan-to-Value is a measure of liquidity in the event of default on the loan so the greater the risk perceived by lenders, the lower the Loan-to-Value Ratio

## B.    Estimating Loan Value (LV) using Direct Capitalization Models (DCMs)

- The conceptual direct capitalization model (V=I/R) is modified to estimate the Loan Value (LV) so that annual Debt Payment (DP) is divided by the annualized Mortgage Constant (MC):

[Equation 18]

$$LV = DP/MC$$

[Equation 19]

$$DP = NOI \ / \ DCR$$

[Equation 14]

$$MC = i + SFF$$

where,

i = Annualized Interest Rate on the Loan

[Equation 15]

$$SFF = \frac{i}{(1+i)^n - 1}$$

where,

SFF = Annualized Sinking Fund Factor for the Amortization Period of the Loan

- The Debt Payment is assumed to be a constant amount over the amortization period

## C.    Example: Apartment Building

Calculations:

Loan Interest (i) @ known                             8.00%

Loan Term @ known                    15 years (annually)

Sinking Fund Factor (SSF)

$$0.08 \div [(1 + 0.08)^{15} - 1] = 3.68\%$$

Calculations:

Loan Interest (i)                                       8.00%

Sinking Fund Factor (SSF)                               3.68%

Mortgage Constant (MC)        $0.08 + 0.0368 = 11.68\%$

**Assumptions: Loan**

- For this example, Debt Coverage Ratio (DCR)  is 1.30

---

Calculations:

| | |
|---|---|
| Stabilized Net Operating Income (NOIs) | $ 42,336 |
| Debt Coverage Ratio (DCR) | 1.30 |
| Debt Payment (DP) | $42,336 \div 1.30 = \$ 32,566$ |

---

Calculations:

| | |
|---|---|
| Debt Payment (DP) | 32,566 |
| Mortgage Constant (MC) | 11.68% |
| Loan Value | $32,566 \div 0.1168 = \$ 278,749$ |

59

### D.  Example: Strip Shopping Center

---

Calculations:

| | |
|---|---|
| Loan Interest (i) @ known | 9.00% |
| Loan Term @ known | 20 years (annually) |
| Sinking Fund Factor (SSF) | |

$$0.09 \div [(1 + 0.09)\wedge 20 - 1] = 1.95\%$$

---

Calculations:

| | |
|---|---|
| Loan Interest (i) | 9.00% |
| Sinking Fund Factor (SSF) | 1.95% |
| Mortgage Constant (MC) | $0.09 + 0.0195 = 10.95\%$ |

---

**Assumptions: Loan**

- For this example, Debt Coverage Ratio (DCR) is 1.25

Calculations:

Stabilized Net Operating Income (NOIs)          $ 30,040

Debt Coverage Ratio (DCR)                              1.25

Debt Payment (DP)                   $30,040 ÷ 1.25 = $ 24,032

Calculations:

Debt Payment (DP)                                        24,032

Mortgage Constant (MC)                             10.95%

Loan Value                      24,032 ÷ 0.1095 = $ 219,377

61

62

### E.     Example: Industrial Building

Calculations:

Loan Interest (i) @ known                                          8.50%

Loan Term @ known                          20 years (annually)

Sinking Fund Factor (SSF)

$$0.085 \div [(1 + 0.085)\text{^}20 - 1] \ = 2.07\%$$

---

Calculations:

Loan Interest (i)                                                   8.50%

Sinking Fund Factor (SSF)                                           2.07%

Mortgage Constant (MC)          $0.085 + 0.0207 = 10.57\%$

62

**Assumptions: Loan**

- For this example, Debt Coverage Ratio (DCR)  is 1.10

Calculations:

Stabilized Net Operating Income (NOIs)        $ 96,875

Debt Coverage Ratio (DCR)                               1.10

Debt Payment (DP)                 $96,875 \div 1.10 = \$ 88,068$

Calculations:

Debt Payment (DP)                                          88,068

Mortgage Constant (MC)                              10.57%

Loan Value                 $88,068 \div 0.1057 = \$ 833,419$

63

## F.    Example: Office Building

Calculations:

Loan Interest (i) @ known                                    7.00%

Loan Term @ known                          30 years (annually)

Sinking Fund Factor (SSF)

$$0.07 \div [(1 + 0.07)\char94 30 - 1] = 1.06\%$$

---

Calculations:

Loan Interest (i)                                            7.00%

Sinking Fund Factor (SSF)                                    1.06%

Mortgage Constant (MC)            $0.07 + 0.0106 = 8.06\%$

64

**Assumptions: Loan**

- For this example, Debt Coverage Ratio (DCR)  is 1.30

---

Calculations:

Stabilized Net Operating Income (NOIs)          1,704,000

Debt Coverage Ratio (DCR)                              1.30

Debt Payment (DP)          $1,704,000 \div 1.30 = \$ 1,310,769$

---

Calculations:

Debt Payment (DP)                              1,310,769

Mortgage Constant (MC)                          8.06%

Loan Value          $1,310,769 \div 0.0806 = \$ 16,265,389$

65

## Chapter V  Estimating the Loan Value (LV) using Discounted Cash Flow Models (DCFMs)

The basic discounted cash flow model is modified to estimate the value of the Loan as follows:

[Equation 20]

$$LV = \sum_{t=1}^{n} \frac{DP_t}{(1+i)^t} + \frac{UM_n}{(1+i)^n}$$

where,

LV = Loan Value

n = Loan Term, or number of periods of debt service

t = a specific time period

i = Interest Rate per period

$DP_t$ = Debt Payment per period

$UM_n$ = Unpaid Mortgage Balance in period n

The annualized Debt Payment can also include other cash payments beside the required interest and amortization amount such as:

- Additional interest from cash flow participation periods
- Payments to renew or extend that loan during the holding period

The holding period, n, is the investor's best estimate and does not need to coincide with the loan amortization period or the term of the loan

At the end of the holding period, year n, the Unpaid Mortgage Balance (UM) paid off when the property is sold. This reversionary payment can also include:

- Prepayment penalties
- Accrued but unpaid interest
- Participation interest
- Yield maintenance provisions

66

The interest rate, i, which is used as the risk-adjusted rate of discount may or may not be the same as the interest rate that is used to calculate the Debt Payment. For example, if a mortgage assumed to have a below-market interest rate, the current market interest rate may be used if the analyst wants to determine the market value of the loan

If the analyst is determining the loan owner's (or mortgagee's) value, the correct interest rate would be the rate at which the mortgagee could invest the money in a mortgage with similar risk.

