**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| IN RE: WASHINGTON PRIME GROUP, INC. SECURITIES LITIGATION | Master File No.: 2:21-cv-2757<br><br>Hon. James J. Graham<br>Mag. Kimberly A. Jolson |

**DECLARATION OF THOMAS H. STEWART IN SUPPORT OF DEFENDANTS'
REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS'AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

I, Thomas H. Stewart, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of the State of Ohio and of counsel at Blank Rome LLP, counsel for Defendants Washington Prime Group, Inc. ("WPG"), Louis G. Conforti, Mark E. Yale, and Melissa Indest (collectively "Defendants") in the above captioned matter. I have entered my appearance herein on behalf of Defendants.

2.      I submit this Declaration on behalf of Defendants to provide the Court with certain documents cited in Defendants' Reply Brief in Support of Their Motion to Dismiss the Amended Complaint, filed concurrently herewith.

3.      Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 20 | A chart prepared for purposes of this action that sets forth the basis for dismissal for each of the alleged misstatements and omissions in Plaintiffs' Amended Complaint. |
| Exhibit 21 | A Seeking Alpha Article titled "Thoughts On Washington Prime Debt, Preferred, and Common Stock in 2021" dated February 21, 2021, which was obtained from and is also available at https://seekingalpha.com/article/4406284-thoughts- |

| | |
|---|---|
| | on-washington-prime-debt-preferred-and-common-stock-in-2021. |
| Exhibit 22 | A Retail Dive Article titled "'Trouble brewing' for malls including Brookfield and Simon: S&P Global" dated December 11, 2020, which was obtained from and is also available at https://www.retaildive.com/news/trouble-brewing-for-malls-including-brookfield-and-simon-sp-global/592046/. |

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 22, 2022                                    */s/ Thomas H. Stewart*
                                                          Thomas H. Stewart

2