# EXHIBIT 20

**Exhibit 20: Summary of Basis for Inactionable Statements and Omissions**

| Alleged Misst-atement | Date | No Loss Causation | Yield Estimates Not False or Misleading | Vague | Disclosed Allegedly Misstated Info. | Forward Looking Statement | Inactionable Optimism Regarding Redevelopment | Failed to Allege Materiality | Outside Class Period | Statement of Historical Fact | No Allegation that Defs' Did Not Believe Statements when Made | No Scienter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mot §II.A., pp. 15-23; Rep. §1, pp. 1-9 | Mot §II.B.1, pp. 24-31; Rep §IV.C, pp. 21-24 | Mot §II.B.2, pp. 31-33; Rep §V, pp. 27-29 | Mot §II.B.3, pp. 33-34; Rep §IV.E, pp. 25-26 | Mot §II.B.4, pp. 34-40; Rep §IV.B, pp. 18-20 | Mot §II.B.5, pp. 40-41; Reply §IV.F, pp. 26-27 | Mot §II.B.6, pp. 41-43; Rep §IV.C | Mot §II.B.7 p. 43 | Mot at p. 37 n.19 | Mot §II.B.2, p. 32, § II.B.4, pp. 38-39; Rep § V, pp. 27-29, §II, pp. 9-13 | Mot §II.C., pp. 43-49; Rep §II, pp. 9-13 |
| ¶255 | 2/22/2018 | X | X | X | | X | | X | | X | X | X |
| ¶257 | 3/7/2018 | X | X | | | | | | | X | X | X |
| ¶259 | 4/26/2018 | X | X | X | | X | | X | | | X | X |
| ¶261 | 6/5/2018 | X | X | X | | | X | | | X | X | X |
| ¶263 | 10/25/2018 | X | X | | | | X | | | | X | X |
| ¶265 | 2/21/2019 | X | X | | | | X | | | | X | X |
| ¶267 | 6/4/2019 | X | X | X | | | X | | | X | X | X |
| ¶269 | 10/25/2018 | X | X | | X | X | | X | | | X | X |
| ¶269 | 2/21/2019 | X | X | | X | X | | X | | | X | X |
| ¶269 | 4/25/2019 | X | X | | X | X | | X | | | X | X |
| ¶269 | 7/25/2019 | X | X | | X | X | | X | | | X | X |
| ¶269 | 10/24/2019 | X | X | | X | X | | X | | | X | X |
| ¶271 | 2/27/2020 | X | X | | X | X | | X | | | X | X |
| ¶273 | 2/27/2020 | X | X | | X | X | | X | | | X | X |
| ¶275 | 2/27/2020 | X | X | | X | X | | X | | | X | X |
| ¶271 | 5/8/2020 | X | X | | X | X | | X | | | X | X |
| ¶273 | 5/8/2020 | X | X | | X | X | | X | | | X | X |
| ¶275 | 5/8/2020 | X | X | | X | X | | X | | | X | X |
| ¶271 | 8/11/2020 | X | X | | X | X | | X | | | X | X |
| ¶273 | 8/11/2020 | X | X | | X | X | | X | | | X | X |
| ¶275 | 8/11/2020 | X | X | | X | X | | X | | | X | X |
| ¶271 | 11/5/2020 | X | X | | X | X | | X | | | X | X |
| ¶273 | 11/5/2020 | X | X | | X | X | | X | | | X | X |
| ¶275 | 11/5/2020 | X | X | | X | X | | X | | | X | X |
| ¶275 | 3/16/2021 | X | X | | X | X | | X | X | | X | X |
| ¶275 | 5/10/2021 | X | X | | X | X | | X | X | | X | X |
| ¶275 | 8/9/2021 | X | X | | X | X | | X | X | | X | X |
| ¶277 | 8/11/2020 | X | | X | X | | | X | | | X | X |
| ¶279 | 9/15/2020 | X | | X | X | | | X | | | X | X |