# EXHIBIT 21

Seeking Alpha

REITs

# Thoughts On Washington Prime Debt, Preferred, And Common Stock In 2021

Feb. 16, 2021 10:20 AM ET | **Washington Prime Group Inc. (WPGGQ)** | WPGIQ | 104 Comments | 20 Likes

**Julian Lin**
Marketplace

## Summary

From the 11% yield of the preferred stock to the 17% YTM of the unsecured debt, high yield investors are likely enamored by WPG.

Leverage runs high at 11.3 times debt to EBITDA.

WPG will likely need to invest heavily in redevelopment projects over the next several years.

I comment on the "compensation change" for 2021.

Despite the high yields, investors aren't being compensated for the ever-growing risk of restructuring.

Looking for a helping hand in the market? Members of Best Of Breed get exclusive ideas and guidance to navigate any climate. Get started today »

It has been almost one year since I wrote a critical analysis of Washington Prime Group (WPG). We were one month into the pandemic, and I predicted a bleak future for the stock. Surprisingly, WPG has returned over 75% since then, though it should be noted that much of the return has occurred over the GameStop (GME) inspired short squeezes over the past several months. In this follow-up report, I look at the unsecured bonds, preferred stock, and common stock. In light of rapidly deteriorating cash flows coupled with a large debt load, I rate the stock a strong sell.

## Lots Of Debt + Pandemic = Disaster

There are three parts of the capital structure that I'll look at today. The first is the unsecured bonds maturing in 2024 (CUSIP 939648AE1). Based on recent prices, this bond has a yield to maturity of nearly 17%. The second is are the two preferred stock issues, with a dividend yield of just over 11%. The last is the common stock, which trades at just over 1 times 2019 FFO.

It's easy to get blinded by yields and low FFO multiples, so it's important to take a step back and ask the higher level question: will WPG file for bankruptcy? The state of the current financials suggests that there is a high likelihood for WPG to follow in the footsteps of CBL (CBL) which declared bankruptcy last year.

It comes down to the large debt and high leverage profile. As of the most recent quarter, WPG had over $3.8 billion in debt. That's 8.3 times 2019 EBITDA, or more importantly, 11.3 times trailing twelve months ('TTM') EBITDA of $339 million. The high leverage profile suggests that WPG will face significant difficulty in raising additional funds through issuing new debt. This is a problem considering that WPG estimates that it needs to spend $250 million in redevelopment projects over the next 4 years:



(2020 Q3 Presentation)

WPG cannot simply decide to avoid spending on redevelopment projects, at least without dire consequences. Consider that even prior to 2020, WPG saw accelerated deterioration in comparable NOI, and that's while it was spending over $100 million annually on growth projects alone.



(Chart by Best of Breed, data from Supplemental)

An equally concerning issue is that of financial covenants. Entering 2020, WPG was already dangerously close to breaching its "total indebtedness to total assets" covenant:

| Key Balance Sheet Metrics: | Bond Covenant Requirement (3) | As of December 31, 2019 Ratio |
|---|---|---|
| Total indebtedness to Total assets | ≤ 60% | 56.9% |
| Secured indebtedness to Total assets | ≤ 40% | 21.8% |
| Consolidated EBITDA / Annual service charge | ≥ 1.5x | 2.43x |
| Total unencumbered assets / Total unsecured indebtedness | > 150% | 190% |

(2019 Q4 Supplemental)

"Total assets" is defined based on current cash flows, meaning that the 26.7% decline in comp NOI has led WPG to breach the covenant in dramatic fashion. In the third quarter of 2020, WPG was able to secure covenant relief until the third quarter of 2021. While this prevents imminent bankruptcy, it however does not change the financial picture. Entering 2020, WPG saw its bottom line experience significant pressure spurred by the rise of e-commerce, as the company saw increased bankruptcy activity and had to drastically lower rents on expired leases. The pandemic has only exacerbated that problem, and I expect malls with lower productivity like those owned by WPG to see material pressure even as we come out of the pandemic. If WPG's tenants were having profitability issues heading into the pandemic, then they are likely to experience even greater profitability issues after the pandemic.

