**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| IN RE: WASHINGTON PRIME GROUP, INC. SECURITIES LITIGATION | Master File No.: 2:21-cv-2757 |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

On March 16, 2023, the U.S. Court of Appeals for the Ninth Circuit entered an opinion in *Glazer Cap. Mgmt., L.P. v. Forescout Techs., Inc.*, 63 F.4th 747, 2023 WL 2532061 (9th Cir. 2023). *Glazer* addresses an issue relevant to this case: inferring global misconduct from discrete acts.  *Id.* at \*13-14. The opinion is attached as Exhibit A hereto.

DATED: April 7, 2023

**KARON LLC**

*Daniel R. Karon*
Daniel R. Karon
700 W. St. Clair Ave., Ste 200
Cleveland, Ohio 44113
Telephone: (216) 622-1851
Email: dkaron@karonllc.com

*Liaison Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A**

Laurence M. Rosen *(pro hac vice)*
Jonathan Horne *(pro hac vice)*
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: lrosen@rosenlegal.com
Email: jhorne@rosenlegal.com

*Lead Counsel for Plaintiffs*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Daniel R. Karon