The risk premium for the interest rate must consider the three "C's" of credit:

- The Credit worthiness of the borrower
- The Capacity of the borrower to make the loan payments; and,
- The Character of the borrower

If the loan is not personally guaranteed by the borrower, a non-recourse loan, then the analyst must consider only the capacity of the real estate enterprise to make the required debt payments. The level of this default risk is usually reflected in the level of the Debt Coverage Ratio. The higher the default risk, the higher the Debt Coverage Ratio.

The risk premium must also reflect the risk of the lender not being able to recover all of its capital in the event that the borrower defaults on the loan and the lender must sell the property. This is the risk of capital loss—or the Liquidity Risk. The lower the loan-to-value ratio, the lower the liquidity risk.

Usually in DCFMs, the analyst constructs a mortgage amortization table that shows the periodic payment as well as the annual debt payments, which are broken down into interest payments and amortization amounts so that the outstanding loan balance is calculated at the beginning of the year as well as the end of the year.

67

## A. Amortization Table

**Assumptions: Loan Amortization**

- Principal:       $ 1,000,000 Borrowed
- Interest Rate:   6.00% as an Annual Rate
- Term                10 Years @ 1 Period per Year

| Period | BoP | Payment | Interest | Amortization | EoP |
|---|---|---|---|---|---|
| 0 | | | | | 1,000,000 |
| 1 | 1,000,000 | 135,868 | 60,000 | 75,868 | 924,132 |
| 2 | 924,132 | 135,868 | 55,448 | 80,420 | 843,712 |
| 3 | 843,712 | 135,868 | 50,623 | 85,245 | 758,467 |
| 4 | 758,467 | 135,868 | 45,508 | 90,360 | 668,107 |
| 5 | 668,107 | 135,868 | 40,086 | 95,782 | 572,325 |
| 6 | 572,325 | 135,868 | 34,340 | 101,528 | 470,797 |
| 7 | 470,797 | 135,868 | 28,248 | 107,620 | 363,177 |
| 8 | 363,177 | 135,868 | 21,791 | 114,077 | 249,099 |
| 9 | 249,099 | 135,868 | 14,946 | 120,922 | 128,177 |
| 10 | 128,177 | 135,868 | 7,691 | 128,177 | 0 |

**Definitions of an Amortization Table**

Period:        Payment Interval, which affects how often (and how much) interest accrues

BoP:        Loan balance at the Beginning of a Period

Payment:        Periodic payments. A payment in an amortizing loan includes payment towards both interest and principal, and is the same for each period. Payment can be calculated using Microsoft Excel (function "=PMT") or a financial calculator such as HP-12C when the total number of periods, interest per period, and principal owed are known.

Interest:        Interest portion of the payment. Interest can be found by multiplying the periodic interest rate by the balance at the beginning of a period.

Amortization:        Principal portion of the payment, which is the difference between the periodic payment and the interest paid for that period

EoP:        Remaining balance at the End of a Period, which should reach zero by the end of the term

69

## B.  Example: Apartment Building

**Assumptions: Valuation Period**

- Property sale at the end of fifth year

| LOAN AMORTIZATION TABLE -- FOR LOAN VALUE CALCULATIONS | | | | | |
|---|---|---|---|---|---|
| Loan Value (Principal) | 278,749 | | | | |
| Interest (Annual) | 8.00% | | | | |
| Term (Annual) | 15 | | | | |
| Debt Payment (Periodi | 32,566 | | | | |
| | | | | | |
| Period | BoP | Payment | Amortization | Interest | EoP |
| 0 | | | | | 278,749 |
| 1 | 278,749 | 32,566 | 10,266 | 22,300 | 268,483 |
| 2 | 268,483 | 32,566 | 11,088 | 21,479 | 257,396 |
| 3 | 257,396 | 32,566 | 11,975 | 20,592 | 245,421 |
| 4 | 245,421 | 32,566 | 12,932 | 19,634 | 232,489 |
| 5 | 232,489 | 32,566 | 13,967 | 18,599 | 218,522 |
| 6 | 218,522 | 32,566 | 15,084 | 17,482 | 203,437 |
| 7 | 203,437 | 32,566 | 16,291 | 16,275 | 187,146 |
| 8 | 187,146 | 32,566 | 17,594 | 14,972 | 169,551 |
| 9 | 169,551 | 32,566 | 19,002 | 13,564 | 150,549 |
| 10 | 150,549 | 32,566 | 20,522 | 12,044 | 130,027 |
| 11 | 130,027 | 32,566 | 22,164 | 10,402 | 107,863 |
| 12 | 107,863 | 32,566 | 23,937 | 8,629 | 83,926 |
| 13 | 83,926 | 32,566 | 25,852 | 6,714 | 58,074 |
| 14 | 58,074 | 32,566 | 27,920 | 4,646 | 30,154 |
| 15 | 30,154 | 32,566 | 30,154 | 2,412 | - |

| LOAN VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Debt Service (DS) | | | | | | | | | |
| Debt Payment | | | | 32,566 | 32,566 | 32,566 | 32,566 | 32,566 | |
| Unpaid Mortgage | | | | | | | | 218,522 | |
| | | | | | | | | | |
| Total Debt Service | | | | 32,566 | 32,566 | 32,566 | 32,566 | 251,088 | |
| | | | | | | | | | |
| Loan Value | | | | | | | | | |
| Interest Rate | | 8.00% | | 92.59% | 85.73% | 79.38% | 73.50% | 68.06% | |
| Present Value of Future DS | $ | 278,749 | | 30,154 | 27,920 | 25,852 | 23,937 | 170,886 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