We can see below that the 23.3% decline in revenue in 2020 has led to a 65% decline in adjusted FFO due to operating leverage:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| **Funds from Operations ("FFO"):** | | | | |
| Net loss | $ (48,061) | $ (1,665) | $ (133,914) | $ (21,108) |
| Less: Preferred dividends and distributions on preferred operating partnership units | (3,568) | (3,568) | (10,704) | (10,704) |
| Real estate depreciation and amortization, including joint venture impact | 67,183 | 81,155 | 200,684 | 239,060 |
| Impairment loss, including (gain) on disposition of interests in properties, net | 1,067 | 24,992 | 774 | 24,992 |
| FFO | $ 16,621 | $ 100,914 | $ 56,840 | $ 232,240 |
| **Adjusted Funds from Operations:** | | | | |
| FFO | $ 16,621 | $ 100,914 | $ 56,840 | $ 232,240 |
| Impairment on note receivable | - | - | 11,237 | - |
| Gain on extinguishment of debt, net | - | (38,913) | - | (38,913) |
| Adjusted FFO | $ 16,621 | $ 62,001 | $ 68,077 | $ 193,327 |

(2020 Q3 Supplemental)

After subtracting $10.5 million in preferred dividends, there isn't much cash left over available for both redevelopment projects and bringing down leverage.

In WPG, we see a company that will need hundreds of millions in capital to be invested over the next few years, with financials in seemingly unstoppable decline. A restructuring should be considered a question of when, not if.

As such, analysis of any part of the capital structure, be it the unsecured bonds, preferred stock, or common stock, shouldn't be based on popular metrics like "FFO coverage," but instead based on recovery potential in a restructuring. We can see below the implied cap rate for each element of the capital structure:

| | Debt Cap Rate | Preferred Cap Rate | Common Stock Cap Rate |
|---|---|---|---|
| **2019 NOI** | 12.39% | 11.74% | 10.92% |
| **TTM NOI** | 9.75% | 9.24% | 8.60% |
| **Current Quarter NOI Annualized** | 7.78% | 7.37% | 6.86% |

(Chart by Best of Breed, data from Supplementals)

I have included 2019 NOI cap rates just for reference, but I anticipate 2021 NOI to be closer to TTM NOI than 2019 NOI, and for 2022 NOI to be at or below TTM NOI. We can see above that based on TTM NOI, there is little difference between the implied cap rate of the unsecured debt and the common stock. This isn't too surprising given the high leverage profile. If you're tempted by the 17% YTM of the unsecured bonds, then you should first ask yourself if you think WPG is worth better than a 9.8% cap rate? The 11% yield of the preferred stock might look appealing, but would you want to buy WPG at a 9.2% cap rate? At these prices, one should only own any of these securities if they truly believe that WPG can stop the bleeding and return to consistent growth - both of which look to be tall tasks.

## Comment On "New Compensation Structure For 2021"

On February 12th, WPG announced that it was changing the compensation structure for 17 executives, effectively pre-paying them $11.6 million in what was supposed to be variable compensation. The payment would be refundable if certain conditions were not satisfied. This was done in an effort to "incentivize and retain its employees in light of the unprecedented climate created by COVID-19 related market impacts."

This news was rather curious and a potential red flag. Considering that year to date adjusted FFO totaled $68 million, those owning any piece of the capital structure should be asking why 17% of that needs to be pre-paid to company executives.

## Conclusion

WPG has $250 million in redevelopment projects slated for the next 4 years. Leverage runs dangerously high and there does not appear to be enough retained free cash flow to be used for both redevelopment projects and paying down debt. A debt restructuring appears very logical, but it would likely wipe out anyone owning the common stock, preferred stock, or even unsecured stock. There is extreme risk in owning any of these securities, but the yield does not appear nearly high enough to compensate for that risk.

This article was written by



**Julian Lin**
25.08K Followers

Author of **Best Of Breed**
**High conviction investment ideas in the winners of tomorrow.**

Show More

Follow

**Disclosure:** I/we have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

20 Likes                                                                 104 Comments

## Comments (104)

Sort by   Newest ▼   ⋮