71

## C.  Example: Strip Shopping Center

**Assumptions: Valuation Period**

- Property sale at the end of fifth year

| LOAN AMORTIZATION TABLE -- FOR LOAN VALUE CALCULATIONS | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| Loan Value (Principal) | 219,377 | | | | |
| Interest (Annual) | 9.00% | | | | |
| Term (Annual) | 20 | | | | |
| Debt Payment (Periodi | 24,032 | | | | |
| | | | | | |
| Period | BoP | Payment | Amortization | Interest | EoP |
| 0 | | | | | 219,377 |
| 1 | 219,377 | 24,032 | 4,288 | 19,744 | 215,089 |
| 2 | 215,089 | 24,032 | 4,674 | 19,358 | 210,415 |
| 3 | 210,415 | 24,032 | 5,095 | 18,937 | 205,321 |
| 4 | 205,321 | 24,032 | 5,553 | 18,479 | 199,767 |
| 5 | 199,767 | 24,032 | 6,053 | 17,979 | 193,714 |
| 6 | 193,714 | 24,032 | 6,598 | 17,434 | 187,117 |
| 7 | 187,117 | 24,032 | 7,191 | 16,841 | 179,925 |
| 8 | 179,925 | 24,032 | 7,839 | 16,193 | 172,087 |
| 9 | 172,087 | 24,032 | 8,544 | 15,488 | 163,542 |
| 10 | 163,542 | 24,032 | 9,313 | 14,719 | 154,229 |
| 11 | 154,229 | 24,032 | 10,151 | 13,881 | 144,078 |
| 12 | 144,078 | 24,032 | 11,065 | 12,967 | 133,013 |
| 13 | 133,013 | 24,032 | 12,061 | 11,971 | 120,952 |
| 14 | 120,952 | 24,032 | 13,146 | 10,886 | 107,806 |
| 15 | 107,806 | 24,032 | 14,329 | 9,703 | 93,476 |
| 16 | 93,476 | 24,032 | 15,619 | 8,413 | 77,857 |
| 17 | 77,857 | 24,032 | 17,025 | 7,007 | 60,832 |
| 18 | 60,832 | 24,032 | 18,557 | 5,475 | 42,275 |
| 19 | 42,275 | 24,032 | 20,227 | 3,805 | 22,048 |
| 20 | 22,048 | 24,032 | 22,048 | 1,984 | 0 |

| LOAN VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Debt Service (DS) | | | | | | | | | |
| Debt Payment | | | | 24,032 | 24,032 | 24,032 | 24,032 | 24,032 | |
| Unpaid Mortgage | | | | | | | | 193,714 | |
| Total Debt Service | | | | 24,032 | 24,032 | 24,032 | 24,032 | 217,746 | |
| Loan Value | | | | | | | | | |
| Interest Rate | | 9.00% | | 92.45% | 93.10% | 93.69% | 94.23% | 94.73% | |
| Present Value of Future DS | $ | 219,377 | | 22,048 | 20,227 | 18,557 | 17,025 | 141,520 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

73

## D.    Example: Industrial Building

**Assumptions: Valuation Period**

- Property sale at the end of fifth year

| LOAN AMORTIZATION TABLE -- FOR LOAN VALUE CALCULATIONS | | | | | |
|---|---|---|---|---|---|
| Loan Value (Principal) | 833,419 | | | | |
| Interest (Annual) | 8.50% | | | | |
| Term (Annual) | 20 | | | | |
| Debt Payment (Periodi | 88,068 | | | | |
| | | | | | |
| Period | BoP | Payment | Amortization | Interest | EoP |
| 0 | | | | | 833,419 |
| 1 | 833,419 | 88,068 | 17,228 | 70,841 | 816,191 |
| 2 | 816,191 | 88,068 | 18,692 | 69,376 | 797,499 |
| 3 | 797,499 | 88,068 | 20,281 | 67,787 | 777,219 |
| 4 | 777,219 | 88,068 | 22,005 | 66,064 | 755,214 |
| 5 | 755,214 | 88,068 | 23,875 | 64,193 | 731,339 |
| 6 | 731,339 | 88,068 | 25,904 | 62,164 | 705,435 |
| 7 | 705,435 | 88,068 | 28,106 | 59,962 | 677,328 |
| 8 | 677,328 | 88,068 | 30,495 | 57,573 | 646,833 |
| 9 | 646,833 | 88,068 | 33,087 | 54,981 | 613,746 |
| 10 | 613,746 | 88,068 | 35,900 | 52,168 | 577,846 |
| 11 | 577,846 | 88,068 | 38,951 | 49,117 | 538,895 |
| 12 | 538,895 | 88,068 | 42,262 | 45,806 | 496,633 |
| 13 | 496,633 | 88,068 | 45,854 | 42,214 | 450,778 |
| 14 | 450,778 | 88,068 | 49,752 | 38,316 | 401,026 |
| 15 | 401,026 | 88,068 | 53,981 | 34,087 | 347,045 |
| 16 | 347,045 | 88,068 | 58,569 | 29,499 | 288,476 |
| 17 | 288,476 | 88,068 | 63,548 | 24,520 | 224,928 |
| 18 | 224,928 | 88,068 | 68,949 | 19,119 | 155,979 |
| 19 | 155,979 | 88,068 | 74,810 | 13,258 | 81,169 |
| 20 | 81,169 | 88,068 | 81,169 | 6,899 | - |

75

| LOAN VALUE -- DISCOUNTED CASH FLOW | | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Debt Service (DS) | | | | | | | | | | |
| | Debt Payment | | | | 88,068 | 88,068 | 88,068 | 88,068 | 88,068 | |
| | Unpaid Mortgage | | | | | | | | 731,339 | |
| | | | | | | | | | | |
| | Total Debt Service | | | | 88,068 | 88,068 | 88,068 | 88,068 | 819,407 | |
| | | | | | | | | | | |
| Loan Value | | | | | | | | | | |
| | Interest Rate | | 8.50% | | 92.17% | 84.95% | 78.29% | 72.16% | 66.50% | |
| | Present Value of Future DS | $ | 833,419 | | 81,169 | 74,810 | 68,949 | 63,548 | 544,943 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

## E.     Example: Office Building

**Assumptions: Valuation Period**

- Property sale at the end of fifth year

| LOAN AMORTIZATION TABLE -- FOR LOAN VALUE CALCULATIONS | | | | | |
|---|---|---|---|---|---|
| Loan Value (Principal) | 16,265,389 | | | | |
| Interest (Annual) | 7.00% | | | | |
| Term (Annual) | 30 | | | | |
| Debt Payment (Periodi | 1,310,769 | | | | |
| | | | | | |
| **Period** | **BoP** | **Payment** | **Amortization** | **Interest** | **EoP** |
| 0 | | | | | 16,265,389 |
| 1 | 16,265,389 | 1,310,769 | 172,192 | 1,138,577 | 16,093,197 |
| 2 | 16,093,197 | 1,310,769 | 184,245 | 1,126,524 | 15,908,952 |
| 3 | 15,908,952 | 1,310,769 | 197,143 | 1,113,627 | 15,711,809 |
| 4 | 15,711,809 | 1,310,769 | 210,943 | 1,099,827 | 15,500,867 |
| 5 | 15,500,867 | 1,310,769 | 225,709 | 1,085,061 | 15,275,158 |
| 6 | 15,275,158 | 1,310,769 | 241,508 | 1,069,261 | 15,033,650 |
| 7 | 15,033,650 | 1,310,769 | 258,414 | 1,052,356 | 14,775,236 |
| 8 | 14,775,236 | 1,310,769 | 276,503 | 1,034,267 | 14,498,734 |
| 9 | 14,498,734 | 1,310,769 | 295,858 | 1,014,911 | 14,202,876 |
| 10 | 14,202,876 | 1,310,769 | 316,568 | 994,201 | 13,886,308 |
| 11 | 13,886,308 | 1,310,769 | 338,728 | 972,042 | 13,547,580 |
| 12 | 13,547,580 | 1,310,769 | 362,439 | 948,331 | 13,185,142 |
| 13 | 13,185,142 | 1,310,769 | 387,809 | 922,960 | 12,797,332 |
| 14 | 12,797,332 | 1,310,769 | 414,956 | 895,813 | 12,382,376 |
| 15 | 12,382,376 | 1,310,769 | 444,003 | 866,766 | 11,938,373 |
| 16 | 11,938,373 | 1,310,769 | 475,083 | 835,686 | 11,463,290 |
| 17 | 11,463,290 | 1,310,769 | 508,339 | 802,430 | 10,954,951 |
| 18 | 10,954,951 | 1,310,769 | 543,923 | 766,847 | 10,411,029 |
| 19 | 10,411,029 | 1,310,769 | 581,997 | 728,772 | 9,829,032 |
| 20 | 9,829,032 | 1,310,769 | 622,737 | 688,032 | 9,206,295 |
| 21 | 9,206,295 | 1,310,769 | 666,329 | 644,441 | 8,539,966 |
| 22 | 8,539,966 | 1,310,769 | 712,972 | 597,798 | 7,826,994 |
| 23 | 7,826,994 | 1,310,769 | 762,880 | 547,890 | 7,064,115 |
| 24 | 7,064,115 | 1,310,769 | 816,281 | 494,488 | 6,247,834 |
| 25 | 6,247,834 | 1,310,769 | 873,421 | 437,348 | 5,374,413 |
| 26 | 5,374,413 | 1,310,769 | 934,560 | 376,209 | 4,439,852 |
| 27 | 4,439,852 | 1,310,769 | 999,980 | 310,790 | 3,439,873 |
| 28 | 3,439,873 | 1,310,769 | 1,069,978 | 240,791 | 2,369,895 |
| 29 | 2,369,895 | 1,310,769 | 1,144,877 | 165,893 | 1,225,018 |
| 30 | 1,225,018 | 1,310,769 | 1,225,018 | 85,751 | - |

76

| LOAN VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Debt Service (DS) | | | | | | | | | |
| Debt Payment | | | | 1,310,769 | 1,310,769 | 1,310,769 | 1,310,769 | 1,310,769 | |
| Unpaid Mortgage | | | | | | | | 15,275,158 | |
| Total Debt Service | | | | 1,310,769 | 1,310,769 | 1,310,769 | 1,310,769 | 16,585,927 | |
| Loan Value | | | | | | | | | |
| Interest Rate | | 7.00% | | 93.46% | 87.34% | 81.63% | 76.29% | 71.30% | |
| Present Value of Future DS | | $ 16,265,389 | | 1,225,018 | 1,144,877 | 1,069,978 | 999,980 | 11,825,537 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

77

**Chapter VI**     **ESTIMATING EQUITY VALUE (EV) USING DIRECT CAPITALIZATION MODELS (DCMs)**

## A.    Introduction

- Equity Value (EV) is the present worth of the future monetary benefits that accrue to the owner of the real estate during the expected holding period
- It is often called a "Reversion or Residual Value" based on what cash flow is left after the rents are collected, the operating expenses are paid, the necessary capital expenditures are made, and the required financial obligations are met
- The Equity Value can be estimated using either a Direct Capitalization Model (DCM) or a Discounted Cash Flow Model (DCFM)
- In both cases, the after-financing cash flow is used and income taxes are not considered
- Investors should understand the tax consequences of the real estate investment, but "tax savings" should never drive or justify any real estate investment
- The most common forms of real estate ownership are non-taxable conduits that have the income "flow through" to the owners of the entity. That is, no income tax is made at the entity level. These would include
    - Partnerships
    - Real Estate Investment Trusts (REIT's)
    - Limited Liability Companies (LLC's)
    - Pension funds, or
    - Non-profit companies
- Language surrounding the Equity Value is confusing, because several terms are used to describe the appropriate capitalization rate and the risk-adjusted rate of discount
- The appropriate capitalization rate is the sometimes called the "leveraged cash-on-cash return" by investors or the Equity Dividend Rate (Re) by appraisers. In any event, this capitalization rate has a "return on" components and a "return of" component.
- The "return on" component is the Required Internal Rate of Return on Equity (RIRRe), which is also called the Required Equity Yield Rate (y)

- The "return of" component is usually negative because the Equity Value is assumed to increase over time as the mortgage is amortized and therefore "building up" the equity
- Also, the Equity Value is expected to increase over time, because as the property value increases and the mortgage amount remains either fixed or declining so that all of the residual benefits go to the equity
- Both the appropriate capitalization and the risk-adjusted rate of discount are difficult to discern from recent property sales, because the exact amount and terms of property's financing arrangements are not known
- Active real estate investors are often surveyed to determine their expected "leveraged cash-on-cash return" (a capitalization rate) or their "leveraged internal rate of return" (a risk-adjusted rate of discount)

81

## B.    Estimating Equity Value (EV) Using Direct Capitalization Models (DCMs)

- The Direct Capitalization Model to estimate the Equity Value (EV) is Cash Flow after financing (CF) divided by the Equity Dividend Rate (Re) or the Leveraged Cash-on-Cash Return (LCOC)

[Equation 21]

$$EV = CF/Re$$

where,
CF = Cash Flow after financing
Re = Equity Dividend Rate

[Equation 22]

$$Re = y - h$$

where,
y = Equity Yield Rate
h = Equity Growth Rate

[Equation 23]

$$h = \frac{\%Apr + AMA}{1 - L/V}$$

where,
%Apr = annual Appreciation rate of the property
AMA = Annual Mortgage Amortization, which is  (1/ amortization term in years)

82

[Figure 3]    Equity Build-up Graph (for 25% Equity at Beginning)



*Equity Build-up Graph
(for 25% Equity at Beginning)*

- Again, the Direct Capitalization Model uses simple mathematics, but it has many assumptions embedded in it
- There have been many attempts to modify direct capitalization models to account for different financing conditions (Ellwood Models) and to account for increasing or decreasing income streams (J-factors)
- However, as with most DCM's, these are best used for "back of the envelope (BOTE)" analysis and as a way to screen or quickly evaluate a real estate investment's potential

83

## C.      Example: Apartment Building

Calculations:

Stabilized Net Operating Income (NOIs) @ known

42,336

Cash Flow before Debt Service                42,336

Debt Payment (DP) @ known                32,566

Cash Flow after Debt Service   $32,336 - 32,566 = \$9,770$

Calculations:

Property Annual Growth @ known        Apprec. @ 0.80%

Loan-to-Value Ratio (LTV) @ known                75.00%

Equity Growth Rate (h)

$$0.008 \div (1 - 0.75) + Equity\ Buildup = 3.20\% + EB$$

Equity Growth Rate (h)* estimated w/o Equity Buildup

3.20%

Calculations:

| | |
|---|---|
| Required Equity Yield (RIRRe) @ known | 12.00% |
| Equity Growth Rate (h)* | 3.20% |
| Equity Dividend Rate (Re) | $0.12 - 0.032 = 8.80\%$ |

Calculations:

| | |
|---|---|
| Cash flow after Debt Service | 9,770 |
| Equity dividend Rate (Re) | 8.80% |
| Equity Value (EV) | $9,770 \div 0.088 = \$111,021$ |

85

### D. Example: Strip Shopping Center

Calculations:

Stabilized Net Operating Income (NOIs) @ known

30,040

Cash Flow before Debt Service          30,040

Debt Payment (DP) @ known          24,032

Cash Flow after Debt Service   $30,040 - 24,032 = \$ 6,008$

---

Calculations:

Property Annual Growth @ known          Apprec. @ 1.50%

Loan-to-Value Ratio (LTV) @ known          75.00%

Equity Growth Rate (h)

$0.015 \div (1 - 0.75) + Equity\ Buildup = 6.00\% + EB$

Equity Growth Rate (h)* estimated w/o Equity Buildup

6.00%

86

Calculations:

| | |
|---|---|
| Required Equity Yield (RIRRe) @ known | 12.00% |
| Equity Growth Rate (h)* | 6.00% |
| Equity Dividend Rate (Re) | $0.12 - 0.06 = 6.00\%$ |

Calculations:

| | |
|---|---|
| Cash flow after Debt Service | 6,008 |
| Equity dividend Rate (Re) | 6.00% |
| Equity Value (EV) | $6,008 \div 0.06 = \$100,133$ |

## E.      Example: Industrial Building

Calculations:

Stabilized Net Operating Income (NOIs) @ known

96,875

Cash Flow before Debt Service          96,875

Debt Payment (DP) @ known               88,068

Cash Flow after Debt Service   $96,875 - 88,068 = \$ 8,807$

Calculations:

Property Annual Growth @ known        Deprec. @ -1.00%

Loan-to-Value Ratio (LTV) @ known               85.00%

Equity Growth Rate (h)

$-0.01 \div (1 - 0.85) + Equity\ Buildup = -6.67\% + EB$

Equity Growth Rate (h)* estimated w/o Equity Buildup

-6.67%

88

Calculations:

| | |
|---|---|
| Required Equity Yield (RIRRe) @ known | 15.00% |
| Equity Growth Rate (h)* | -6.67% |
| Equity Dividend Rate (Re) | $0.15 - 0.0667 = 21.67\%$ |

Calculations:

| | |
|---|---|
| Cash flow after Debt Service | 8,807 |
| Equity dividend Rate (Re) | 21.67% |
| Equity Value (EV) | $8,807 \div 0.2167 = \$ 40,647$ |

89

## F.    Example: Office Building

Calculations:

Stabilized Net Operating Income (NOIs) @ known

$$1,704,000$$

Cash Flow before Debt Service            1,704,000

Debt Payment (DP) @ known            1,310,769

Cash Flow after Debt Service

$$1,704,000 - 1,310,769 = \$\,393,231$$

---

Calculations:

Property Annual Growth @ known        Apprec. @ 3.00%

Loan-to-Value Ratio (LTV) @ known            70.00%

Equity Growth Rate (h)

$$0.03 \div (1 - 0.7) + Equity\ Buildup = \ 10.00\% + EB$$

Equity Growth Rate (h)* estimated w/o Equity Buildup

$$10.00\%$$

90

Calculations:

| | |
|---|---|
| Required Equity Yield (RIRRe) @ known | 15.00% |
| Equity Growth Rate (h)* | 10.00% |
| Equity Dividend Rate (Re) | $0.15 - 0.1 = 5.00\%$ |

Calculations:

| | |
|---|---|
| Cash flow after Debt Service | 393,231 |
| Equity dividend Rate (Re) | 5.00% |
| Equity Value (EV) | $393{,}231 \div 0.05 = \$7{,}864{,}615$ |

# Chapter VII    ESTIMATING EQUITY VALUE (EV) USING DISCOUNTED CASH FLOW MODELS (DCFMs)

The basic Discounted Cash Flow Model can be redefined to estimate the Equity Value (EV) as follows:

[Equation 24]

$$EV = \sum_{t=1}^{n} \frac{CF_t}{(1+y)^t} + \frac{ER_n}{(1+y)^n}$$

where,

n = Holding Period

$CF_t$ = Cash Flow at period t

y = Equity Yield Rate

$ER_n$ = Equity Reversion at the end of year n

The Cash Flow is defined as the annual Net Operating Income (NOI) less the annual Capital Expenditures (CE), then less the annual Debt Payment (DP):

[Equation 25]

$$CF = NOI - CE - DP$$

The Equity Reversion (ER) at the end of the holding period (n) is defined as the Sales Price (SP) less the Selling Expense (SE), then less the Unpaid Mortgage (UM):

[Equation 26]

$$ER_n = SP_n - SE_n - UM_n$$

where,

SPn = Sale Price in year n

SEn = Selling Expenses in year n

UMn = Unpaid Mortgage in year n

93

## A.      Example: Apartment Building

| EQUITY VALUE -- DISCOUNTED CASH FLOW | | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Income | | | | | 42,336 | 42,759 | 43,187 | 43,619 | 44,055 | 44,496 |
| Capital Expenditure | | | | | - | - | - | - | - | |
| Property Sale | | | | | | | | | | |
| Sale Price | | 8.20% | OCR | | | | | | 542,629 | |
| Sale Expense | | 5.00% | of SP | | | | | | 27,131 | |
| Net Sale Price | | | | | | | | | 515,497 | |
| **Cash Flow before Debt Service less CapEx** | | | | | **42,336** | **42,759** | **43,187** | **43,619** | **559,552** | |
| Debt Service | | | | | | | | | | |
| Debt Payment | | | | | 32,566 | 32,566 | 32,566 | 32,566 | 32,566 | |
| Unpaid Mortgage | | | | | | | | | 218,522 | |
| Net Sale after Debt | | | | | | | | | 296,976 | |
| Total Debt Service | | | | | 32,566 | 32,566 | 32,566 | 32,566 | 251,088 | |
| **Cash Flow after Debt Service** | | | | | **9,770** | **10,193** | **10,621** | **11,053** | **308,465** | |
| Equity Value | | | | | | | | | | |
| Equity Yield Rate | | 12.00% | | | 89.29% | 79.72% | 71.18% | 63.55% | 56.74% | |
| Present Value of Future CF | $ | 206,464 | | | 8,723 | 8,126 | 7,560 | 7,024 | 175,031 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

## B.      Example: Strip Shopping Center

| EQUITY VALUE -- DISCOUNTED CASH FLOW | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|
| Net Operating Income | | | | 24,160 | 24,522 | 24,890 | 25,264 | 25,643 | 26,027 |
| Capital Expenditure | | | | | | | | | |
| Capet | | 5 | yrs | - | - | - | - | 24,000 | |
| Roof | | 20 | yrs | - | - | - | - | - | |
| HVAC | | 10 | yrs | - | - | - | - | - | |
| Total Capital Expenditure | | | | - | - | - | - | 24,000 | |
| Property Sale | | | | | | | | | |
| Sale Price | | 8.25% | OCR | | | | | 315,481 | |
| Sale Expense | | 5.00% | of SP | | | | | 15,774 | |
| Net Sale Price | | | | | | | | 299,707 | |
| **Cash Flow before Debt Service less CapEx** | | | | **24,160** | **24,522** | **24,890** | **25,264** | **301,349** | |
| Debt Service | | | | | | | | | |
| Debt Payment | | | | 24,032 | 24,032 | 24,032 | 24,032 | 24,032 | |
| Unpaid Mortgage | | | | | | | | 193,714 | |
| Net Sale after Debt | | | | | | | | 105,992 | |
| Total Debt Service | | | | 24,032 | 24,032 | 24,032 | 24,032 | 217,746 | |
| **Cash Flow after Debt Service** | | | | **128** | **490** | **858** | **1,232** | **83,603** | |
| Equity Value | | | | | | | | | |
| Equity Yield Rate | | 12.00% | | 89.29% | 79.72% | 71.18% | 63.55% | 56.74% | |
| Present Value of Future CF | $ | 49,337 | | 114 | 391 | 611 | 783 | 47,439 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

95

## C.　　Example: Industrial Building

| EQUITY VALUE -- DISCOUNTED CASH FLOW | | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Income | | | | | 109,375 | 109,355 | 109,335 | 109,314 | 109,294 | 109,273 |
| Capital Expenditure | | | | | | | | | | |
| Roof | | | 10 | yrs | - | - | - | - | - | |
| Total Capital Expense | | | | | - | - | - | - | - | |
| Property Sale | | | | | | | | | | |
| Sale Price | | 10.48% | OCR | | | | | | 1,043,179 | |
| Sale Expense | | 5.00% | of SP | | | | | | 52,159 | |
| Net Sale Price | | | | | | | | | 991,020 | |
| **Cash Flow before Debt Service less CapEx** | | | | | **109,375** | **109,355** | **109,335** | **109,314** | **1,100,314** | |
| Debt Service | | | | | | | | | | |
| Debt Payment | | | | | 88,068 | 88,068 | 88,068 | 88,068 | 88,068 | |
| Unpaid Mortgage | | | | | | | | | 731,339 | |
| Net Sale after Debt | | | | | | | | | 259,681 | |
| Total Debt Service | | | | | 88,068 | 88,068 | 88,068 | 88,068 | 819,407 | |
| **Cash Flow after Debt Service** | | | | | **21,307** | **21,287** | **21,267** | **21,246** | **280,906** | |
| Equity Value | | | | | | | | | | |
| Equity Yield Rate | | 15.00% | | | 86.96% | 75.61% | 65.75% | 57.18% | 49.72% | |
| Present Value of Future CF | $ | 200,414 | | | 18,528 | 16,096 | 13,983 | 12,148 | 139,660 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

96

## D.  Example: Office Building

| EQUITY VALUE -- DISCOUNTED CASH FLOW | | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Operating Income | | | | | 1,704,000 | 1,776,120 | 1,850,614 | 1,927,554 | 2,007,017 | 2,089,080 |
| Capital Expenditure | | | | | - | - | - | - | - | |
| Property Sale | | | | | | | | | | |
| Sale Price | | 6.40% | OCR | | | | | | 32,641,879 | |
| Sale Expense | | 5.00% | of SP | | | | | | 1,632,094 | |
| Net Sale Price | | | | | | | | | 31,009,785 | |
| **Cash Flow before Debt Service less CapEx** | | | | | **1,704,000** | **1,776,120** | **1,850,614** | **1,927,554** | **33,016,802** | |
| Debt Service | | | | | | | | | | |
| Debt Payment | | | | | 1,310,769 | 1,310,769 | 1,310,769 | 1,310,769 | 1,310,769 | |
| Unpaid Mortgage | | | | | | | | | 15,275,158 | |
| Net Sale after Debt | | | | | | | | | 15,734,627 | |
| Total Debt Service | | | | | 1,310,769 | 1,310,769 | 1,310,769 | 1,310,769 | 16,585,927 | |
| **Cash Flow after Debt Service** | | | | | **393,231** | **465,351** | **539,844** | **616,785** | **16,430,874** | |
| Equity Value | | | | | | | | | | |
| Equity Yield Rate | | 15.00% | | | 86.96% | 75.61% | 65.75% | 57.18% | 49.72% | |
| Present Value of Future CF | | $ 9,570,466 | | | 341,940 | 351,872 | 354,956 | 352,649 | 8,169,049 | |

http://www.dankohlhepp.com/uploads/3/0/6/8/3068213/examples_converting_income_into_value.xlsx

97

## APPENDIX A   EQUATIONS AND ABBREVIATIONS

| Equation | Variable Abbreviation | Variable Definition |
|---|---|---|

**1**  $V = I/R$

| | V | Value |
|---|---|---|
| | I | Income |
| | R | Capitalization Rate |

**2**  $R = r - g$

| | R | Capitalization Rate |
|---|---|---|
| | r | Risk-Adjusted Rate of Discount |
| | g | annual growth rate of the stream of income |

**3**  $V = \left( \sum_{t=1}^{n} \frac{AI_t}{(1+r)^t} \right) + \frac{RI_n}{(1+r)^n}$

| | V | Value |
|---|---|---|
| | Σ | Summation |
| | n | number of years in the holding period |
| | t | a specific year in the holding period |
| | r | Risk-Adjusted Rate of Discount |
| | AI | Annual Income |
| | RI | Reversionary Income |

**4**  $r = rf + rp$

| | r | Risk-Adjusted Rate of Discount |
|---|---|---|
| | rf | Risk-free or safe rate |
| | fp | Risk premium |

**5**  $\text{WACC} = D = \text{RIRRt}$
$RIRRtc = [\, i \times (L/V)] + [y \times (1 - L/V)$

| | WACC | Weighted Average Cost of Capital |
|---|---|---|
| | D | Discount Rate |
| | RIRRtc | Required Internal Rate of Return on total capital |
| | i | Interest rate |
| | y | Equity Yield Rate |
| | L/V | Loan-to-Value Ratio |

6 $\quad PV = \text{NOIs}/OCR$

|  | PV | Property Value |
|---|---|---|
|  | NOIs | Stabilized Net Operating Income |
|  | OCR | Overall Capitalization Rate |

7 $\quad NOIs = GI - VC - OE$

|  | NOIs | Stabilized Net Operating Income |
|---|---|---|
|  | GI | Gross Income |
|  | VC | Vacancy and Collection Allowance |
|  | OE | Operating Expenses including Reserves for Wasting Parts |

8a $\quad OCR = D - (\%Apr)$

8b $\quad OCR = D + (\%Dpr)$

|  | D | Discount Rate; WACC = RIRRtc |
|---|---|---|
|  | %Apr | annual rate of property Appreciation |
|  | %Dpr | annual rate of property Depreciation |

9 $\quad GI = RI + PI + OI$

|  | GI | Gross Income |
|---|---|---|
|  | RI | Rental Income |
|  | PI | Parking Income |
|  | OI | Other Income |

10 $\quad EGI = GI - VC$

|  | EGI | Effective Gross Income |
|---|---|---|
|  | GI | Gross Income |
|  | VC | Vacancy and Collection Allowance |

11 $\quad OER = OE/EGI$

|  | OER | Operating Expense Ratio |
|---|---|---|
|  | OE | Operating Expenses |
|  | EGI | Effective Gross Income |

$$12 \quad PV = \sum_{t=1}^{n} \frac{GI_t - VC_t - OE_t - CE_t}{(1 + D)^t} + \frac{SP_n - SE_n}{(1 + D)^n}$$

| | |
|---|---|
| PV | Property Value |
| $\Sigma$ | Summation |
| n | number of years in the holding period |
| t | a specific year in the holding period |
| $GI_t$ | Gross Income for period t |
| $VC_t$ | Vacancy and Collection Allowance for period t |
| $OE_t$ | Operating Expenses for period t |
| $CE_t$ | Capital Expenditure for period t |
| $SP_n$ | Selling Price after holding period n |
| $SE_n$ | Selling Expenses after holding period n |
| D | Discount Rate; WACC; RIRRtc |

$$13 \quad SP_n = NOI_{n+1}/OCR$$

| | |
|---|---|
| $SP_n$ | Selling Price in year n |
| $NOI_{n+1}$ | Net Operating Income in year n+1 |
| OCR | Overall Capitalization Rate |

$$14 \quad MC = i + SFF$$

| | |
|---|---|
| MC | Mortgage Constant |
| i | Periodic interest rate |
| SFF | Sinking Fund Factor |

$$15 \quad SFF = \frac{i}{(1 + i)^n - 1}$$

| | |
|---|---|
| SFF | Sinking Fund Factor |
| n | Total number of periods in the amortization term |
| i | Periodic interest rate |

$$16 \quad DCR = NOI/DP$$

| | |
|---|---|
| DCR | Debt Coverage Ratio |
| NOI | Net Operating Income |
| DP | Debt Payment |

17    $L/V = LV/PV$

| | |
|---|---|
| L/V | Loan-to-Value Ratio |
| LV | Loan Value |
| PV | Property Value |

18    $LV = DP/MC$

| | |
|---|---|
| LV | Loan Value |
| DP | Debt Payment |
| MC | Mortgage Constant |

19    $DP = NOI / DCR$

| | |
|---|---|
| DP | Debt Payment |
| NOI | Net Operating Income |
| DCR | Debt Coverage Ratio |

20    $LV = \sum_{t=1}^{n} \dfrac{DP_t}{(1+i)^t} + \dfrac{UM_n}{(1+i)^n}$

| | |
|---|---|
| LV | Loan Value |
| $\Sigma$ | Summation |
| n | Loan Term, or number of periods of debt service |
| t | a specific time period |
| i | Interest Rate per period |
| $DP_t$ | Debt Payment per period |
| $UM_n$ | Unpaid Mortgage Balance after the loan term n |

21    $EV = CF/Re$

| | |
|---|---|
| EV | Equity Value |
| CF | Cash Flow after financing |

22    $Re = y - h$

| | |
|---|---|
| Re | Equity Dividend Rate |
| y | Equity Yield Rate |
| h | Equity Growth Rate |

101

$$23 \quad h = \frac{\%Apr + AMA}{1 - L/V}$$

| | |
|---|---|
| h | Equity Growth Rate |
| %Apr | Annual rate of property Appreciation |
| AMA | Annual Mortgage Amortization |
| L/V | Loan-to-Value Ratio |

$$24 \quad EV = \sum_{t=1}^{n} \frac{CF_t}{(1+y)^t} + \frac{ER_n}{(1+y)^n}$$

| | |
|---|---|
| EV | Equity Value |
| $\Sigma$ | Summation |
| n | Holding Period |
| t | a specific time period |
| $CF_t$ | Cash Flow at period t |
| y | Equity Yield Rate |
| $ER_n$ | Equity Reversion at the end of holding period n |

$$25 \quad CF = NOI - CE - DP$$

| | |
|---|---|
| CF | Cash Flow |
| NOI | Net Operating Income |
| CE | Capital Expenditures |
| DP | annual Debt Payment |

$$26 \quad ER_n = SP_n - SE_n - UM_n$$

| | |
|---|---|
| $ER_n$ | Equity Reversion at the end of holding period n |
| $SP_n$ | Sale Price in year n |
| $SE_n$ | Selling Expenses in year n |
| $UM_n$ | Unpaid Mortgage in year n |

102